MARK D. BRUTZKUS - Bar No. 128102
JOSEPH G. BALICE – Bar No. 2045509
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: mbrutzkus@ebg-law.com
jbalice@ebg-law.com

Attorneys for Plaintiff BLUPRINT CLOTHING CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br>Plaintiff,<br>v.<br>HARTFORD FIRE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 2:14-cv-08153<br>**COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br>**DEMAND FOR JURY TRIAL** |

Plaintiff Bluprint Clothing Corp. ("Plaintiff" or "Bluprint") hereby alleges as its complaint against Defendant Hartford Fire Insurance Company ("Defendant" or "Hartford"), as follows:

**STATEMENT OF THE CASE**

This is an insurance coverage action in which Bluprint seeks damages for breach of contract and breach of the implied covenant of good faith and fair dealing associated with Hartford's refusal to defend and indemnify Bluprint against a lawsuit covered under the Commercial General Liability policies Hartford sold to Bluprint. Hartford stated in advertisements that its CyberFlex endorsement policy covers claims like the one against Bluprint. However, when Bluprint was sued in a claim covered

by the CyberFlex endorsement, Hartford denied the claim. Accordingly, Bluprint seeks, by way of this action, to recover its damages arising from Hartford's breach of contract and breach of the implied covenant of good faith and fair dealing.

## PARTIES

1. Plaintiff Bluprint Clothing Corp. is a California corporation doing business in California, with its principal place of business in Los Angeles County, California.

2. Hartford is an insurance company organized and existing under the laws of Connecticut (where it maintains its headquarters), and is conducting business within the State of California.

3. Defendants DOES 1 through 10, inclusive, are corporations or other entities and/or individuals organized and existing under one of the states of the United States, or by a foreign state and/or country, and authorized to do business and doing business in the State of California.. Plaintiff is ignorant of the true names and capacities, whether individual, corporate, associate or otherwise, of the Defendants sued herein as DOES 1 through 10, inclusive, and therefore sues them by such fictitious names. Plaintiff alleges that each of the Defendants and DOES 1 through 10 and each of them, are tortiously responsible in some manner for the damages hereafter alleged in that Defendant caused them. Plaintiff will amend this complaint to show the true names of DOES 1 through 10 when ascertained. These Defendants are sued as principals, and all of the acts performed by them as agents, servants, successors in interest, and employees were performed within the course of authority and/ or employment.

4. Plaintiff is informed and believes, and thereon alleges that at all times mentioned herein, each of the Defendants and DOES 1 through 10, each of them, was and is the agent, servant, employee, representative and/or alter ego of each of the remaining Defendants and/or otherwise was acting in concert with them, aided and abetted, and in doing the things alleged herein, was acting within the scope of their

authority as such agent, servant, employee, representative, alter ego and/or aider and abettor, with the advance knowledge, acquiescence, or subsequent ratification of each Defendant.

5. Plaintiff is informed and believes, and thereon alleges that at all times mentioned herein, each of the Defendants and DOES 1 through 10, each of them, share a unity of interest by, including but not limited to, failing to contribute capital, issue stock, or otherwise complete formation, inadequate capitalization, use of corporate assets as their own, commingling of corporate funds with personal or business funds, and failure to observe corporate formalities to insulate themselves from liability for, among other things, Plaintiff's claims herein, and such a unity of interest, ownership, and control between Defendants and DOES 1 through 10, and each of them, and the remaining Defendants, that the distinct personalities no longer exist and/or cannot be set apart, and therefore, Defendants and DOES 1 through 10, each of them, are the alter ego of the remaining Defendants for purposes of liability to Plaintiff as alleged herein.

6. Plaintiff is informed and believes that each of the Defendants are responsible, negligently, intentionally and/or in some actionable manner, including as corporate successors liable for the acts of their predecessors, for the events referred to herein, and caused and continue to cause injuries and damages legally to Plaintiffs, as alleged, either through each Defendants' own conduct, or through the conduct of its agents, servants or employees, or due to the ownership, maintenance or control of the instrumentality causing them injury, or in some other actionable manner.

## JURISDICTION AND VENUE

7. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). Plaintiff is a citizen of California. Plaintiff is informed and believes, and on that basis alleges, that Defendant is a citizen of Connecticut. The amount in controversy exceeds $75,000, exclusive of interest and costs.

8. This court has personal jurisdiction over Hartford because Bluprint and Hartford entered into the insurance policies at issue in this case (as described more fully below) in this District and because Hartford does business in this District.

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, where Bluprint is based.

## FACTUAL BACKGROUND

### I. THE HARTFORD POLICIES

10. Relevant to this action, Hartford sold Bluprint three successive insurance policies from 2009 to 2011.

11. In or around October 2009, Hartford sold Bluprint an insurance policy for the policy period of October 7, 2009 to October 10, 2010, policy number 72 UUN KR5505 (the "09/10 Policy").

12. A true and correct copy of the 09/10 Policy is attached hereto as Exhibit A.

13. In or around October 2010, Hartford sold Bluprint an insurance policy for the policy period of October 7, 2010 to October 10, 2011, policy number 72 UUN KR5505 (the "10/11 Policy"). The 10/11 Policy was sold to Bluprint as a "Renewal" of the 09/10 Policy. The 09/10 Policy and the 10/11 Policy are sometimes referred to herein as the "Hartford Policies".

14. A true and correct copy of the 10/11 Policy is attached hereto as Exhibit B.

15. Bluprint paid Hartford all of the premiums to purchase the Hartford Policies, and has complied with all applicable conditions precedent, except those that have been excused, and all obligations, including payment of the retention, for insurance coverage under the Hartford Policies.

16. The Hartford Policies include Commercial General Liability ("CGL") coverage for Bluprint (as described more fully below), covering any claims that allege

(among other things) Personal and Advertising Injury during the policy period for each of the respective policies (October 7, 2009 to October 10, 2011).

17. Each of the Hartford Policies includes coverage for personal and advertising injury, subject to a Personal and Advertising Injury Limit of $1,000,000.

18. The Hartford Policies also include a duty to defend any suit seeking damages for "Personal and Advertising Injury", and all state that the "insurance provided applies to 'Personal and Advertising Injury' caused by an offense arising out of [Bluprint's] business, but only if the offense was committed in the 'coverage territory' during the policy period."

19. The Hartford Policies all include an endorsement called the CyberFlex Amendment of Coverage B – Personal and Advertising Injury (the "CyberFlex Endorsement").

20. Hartford advertised the CyberFlex Endorsement as "a must for any business with a Web site."

21. In 2001, one of Hartford's executives told trade publication Insurance Journal in an interview that the CyberFlex Endorsement "hopes to provide clarity and peace of mind for small and mid-sized business customers with respect to coverage for their internet activities." That same article described the CyberFlex Endorsement as "intended to meet the needs of companies that have some internet exposures, but are not pure dot-com businesses."

22. Also in 2001, The Hartford Agent printed an article publicizing the CyberFlex Endorsement called "CyberFlex Protects Against Emerging e-Business Risks." Bluprint is informed and believes and on that basis alleges that The Hartford Agent is a promotional trade publication published by Hartford since at least the 1960s.

23. The Hartford Agent article states the CyberFlex Endorsement is "specifically tailored to meet the needs of small and mid-sized companies that use the Internet, but still generate the majority of their revenues through traditional offline

activities." The article poses three examples of scenarios that would be covered by the CyberFlex endorsement. One of those scenarios is:

> "A web site designer contracted by your client copies graphics from a well-known company's Internet site, and uses them to promote your client's business. As a result, your client is sued for copyright infringement – with legal costs reaching into six figures."

24. With respect to the scenario described above, The Hartford Agent article says "CyberFlex coverages provide protection for these and other types of cyber-risks."

25. The Hartford Policies, as amended by the CyberFlex Endorsement, define "Personal and Advertising Injury" to include "infringement of copyright, slogan, or title of any literary or artistic work, in your Advertisement or on your Web Site".

26. The Hartford Policies define "Advertisement" to include:

> the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:
>
> (a) (1) radio; (2) television; (3) billboard; (4) magazine; (5) newspaper (6) the internet; or
>
> (b) any other publication that is given widespread distribution.

27. The Hartford Policies, as amended by the CyberFlex Endorsement, define "Your Website" as "a web page or set of interconnected web page prepared and maintained by you, or by others on your behalf, that is accessible over an internet."

28. The Hartford Policies, as amended by the CyberFlex Endorsement, include an exclusion for Infringement of Intellectual Property Rights, but that exclusion has an exception, such that it "does not apply to infringement in your 'advertisement' or on 'your website' of…copyright."

29. Thus, under the Hartford Policies, as amended by the CyberFlex Endorsement, Bluprint was covered if it was sued in an action alleging that it infringed on the copyright of another in either (1) any widespread dissemination of information or images that have the purpose of inducing the sale of goods, products or services through the Internet, or (2) on its website or any website prepared and maintained by others on Bluprint's behalf. Hartford owed Bluprint a duty to defend and indemnify Bluprint against any such claims.

## II. THE ITC CLAIM

30. In or around April 2012, Bluprint was sued by ITC Textile, Ltd. in a civil lawsuit in United States District Court for the Central District of California, case number CV12-2975-DMG (FFMx), (the "ITC Claim").

31. A true and correct copy of the complaint in the ITC Claim is attached hereto as Exhibit C.

32. The ITC Claim alleged two causes of action for (1) Copyright Infringement, and (2) Breach of Contract.

33. Relevant to this action, paragraph 15 of the complaint in the ITC Claim, which appears as part of the first cause of action for Copyright infringement, alleged that:

> Defendants (which is elsewhere defined to include Bluprint) wrongfully created copies of the Subject Designs without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials) with a false

> and misleading designation of said creation, ownership and origin and falsely representing that the subject design was their own.

34. Paragraph 16 of the complaint in the ITC Claim, which also appears as part of the first cause of action for Copyright infringement, alleged in relevant part that:

> Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the subject design that belong solely to plaintiff.

35. The ITC Claim included a prayer for damages as a result of the alleged infringement.

## III. ADDITIONAL RELEVANT FACTS

36. Relevant to this action, during discovery, Bluprint's co-defendant J.C. Penney Company provided interrogatory responses reflecting that the sales of the allegedly infringing garments began in August 2010, and ended in December 2011.

37. Also relevant to this action, on February 22, 2008, Bluprint entered into an agreement with J.C. Penney by which Bluprint agreed to participate in J.C. Penney's cooperative marketing program (the "Marketing Program"). As part of this Marketing Program, Bluprint agreed to pay a specific fee, and J.C. Penney agreed to include Bluprint's products in J.C. Penney's marketing.

38. A true and correct copy of the Marketing Plan is attached hereto at Exhibit D.

39. Under the Marketing Program, J.C. Penney, as part of the joint marketing efforts of J.C. Penney and Bluprint, featured Bluprint garments on its website,

including the garments at issue in the ITC Claim. In this regard, J.C. Penney was acting on Bluprint's behalf pursuant to the Marketing Program when it advertised Bluprint's garments on its website.

**IV. HARTFORD'S BAD FAITH DENIAL OF THE ITC CLAIM**

40. The ITC Claim is a suit seeking damages because of Bluprint's alleged infringement of the plaintiff's copyright in Bluprint's Advertisements and/or its "Web Site."

41. The allegations in the ITC Claim that Bluprint engaged in "affirmative and widespread self-promotion of the copies directed to the public at large" constitute allegations that Bluprint infringed upon the plaintiff's copyright in Bluprint's Advertisements under the Hartford Policies.

42. Additionally, J.C. Penney's advertisement of Bluprint's garments on J.C. Penney's website on Bluprint's behalf (pursuant to the Marketing Program) constituted alleged infringement of the ITC Claim of plaintiff's copyright on Bluprint's Website under the Hartford Policies.

43. Because the ITC claim is a suit seeking damages because of Bluprint's alleged infringement of the plaintiff's copyright in Bluprint's Advertisements and/or its "Web Site," Hartford owed a duty to defend the ITC Claim and to pay for all sums that Bluprint became legally obligated to pay because of the ITC Claim.

44. Bluprint timely provided notice of the ITC Claim to Hartford, tendering the claim to Hartford for defense and indemnification under the Hartford Policies.

45. Bluprint also provided Hartford with J.C. Penney's discovery responses reflecting the dates that the allegedly infringing garments were sold. Bluprint also provided Hartford with the Marketing Plaint, and explained that J.C. Penney advertised the Bluprint garments on its website as part of the Marketing Program.

46. Even though the ITC Claim is covered under the Hartford Policies, Hartford denied coverage for the claim, and refused to defend Bluprint in the ITC Claim.

47. In denying coverage for the ITC Claim, Hartford relied on policy language and forms not found anywhere in the Hartford Policies. Rather, Hartford only analyzed the claim under a subsequent policy for the 2011-2012 policy period (which had significantly narrower coverage), even though the claim implicated the earlier Hartford Policies at issue here.

48. In denying coverage for the ITC Claim, Hartford also ignored the broad allegations in the ITC claim that Bluprint engaged in "affirmative and widespread self-promotion of the copies directed to the public at large", which, on their face, trigger at least a duty to defend under the Hartford Policies.

49. In denying coverage for the ITC Claim, Hartford interpreted its definition of "your Website" narrowly and ignored the definition in the Hartford Policies stating that "your Website" included websites maintained by others on the policyholder's behalf. Hartford refused to recognize J.C. Penney's website as Bluprint's "Website" for purposes of coverage, even though it had been provided with the Marketing Program and was informed that Bluprint's products were advertised on the website pursuant to that program (which Bluprint helped pay for).

50. Because Hartford denied all coverage for the ITC Claim, Bluprint was forced to hire counsel to defend the lawsuit, and ultimately settled the ITC Claim in a confidential settlement that Bluprint will produce in discovery under a protective order and under seal at trial.

51. As a result of Hartford's bad faith denial of coverage for the ITC Claim, Bluprint was forced to bring this action to enforce its coverage rights.

**FIRST CAUSE OF ACTION**

**(Breach of Contract)**

52. Plaintiff incorporates the preceding paragraphs as if set forth here.

53. The Hartford Policies are written, enforceable contracts between Hartford and Bluprint.

54. Bluprint has have fully satisfied all of the conditions precedent, except those that have been excused, and have satisfied all other obligations under the Hartford Policies.

55. Under the Hartford Policies, Hartford owed a duty to defend the ITC Claim and to pay for all sums that Bluprint became legally obligated to pay because of the ITC Claim.

56. Harford breached its contractual obligations by (1) failing and refusing to defend Bluprint in the ITC Claim; and (2) failing and refusing to indemnify Bluprint for all sums that Bluprint became legally obligated to pay because of the ITC Claim, including Bluprint's settlement with the plaintiff in the ITC Claim.

57. As a direct and proximate result of Hartford's breach, Bluprint has suffered substantial damages in an amount to be determined at trial. In addition, Bluprint has sustained, and continues to sustain, attorneys' fees and costs in pursuing their rights under the Hartford Policies.

**SECOND CAUSE OF ACTION**

**(Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing)**

58. Plaintiff incorporates the preceding paragraphs as if set forth here.

59. In every contract of insurance, including the Hartford Policies, there is an implied covenant of good faith and fair dealing that the insurance company will do nothing to unfairly deprive its policyholder of the benefits of the contract or to place its own interests before the interests of its policyholder. Hartford, having sold the Hartford Policies to Bluprint, was at all times bound, and continues to be bound, to this implied covenant of good faith and fair dealing.

60. In the course of wrongfully denying Bluprint's insurance coverage for the ITC Claim, Hartford breached the implied covenant of good faith and fair dealing by, among other things:

(a) Denying Bluprint's claim by asserting insurance coverage defenses that are legally and/or factually invalid;

(b)     Placing unduly restrictive interpretations on its policy terms for the purpose of denying coverage due under the Hartford Policies, contrary to the broad coverage that Hartford advertised it provided under these forms;

( c)    Misrepresenting the terms of the Hartford Policies in order to advance its own economic interests, to the detriment of Bluprint;

(d)     Failing to investigate adequately Bluprint's insurance claim;

(e)     Failing to defend Bluprint in the ITC Claim and forcing Bluprint to fund its own defense;

(f)     Failing to give Bluprint's interests equal consideration with its own;

(g)     Applying inconsistent interpretations of its own policy language to justify its denial of coverage; and

(h)     Forcing Bluprint to institute litigation to recover amounts due under the Hartford Policies.

61.    Hartford's conduct was unreasonable and engaged in for the purpose of placing Hartford's own interests ahead of those of Bluprint, its policyholder, and for withholding from Bluprint the rights and benefits to which Bluprint is entitled under the Hartford Policies.

62.    Hartford's conduct was done with conscious disregard of Bluprint's rights and constitutes despicable conduct, and was done with the intent to vex, injure or annoy Bluprint such as to constitute oppression, fraud or malice under *California Civil Code Section* 3294, entitling Bluprint to punitive damages in an amount appropriate to punish or set an example of Hartford.

///
///
///
///
///

63. As a direct and proximate result of Hartford's breach, Bluprint has suffered substantial damages in an amount to be determined at trial. In addition, Bluprint has incurred, and continues to incur, attorneys' fees and costs in pursuing its rights under the Hartford Policies.

**PRAYER FOR RELIEF:**

**WHEREFORE,** Bluprint prays for the following relief:

1. Compensatory Damages, in an amount to be proven at trial;
2. Punitive Damages, in an amount to be proven at trial;
3. Bluprint's attorneys' fees and costs of suit;
4. Prejudgment and post-judgment interest; and
5. All other relief as the Court may find just and proper.

Dated: October 21, 2014

EZRA BRUTZKUS GUBNER LLP

By: ______________________

MARK D. BRUTZKUS
JOSEPH G. BALICE
Attorneys for Plaintiff
BLUPRINT CLOTHING CORP.

**DEMAND FOR JURY TRIAL**

Plaintiff, BLUPRINT CLOTHING CORP. hereby requests a jury trial for all issues triable by jury under the law.

Dated: October 21, 2014

EZRA BRUTZKUS GUBNER LLP

By: ______________________
MARK D. BRUTZKUS
JOSEPH G. BALICE
Attorneys for Plaintiff
BLUPRINT CLOTHING CORP.

# EXHIBIT "A"



*1000272KR5505010l 00335

# IMPORTANT NOTICE TO POLICYHOLDERS

**EXCLUSION – FUNGI, BACTERIA AND VIRUSES**

**A NEW EXCLUSION HAS BEEN ADDED TO YOUR POLICY. YOU SHOULD REVIEW YOUR POLICY AND CONTACT YOUR HARTFORD AGENT OR YOUR BROKER IF YOU HAVE ANY QUESTIONS.**

This endorsement, titled "Exclusion – Fungi, Bacteria And Viruses," excludes coverage for injury or damage arising out of or related to the presence of or exposure to fungi, bacteria or viruses and byproducts resulting from those organisms. The form also excludes any loss, cost or expense arising out of testing for and other activities that are in response to or for assessing the effects of the excluded items. There is a food ingestion exception built into the form.

Please contact your agent or broker for further information.

© 2002, The Hartford



# IMPORTANT NOTICE TO POLICYHOLDERS
# RENEWAL DISCLOSURE FORM
# COMMERCIAL GENERAL LIABILITY COVERAGE CHANGES AND UMBRELLA LIABILITY CHANGES

*1000272KR55050101 00336

**THIS IMPORTANT NOTICE IS NOT YOUR POLICY. IT MERELY DESCRIBES THE SIGNIFICANT BROADENINGS, RESTRICTIONS AND OTHER CHANGES IN COVERAGE THAT WERE MADE TO THE REVISED LIABILITY COVERAGE PROVIDED BY YOUR POLICY.**

**THE CHANGES DESCRIBED BELOW ARE GENERAL IN NATURE. YOUR POLICY MAY CONTAIN FURTHER CHANGES OR MODIFICATIONS MAKING IT NECESSARY TO CLOSELY READ YOUR POLICY. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE PROVISIONS OF THIS POLICY SHALL PREVAIL.**

**PLEASE CONTACT YOUR AGENT OR BROKER FOR FURTHER INFORMATION.**

## COVERAGE FORM CHANGES

If any one or more of these coverage forms are part of your Hartford policy, this notice applies to you. Please read it carefully.

**HG 00 01 06 05 -- COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**XL 00 03 06 05 -- UMBRELLA LIABILITY POLICY PROVISIONS**

Except as noted, these changes apply to both **HG 00 01** and **XL 00 03**.

***REDUCTIONS IN COVERAGE***

1. The Knowing Violation of Rights Of Another Exclusion and the Discrimination Or Humiliation Exclusion were revised to add the words "...arising out of...." This may be a reduction in coverage in states where courts have more broadly interpreted this term in an exclusion compared to wording previously used.
2. We have added an absolute asbestos exclusion under Personal And Advertising injury Liability - Coverage B. (**HG 00 01** only).
3. The Athletics Activities Exclusion under Medical Payments, Coverage C, was revised to more explicitly express what types of athletic activities are excluded with respect to medical payments. Medical expenses are not intended to be provided to a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests. This may be considered a reduction in coverage (**HG 00 01** only).
4. The Newly Acquired or Formed Organization provision under Who Is An Insured Section was revised to change the ownership standard required for automatic insured status from majority financial ownership to a majority ownership of the *voting* stock. This is a reduction in coverage if you hold a majority of the financial stock but do not hold a majority of the voting stock. (See also Broadenings In Coverage.)
5. The Additional Insureds When Required By Contract provision, under the Who Is An Insured Section, was revised. Your policy now covers a person or organization afforded additional insured status in a written contract with you ONLY if bodily injury, property damage or personal and advertising injury is caused in whole or in part by the acts or omissions of you or of those working on your behalf. There is NO coverage for the additional insured for injury or damage caused entirely by any negligence that is not attributable to you or to those acting on your behalf. If you have added other persons or organizations as additional insureds using an endorsement, refer to the section of this notice titled: Additional Insured Endorsements. This may be a reduction in coverage in states where the law or the courts permit you to contractually hold harmless an additional insured for that additional insured's sole negligence.

   The subparagraph related to Any Other Parties as additional insureds was revised to add an exclusion for liability arising out of the rendering of or failure to render professional architectural, engineering or surveying services.
6. A limitation was added to the Who Is An Insured provision specifying that the contract or agreement that requires you to add a person or organization as an additional insured also requires you to provide limits of liability greater than the limits shown for the underlying insurance in order to activate coverage for the additional insured (**XL 00 03** only).

© 2005, The Hartford

7. The Other Insurance Condition was revised so that now if you are added as an additional insured to another policy this policy is also excess over that insurance for damages arising out of your products and completed operations. (See also Broadenings of Coverage). (**HG 00 01** only).

8. The definition of bodily injury has been revised to explicitly state that bodily injury, including consequential mental anguish and death, must arise from injury, sickness or disease that is physical in character.

   This may be a reduction in coverage in those states that recognize mental anguish as bodily injury without an accompanying physical injury to cause it.

9. Paragraph **f.** of the definition of "insured contract" was revised to eliminate assumptions of liability from others for bodily injury or property damage that was not caused in whole or in part by you or those working on your behalf.

   This may be a reduction in coverage in states where the law or the courts permit you to contractually hold harmless an additional insured for that additional insured's sole negligence.

10. A racing and stunting activities exclusion has been incorporated directly into your policy (**XL 00 03** only).

***BROADENINGS IN COVERAGE***

1. The exception to the Pollution Exclusion which provides coverage for bodily injury arising out of smoke, fumes, vapors or soot from building heating equipment has been expanded to also include water heaters and cooling and dehumidifying equipment.

2. The Internet Advertisements And Content Of Others Exclusion was revised to add wording that limits the application of that part of the exclusion related to computer code, software or programming to only that computer code, software or programming used to enable your web site.

3. The Supplementary Payments provision was revised to cover the cost of appeal bonds (**HG 00 01** only).

4. The Who Is An Insured section was revised to cover Trustees and Volunteer Workers (**XL 00 03** only).

5. The Newly Acquired or Formed Organization provision under Who Is An Insured Section was revised to change the ownership standard required for automatic insured status from majority financial ownership to a majority ownership of the *voting* stock. This is a broadening of coverage if you hold a majority of the voting stock but do not hold a majority of the financial stock. (See also Reductions In Coverage.)

6. The Additional Insured When Required By Written Contract, Written Agreement Or Permit under the Who Is An Insured Section was revised:

   - To add a clause that provides coverage to State Or Political Subdivisions that issue you a permit. This may be a broadening of coverage in those states that may not recognize permits as a written contract.
   - To change the Any Other Party clause to specifically state that liability in connection with the products-completed operations hazard is covered when required in a written contract. This may be a broadening of coverage in those states that may not have interpreted the previous version as being sufficiently broad to include products-completed operations.

7. The following changes were made to the Other Insurance Condition:

   - The When You Add Others As An Additional Insured To This Insurance provision was revised so that the policy continues to be primary and non-contributory, when required of you in a written contract, so that this coverage is not automatically negated for additional insureds added by endorsement (**HG 00 01** only).
   - The When You Are Added As An Additional Insured To Other Insurance provision was revised to make the policy also apply as excess over other insurance for damages arising out products and completed operations. Previously, this applied only to premises or operations. We have also extended this provision to apply at the policy level, not just when you are added as an additional insured to the policy of another by an endorsement (**HG 00 01** only).

***OTHER CHANGES IN COVERAGE***

1. The war exclusion, formerly added by endorsement, has been incorporated directly into these policies.

2 The Known Injury or Damage form, formerly added by endorsement, has been incorporated directly into the Insuring Agreement section of these policies (**XL 00 03** only).

3. The Aircraft and Watercraft exclusions were revised to state that the exclusions apply even if the claim alleges negligence or wrongdoing in the supervision, hiring, employment, training or monitoring of others (**XL 00 03** only).

4. The asbestos exclusion, formerly added by endorsement, has been incorporated directly into these policies. Along with this exclusion the term "Asbestos hazard" was added in the Definitions section (**XL 00 03** only).

5. An Electronic Data Exclusion was added. This exclusion reinforces a similar provision in the definition of Property Damage that states that electronic data is not tangible property. Under the basic Coverage Form, coverage is provided only for damage to property that is tangible in nature.

6. The umbrella is not intended to extend coverage over Underlying Coverage whenever the coverage provided is at less than the policy limits of the primary insurance. This limitation has been restated as an exclusion ( **XL 00 03** only).
7. The Damage To Premises Rented To You – Exception For Damage By Fire, Lightning Or Explosion provision was revised so that the exception does not apply to the revised war exclusion described above (**HG 00 01** only).
8. The Pollution Related Exclusion was revised to explicitly state that a request, demand or order also includes a statutory or regulatory requirement that you respond to a pollution incident.
9. The Who Is An Insured section has added a closing paragraph to call attention to the fact that the Additional Insured grants of coverage extended are no broader than the primary coverage (**XL 00 03** only).
10. The Knowledge, Occurrence, Offense, Claim Or Suit subparagraph under the Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition was revised to reflect the addition of duties for Additional Insured. This clause was revised to explicitly show that a failure by the additional insured to provide the required notice does not affect coverage available to you.
11. The Appeals Condition was revised to emphasize our intent that when a judgment is rendered in excess of the underlying insurance and we offer to pay our full share and you or your underlying insurer elect to appeal, the cost of the appeal, including interest on the original judgment and any additional judgment that may arise will be borne by you or your underlying insurer. This was previously located in the Investigation, Defense, Settlement section (**XL 00 03** only).
12. Transfer Of Rights Of Recovery Against Others To Us Provision has been expanded to:
    - Refer to Supplementary Payments as included in payments for which we have a right of recovery
    - Add a new paragraph titled Waiver Of Rights Of Recovery (Waiver Of Subrogation). This clause states that we will waive any subrogation rights we may have against other parties when you have also waived such rights in a contract with them. This waiver applies to supplementary payments we make in addition to any damages we pay on your behalf (**HG 00 01** only)

*1000272KR55050101 00337

## ADDITIONAL INSURED ENDORSEMENTS

If any one or more of these coverage forms are part of your Hartford policy, this notice applies to you. Please read it carefully.

***REDUCTIONS IN COVERAGE***

| | |
|---|---|
| **CG 20 07 07 04** | **ADDITIONAL INSURED – ENGINEERS, ARCHITECTS, OR SURVEYORS** |
| **CG 20 10 07 04** | **ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION** |
| **CG 20 15 07 04** | **ADDITIONAL INSURED – VENDORS** |
| **CG 20 26 07 04** | **ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION** |
| **CG 20 28 07 04** | **ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT** |
| **CG 20 31 07 04** | **ADDITIONAL INSURED – ENGINEERS, ARCHITECTS OR SURVEYORS** |
| **CG 20 32 07 04** | **ADDITIONAL INSURED – ENGINEERS, ARCHITECTS OR SURVEYORS NOT ENGAGED BY THE NAMED INSURED** |
| **CG 20 37 07 04** | **Additional Insured – Owner, Lessees Or Contractors – Completed Operations** |

If any of these endorsements are a part of your policy, we cover the person or organization designated in the endorsement as an additional insured ONLY if bodily injury, property damage or personal and advertising injury caused in whole or in part by the acts or omissions of you or of those working on your behalf. There is NO coverage for the additional insured for injury or damage caused entirely by any negligence that is not attributable to you or to those acting on your behalf. This may be a reduction in coverage in states where the law or the courts permit you to contractually hold harmless an additional insured for that additional insured's sole negligence.

Under endorsement **CG 20 15 – Additional Insured – Vendors** listed above, this reduction in coverage does not apply if the bodily injury or property damage is caused by:

1. Repackaging solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from you, and then repackaged in the original container; or
2. Inspections, adjustments, tests or servicing that the vendor has agreed to make or normally undertake to make in the usual course of business, in connection with the distribution or sale of the products.

# Direct Bill Information

**You will soon receive your first bill from The Hartford. Please do not make any payment until you receive your bill.**

---

Your insurance policy is in force as of the effective date shown on the policy. (If you do not wish to continue your coverage with The Hartford, you must contact your Hartford agent or broker immediately. In addition, you must either return your policy to The Hartford or submit to The Hartford a signed "Lost Policy Release" form, which you can obtain from your agent or broker.)

---

**Here's how you will be billed:**

- Your total premium is displayed on the front of your policy. You will be billed according to the payment plan under which you are enrolled.
- Please pay the exact amount of the "minimum due" shown on your bill or you may choose to pay your total premium in full. Please note that a nominal service fee is added to each billing installment. To save on service fees, you may prepay future installments if you wish. To avoid late payment fees, please pay the "minimum due" so that it is received by the due date shown on your bill. Service and late payment fees do not apply in all states.
- If you are on the installment billing plan and a credit or additional premium is due as the result of a change made to your policy, the credit or additional premium will be spread equally over the future billing installments.
- For your convenience, more than one policy may be combined on a single monthly bill. This means you can add eligible policies to your billing account at any time.

*If you have any questions about your bill, please call The Hartford's Customer Service toll-free number 1-866-467-8730.*

**Options for Making a Payment:**

- ***Repetitive EFT*** — **Want a fast and easy way to make your scheduled payments to The Hartford?** Then sign up for Electronic Funds Transfer (EFT) and save*. By having your payments automatically deducted from your bank account, you don't have to write and mail a check or worry about your payment being received on time. To learn more about EFT and to sign up today for this time saving service:
  - Call customer service, toll-free at 1-866-467-8730
  - Press 2 for "Payment or Billing Account Information"
  - Say "I'm a Policyholder"
  - Say "EFT"
- ***Pay by Phone*** — Call toll-free at 1-866-467-8730 to make a one-time payment.
- ***Mail Check*** — Send in a check with your remittance stub in the envelope enclosed with your bill.

*EFT savings not applicable in LA, MT, TX, VA, & WA

*1000272KR55050101 00338

# Special Multi-Flex
## POLICY
From The Hartford



This SPECIAL MULTI-FLEX POLICY is provided by the stock insurance company(s) of The Hartford Insurance Group, shown below.

# COMMON POLICY DECLARATIONS

THE HARTFORD

POLICY NUMBER: 72 UUN KR5505 DE
RENEWAL OF: 72 SBA AH1978

Named Insured and Mailing Address: (No., Street, Town, State, Zip Code)

**BLUPRINT CLOTHING CORP.**

**4851 S. SANTA FE AVE. %MICHELLE LEE**
**LOS ANGELES , CA 90058**
**(LOS ANGELES COUNTY)**

Policy Period: From 10/07/09 To 10/07/10

12:01 A.M., Standard time at your mailing address shown above.

In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy. The Coverage Parts that are a part of this policy are listed below. The Advance Premium shown may be subject to adjustment.

Total Advance Premium: $27,073.00

| Coverage Part and Insurance Company Summary | Advance Premium |
|---|---|
| PROPERTY CHOICE<br>HARTFORD FIRE INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CONNECTICUT 06115 | $ 8,041.00 |
| COMMERCIAL GENERAL LIABILITY<br>HARTFORD FIRE INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CONNECTICUT 06115 | $19,032.00 |

**Form Numbers of Coverage Parts, Forms and Endorsements that are a part of this policy and that are not listed in the Coverage Parts.**

HM0001 HM00100107SD4 IL00171198 IH09850108 IL00210702 IL02700908
PC00010103 HC00100798

Agent/Broker Name: **PACIFIC UNIFIED INSURANCE AGCY INC**

Countersigned by (Where required by law) ______________ Authorized Representative ______ Date

Form HM 00 10 01 07 ORIGINAL

*0500272KR5505 0101 00339

COMMON POLICY DECLARATIONS (CONTINUED)

POLICY NUMBER: 72 UUN KR5505

SUPPLEMENTAL DECLARATIONS:

A service fee of $ 7.00 is charged for each installment when your premium is paid in installments. The service fee is $ 0.00 per withdrawal when you select an electronic funds transfer payment plan. The service fee will be added to the premium amount shown on your premium billing statement.

23

Form HM 00 10 01 07 SD4



*0500272KR5505010l 00340

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

 Copyright, Insurance Services Office, Inc., 1998

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Our President and Secretary have signed this policy. Where required by law, the Declarations page has also been countersigned by our duly authorized representative.

Richard G. Costello, Secretary

Neal S. Wolin, President

POLICY NUMBER: 72 UUN KR5505

*0500272KR5505010100341

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### TERRORISM PREMIUM (CERTIFIED ACTS)

| Coverage: | Premium (if Covered): | |
|---|---|---|
| PROPERTY | $ | 234.00 |
| GENERAL LIABILITY | $ | 188.00 |
| TOTAL | $ | 422.00 |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended (TRIA), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for certified acts of terrorism under TRIA. The portion of your premium attributable to such coverage is shown above in this endorsement.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Department of the Treasury will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of such insured losses that exceeds the applicable insurer deductible. However, if aggregate insured losses attributable to certified acts of terrorism under TRIA exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to certified acts of terrorism under TRIA, exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under TRIA, we shall not be liable for the payment of any portion of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. All other terms and conditions remain the same.**

© 2008, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

*0500272KR55050101 00342

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

© ISO Properties, Inc., 2001

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

*0500272KR5505010 1 00343

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less:**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© ISO Properties, Inc., 2007

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3. a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

**(3)** Farm Coverage Part - Causes of Loss Form - Farm Property, Paragraph **D.** Covered Causes of Loss - Special.

 © ISO Properties, Inc., 2007

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

1. Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **Residential Property**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   Capital Assets Program (Output Policy) Coverage Part

   Commercial Property Coverage Part

   Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form.

   **a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below:

   **b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

   However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

   **(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

   **(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

   **(3)** We have:

   **(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

   **(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

   the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

   **c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

   **d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

   **(1)** Capital Assets Program Coverage Form (Output Policy);

   **(2)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

   **(3)** Farm Coverage Part - Causes Of Loss Form - Farm Property, Paragraph **D.** Covered Causes Of Loss - Special.

3. We are not required to send notice of nonrenewal in the following situations:

   **a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

 © ISO Properties, Inc., 2007 

*0500272KR5505010100344

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions of risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© ISO Properties, Inc., 2007

# QUICK REFERENCE
## PROPERTY CHOICE COVERAGE PART

### Property Choice Conditions and Definitions

A. General Conditions
   1. Abandonment
   2. Application of Waiting Period
   3. Appraisal
   4. Claim Settlement
   5. Concealment, Misrepresentation or Fraud
   6. Control of Property
   7. Coverage Territory
   8. Equipment Breakdown - Suspension
   9. Equipment Breakdown - Inspection
   10. Errors in Description
   11. If Two or More Coverages Apply
   12. Legal Action Against Us
   13. Liberalization
   14. Loss Payee - Standard
   15. Mortgageholders and Lender Loss Payees
   16. No Benefit to Bailee
   17. Other Insurance
   18. Policy Period
   19. Recovered Property
   20. Transfer of Rights (Subrogation)

B. General Duties in Event of Loss
   1. Your Duties
      a. Notify Police
      b. Notify Us
      c. Protect Property
      d. Take Inventory
      e. Permit us to Inspect Property, Books
      f. Proof of Loss
      g. Cooperate
   2. Our Right - Examine You Under Oath

C. General Definitions
   1. Building Glass
   2. Computer Equipment
   3. Computer Media and Data
   4. Employee
   5. Fungus
   6. Member
   7. Money
   8. Policy Year
   9. Pollutants and Contaminants
   10. Scheduled Premises
   11. Securities
   12. Sinkhole Collapse
   13. Specified Causes of Loss
   14. Sprinkler Leakage
   15. Stock
   16. Tenant Improvements and Betterments
   17. Theft
   18. Valuable Papers
   19. Volcanic Action

### Property Choice Coverage Form

A. Coverage
   1. Covered Property Definitions
      a. Building
      b. Business Personal Property
   2. Property Not Covered
   3. Covered Causes of Loss - See separate form
   4. Additional Coverages
      a. Accounts Receivable
      b. Brands and Labels
      c. Building Glass Repairs
      d. Business Travel and Sales Representative Samples
      e. Claim Expenses
      f. Contract Penalties
      g. Debris Removal
      h. Electronic Vandalism
      i. Employee Personal Effects
      j. Exhibitions
      k. Expediting Expenses
      l. Fine Arts

*0500272KR55050101 00345

m. Fire Department Service Charge
n. Fire Device Recharge
o. Fungus, Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage
p. Inflation Guard
q. Installment or Deferred Sales
r. New Construction at Scheduled Premises
s. Newly Acquired Property
t. Non-Owned Trailers
u. Ordinance or Law
v. Outdoor Trees, Shrubs, Sod, Plants and Lawns
w. Pairs or Sets
x. Pollutants and Contaminants Clean Up
y. Preservation of Property
z. Rewards
aa. Transit
bb. Transition to Replacement Premises
cc. Underground Water Seepage
dd. Unnamed Premises
ee. Utility Services
ff. Water Damage Repair
gg. Windblown Debris

5. Combined Additional Protection
6. Tenant Lease Coverage

B. Exclusions - See separate Form
C. Limits of Insurance
D. Deductible
E. Loss Payment and Valuation Conditions
1. Replacement Cost
2. Actual Cash Value
3. Specific Property Valuations
a. Accounts Receivable
b. Animals
c. Building Glass
d. Computer Media and Data and Valuable Papers
e. Fine Arts
f. Property of Others
g. Stock
h. Tenant Improvements and Betterments
i. Transit
j. Vehicles
4. Value Enhancements
a. Architect and Engineering Fees
b. Customs Duty, Sales Tax
c. Extended Warranties

**Property Choice - Covered Causes of Loss and Exclusions Form**

A. General Exclusion
B. Specific Exclusions
1. Accounting Errors
2. Animals
3. Change of Temperature, Dampness, Dryness
4. Collapse
5. Delay, Loss of Use or Loss of Market
6. Dishonest Acts
7. Docks, Piers, Wharves
8. Earth Movement
9. Flood, Water Under the Ground
10. Fungus, Wet Rot, Dry Rot, Bacteria or Virus
11. Governmental Action
12. Missing Property
13. Neglect to Protect Property
14. Nesting or Infestation
15. Nuclear Hazard
16. Ordinance or Law
17. Pollutants and Contaminants
18. Programming Errors and Computer Deficiency
19. Rain, Snow, Ice, Sleet to Property in the Open
20. Settling, Cracking to Buildings or Structures
21. Smoke (Agricultural or Industrial)
22. Testing
23. Theft of Laptops as Checked Baggage
24. Unauthorized Transfer of Property
25. Unauthorized Viewing, Copying of Computer Media and Data
26. Utility Services Interruption
27. War, Military Action
28. Workmanship
29. Other Exclusions

C. Theft Limitation to Specific Types of Covered Property
D. Additional Coverage – Equipment Breakdown

# PROPERTY CHOICE
# COVERAGE PART - DECLARATIONS

**POLICY NUMBER:** 72 UUN KR5505

**This PROPERTY CHOICE COVERAGE PART consists of:**

**A. This Declarations;**
**B. Property Choice Schedule of Premises and Coverages;**
**C. Property Choice Conditions and Definitions;**
**D. Property Choice Coverage Form;**
**E. Property Choice Covered Causes of Loss and Common Exclusions Form; and**
**F. Any other Coverage Forms, Conditions Forms, Endorsements and Schedules issued to be a part of this Coverage Part and listed below.**

*0500272KR55050101 00346

Various provisions in this Coverage Part restrict coverage. Read the entire Coverage Part carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Part the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Definitions found in the Property Choice Conditions and Definitions (Form Number PC 00 90).

**ADVANCE PREMIUM:** $8,041.00

**AUDIT PERIOD:**

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Property Choice Declarations" or the "Common Policy Declarations".

All Schedules listed on this Declarations are part of this Declarations.

Form Numbers of Coverage Forms, Endorsements, and Schedules that are a part of this Coverage Part:

PC00910103 PC00020103T PC99120103 PC00900103 IH09400108 PC00100103
PC00200103 PC00300103 PC10100103 PC30041104 PC30600699 PC31040506

# PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES

**POLICY NUMBER:** 72 UUN KR5505

COVERAGE AND LIMITS OF INSURANCE

INSURANCE APPLIES ON A BLANKET BASIS ONLY TO A COVERAGE FOR WHICH A LIMIT OF INSURANCE IS SHOWN BELOW IN THE BLANKET DESCRIPTION OF COVERAGE OR PROPERTY. THE MAXIMUM WE WILL PAY FOR LOSS OR DAMAGE IN ANY ONE OCCURRENCE IS THE SMALLEST APPLICABLE LIMIT OF INSURANCE SHOWN IN THE DECLARATIONS, SCHEDULES, OR ENDORSEMENT(S).

BLANKET DESCRIPTION OF COVERAGE OR PROPERTY

FOR INSURANCE THAT APPLIES TO A SPECIFIC INSURED PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

| | LIMIT(S) OF INSURANCE IN ANY ONE OCCURRENCE |
|---|---|
| BUSINESS PERSONAL PROPERTY | $1,000,000 |

PROPERTY CHOICE - ADDITIONAL COVERAGES

THE FOLLOWING ADDITIONAL COVERAGES ARE INCLUDED IN THE PROPERTY CHOICE COVERAGE FORM AND APPLY IN ANY ONE OCCURRENCE UNLESS OTHERWISE STATED. FOR INSURANCE THAT APPLIES TO A SPECIFIC ADDITIONAL COVERAGE OR PREMISES AND REPLACES ANY OF THE BELOW LIMITS OF INSURANCE SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

| | LIMIT OF INSURANCE IN ANY ONE OCCURRENCE |
|---|---|
| ACCOUNTS RECEIVABLE: | $250,000 |
| BRANDS AND LABELS: | $50,000 |
| BUILDING GLASS REPAIRS: | INCLUDED IN BUILDING LIMIT |
| BUSINESS TRAVEL AND SALES REPRESENTATIVE SAMPLES: | $50,000 |
| CLAIM EXPENSES: | $50,000 |
| CONTRACT PENALTIES: | $50,000 |
| DEBRIS REMOVAL - (ADDITIONAL AMOUNT): | $50,000 |

*0500272KR5505 0101 00347

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)**

**POLICY NUMBER:** 72 UUN KR5505

| | |
|---|---|
| ELECTRONIC VANDALISM: | INCLUDED IN APPLICABLE BUSINESS PERSONAL PROPERTY LIMIT |
| EMPLOYEE PERSONAL EFFECTS: | $50,000 |
| EXPEDITING EXPENSES (OTHER THAN EQUIPMENT BREAKDOWN EXPEDITING EXPENSES): | $50,000 |
| EXHIBITIONS (AT ANY ONE EXHIBITION): | $50,000 |
| FINE ARTS: | $50,000 |
| FIRE DEPARTMENT SERVICE CHARGE: | $50,000 |
| FIRE DEVICE RECHARGE: | $50,000 |
| FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE (AT EACH PREMISES IN ANY ONE POLICY YEAR): | $50,000 |
| INFLATION GUARD: | CONSUMER PRICE INDEX UP TO 8% |
| INSTALLMENT OR DEFERRED SALES: | $50,000 |
| NEW CONSTRUCTION AT SCHEDULED PREMISES: | $1,000,000 |
| NEWLY ACQUIRED PROPERTY: | |
| BUILDINGS: | $1,000,000 |
| BUSINESS PERSONAL PROPERTY: | $500,000 |
| NON OWNED TRAILERS: | $50,000 |
| ORDINANCE OR LAW COVERAGE (DEMOLITION & INCREASED COST OF CONSTRUCTION): | LESSER OF 25% OF BUILDING VALUE OR $500,000 |
| ORDINANCE OR LAW COVERAGE (VALUE OF THE UNDAMAGED BUILDING): | INCLUDED IN BUILDING LIMIT |
| OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS: | $50,000 |
| PAIRS AND SETS: | INCLUDED IN STOCK LIMIT |
| POLLUTANT AND CONTAMINANTS CLEANUP (AT EACH SCHEDULED PREMISES IN ANY ONE POLICY YEAR): | $50,000 |
| REWARD COVERAGE: | $50,000 |
| TRANSIT: | $50,000 |
| UNDERGROUND WATER SEEPAGE: | $25,000 |

 (CONTINUED ON NEXT PAGE)

**POLICY NUMBER:** 72 UUN KR5505

UNNAMED PREMISES:
AT ALL UNNAMED PREMISES IN ANY ONE OCCURRENCE:

| | |
|---|---|
| BUILDINGS: | $100,000 |
| BUSINESS PERSONAL PROPERTY (INCLUDING STOCK): | $50,000 |
| AT ANY ONE INSTALLATION: | $25,000 |
| UTILITY SERVICES: INCLUDING OVERHEAD TRANSMISSION LINES | $10,000 |
| WIND BLOWN DEBRIS: | $2,500 |
| COMBINED ADDITIONAL PROTECTION: | LESSER OF 25% OF THE TOTAL SCHEDULED PREMISES BUILDING AND BUSINESS PERSONAL PROPERTY LIMITS OF INSURANCE OR $250,000 |
| TENANT LEASE COVERAGES: | |
| BUILDING GLASS: | INCLUDED IN BUSINESS PERSONAL PROPERTY LIMIT |
| LEASE ASSESSMENT: | $2,500 |
| LEASEHOLD IMPROVEMENTS: | $25,000 |
| THEFT DAMAGE: | INCLUDED IN BUSINESS PERSONAL PROPERTY LIMIT |
| MISCELLANEOUS INTERIOR BUILDING PROPERTY: | $25,000 |

LEGAL LIABILITY - BUILDING COVERAGE FORM (PC0030) ATTACHES TO AND FORMS PART OF THIS POLICY.

| | |
|---|---|
| LEGAL LIABILITY - BUILDING LIMIT OF INSURANCE: | $25,000 IN ANY ONE ACCIDENT |

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

---

VALUATION PROVISION:

---

REPLACEMENT COST (SUBJECT TO LIMITATIONS) APPLIES TO THE TYPES OF COVERED PROPERTY INSURED UNDER THIS POLICY. FOR VALUATION THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

*0500272KR55050101 00348

 (CONTINUED ON NEXT PAGE)

**POLICY NUMBER:** 72 UUN KR5505

## PROPERTY CHOICE - BUSINESS INTERRUPTION - BLANKET DESCRIPTION OF COVERAGE

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

| | LIMITS OF INSURANCE IN ANY ONE OCCURRENCE |
|---|---|
| SPECIAL BUSINESS INCOME: ORDINARY PAYROLL IS INCLUDED | $4,000,000 |

## PROPERTY CHOICE - BUSINESS INTERRUPTION - ADDITIONAL COVERAGES

THE FOLLOWING ADDITIONAL COVERAGES ARE INCLUDED IN THE COVERAGE FORM AND APPLY IN ANY ONE OCCURRENCE UNLESS OTHERWISE STATED. FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES AND REPLACES ANY OF THE BELOW LIMITS OF INSURANCE SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

| | LIMIT OF INSURANCE IN ANY ONE OCCURRENCE |
|---|---|
| BUSINESS TRAVEL: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| CIVIL AUTHORITY (72 HOUR WAITING PERIOD APPLIES): | 30 DAYS |
| DENIAL OF SERVICE (12 HOUR WAITING PERIOD APPLIES): | $25,000 |
| DEPENDENT PROPERTIES (72 HOUR WAITING PERIOD APPLIES): | $100,000 FROM ALL DEPENDENT PROPERTIES IN ANY ONE OCCURRENCE |
| ELECTRONIC VANDALISM ( 6 HOUR WAITING PERIOD APPLIES): | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| EXTENDED INCOME - 180 DAYS: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |

**POLICY NUMBER:** 72 UUN KR5505

| | |
|---|---|
| FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE: | ACTUAL LOSS SUSTAINED FOR 30 DAYS |
| FUTURE EARNINGS: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| GOOD FAITH ADVERTISING (IN ANY ONE POLICY YEAR): | $25,000 |
| LESSOR'S TENANT MOVE BACK EXPENSE: | $10,000 |
| MACHINERY TESTING AND TRAINING: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| NEWLY ACQUIRED PREMISES: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| ORDINANCE OR LAW INCREASED PERIOD OF RESTORATION: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| POLLUTANTS AND CONTAMINANTS CLEAN UP (IN ANY ONE POLICY YEAR): | $25,000 |
| TRANSIT: | $100,000 |
| UNNAMED PREMISES: | $100,000 AT ALL UNNAMED PREMISES IN ANY ONE OCCURRENCE |
| INSTALLATIONS: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| EXHIBITIONS: | INCLUDED IN SPECIAL BUSINESS INCOME LIMIT OF INSURANCE |
| UTILITY SERVICES: (24 HOUR WAITING PERIOD APPLIES): INCLUDING OVERHEAD TRANSMISSION LINES | $10,000 |
| WEBSITES AND COMMUNICATION SERVICES (12 HOUR WAITING PERIOD APPLIES): | LESSER OF ACTUAL LOSS SUSTAINED FOR 30 DAYS OR $100,000 |

*0500272KR55050101 00349

 (CONTINUED ON NEXT PAGE)

**POLICY NUMBER:** 72 UUNKR5505

---

COINSURANCE PROVISION:

---

COINSURANCE DOES NOT APPLY TO THE COVERAGES SHOWN ON THIS POLICY.

---

CAUSES OF LOSS - ADDITIONAL COVERAGE - EQUIPMENT BREAKDOWN

---

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

THE MOST WE WILL PAY IN ANY ONE EQUIPMENT BREAKDOWN ACCIDENT TO EQUIPMENT BREAKDOWN PROPERTY IS THE LESSER OF THE APPLICABLE BUILDING, BUSINESS PERSONAL PROPERTY AND BUSINESS INTERRUPTION LIMITS OF INSURANCE OR $100,000,000.

COVERAGE EXTENSIONS: THE FOLLOWING COVERAGE EXTENSIONS LIMITS OF INSURANCE ARE INCLUDED IN THE CAUSES OF LOSS - ADDITIONAL COVERAGE - EQUIPMENT BREAKDOWN AND APPLY IN ANY ONE EQUIPMENT BREAKDOWN ACCIDENT TO EQUIPMENT BREAKDOWN PROPERTY.

| | LIMITS OF INSURANCE |
|---|---|
| CFC REFRIGERANTS: | INCLUDED IN THE LIMIT OF INSURANCE APPLICABLE TO EQUIPMENT BREAKDOWN |
| HAZARDOUS SUBSTANCES: | $100,000 |
| SPOILAGE: | $100,000 |
| EXPEDITING EXPENSES: | $100,000 |

---

DEDUCTIBLES

---

FOR DEDUCTIBLES THAT APPLY TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

THE FOLLOWING DEDUCTIBLE AMOUNTS SHALL APPLY TO LOSS OR DAMAGE:

BY COVERED LOSS,
IN ANY ONE OCCURRENCE: $1,000

 (CONTINUED ON NEXT PAGE)

PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)

**POLICY NUMBER:** 72 UUN KR5505

PROPERTY CHOICE - SCHEDULED PREMISES

THE FOLLOWING LIMITS OF INSURANCE APPLY IN ANY ONE OCCURRENCE UNLESS OTHERWISE STATED.

* * * * * * * * * * * * * * *

PREMISES NO. 1

ADDRESS:

2281 E 49TH STREET
VERNON, CA 90058
LOS ANGELES COUNTY

| DESCRIPTION OF COVERAGE OR PROPERTY | LIMIT OF INSURANCE |
|---|---|
| BUSINESS PERSONAL PROPERTY (INCLUDING STOCK): | INCLUDED IN BLANKET BUSINESS PERSONAL PROPERTY LIMIT |

| PROPERTY CHOICE - BUSINESS INTERRUPTION | LIMIT OF INSURANCE |
|---|---|
| SPECIAL BUSINESS INCOME: | INCLUDED IN BLANKET SPECIAL BUSINESS INCOME LIMIT |
| ORDINARY PAYROLL IS INCLUDED | |

* * * * * * * * * * * * * * *

PREMISES NO. 2

ADDRESS:

4851 S SANT FE
VERNON, CA 90058
LOS ANGELES COUNTY

*0500272KR55050101 00350

42

Form PC 00 02 01 03 T PAGE 7 (CONTINUED ON NEXT PAGE)

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)**

**POLICY NUMBER:** 72 UUN KR5505

PREMISES 2 CONTINUED

| DESCRIPTION OF COVERAGE OR PROPERTY | LIMIT OF INSURANCE |
|---|---|
| BUSINESS PERSONAL PROPERTY (INCLUDING STOCK): | INCLUDED IN BLANKET BUSINESS PERSONAL PROPERTY LIMIT |

| PROPERTY CHOICE - BUSINESS INTERRUPTION | LIMIT OF INSURANCE |
|---|---|
| SPECIAL BUSINESS INCOME:<br>ORDINARY PAYROLL IS INCLUDED | INCLUDED IN BLANKET SPECIAL BUSINESS INCOME LIMIT |

MORTGAGE HOLDER(S):

FIRST: WELLS FARGO TRADE CAPITAL
333 S GRAND AVE S-4150
LOS ANGELES, CA 90071

43

**Form PC 00 02 01 03 T** PAGE 8

*0500272KR55050101 00351

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# "FUNGUS", WET ROT, DRY ROT, BACTERIA AND VIRUS – REMOVAL OF LIMITATIONS – CALIFORNIA

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

The following applies to insured risks situated in the state of California:

**A.** Applicable to the PROPERTY CHOICE COVERAGE FORM:

1. Additional Coverage - "Fungus", Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage is deleted.
2. Additional Coverage – Ordinace or Law – Ordinance or Law Exclusions (3) (a) and (b) as respects "Fungus", Wet Rot, Dry Rot, Bacteria and Virus do not apply.

**B.** Applicable to the PROPERTY CHOICE – COVERED CAUSES OF LOSS AND EXCLUSIONS FORM:

Specific Exclusion - "Fungus", Wet Rot, Dry Rot, Bacteria or Virus is deleted.

**C.** Applicable to any Business Interruption Form:

1. Additional Coverage - "Fungus", Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage is deleted.
2. Additional Coverage - Ordinance or Law – Increased Period of Restoration – restrictions as respects "Fungus", Wet Rot, Dry Rot, Bacteria and Virus do not apply.

**D.** Applicable to the MORTGAGEHOLDER'S ERRORS AND OMISSIONS COVERAGE FORM:

1. EXCLUSION - "Fungus", Wet Rot, Dry Rot, Bacteria or Virus is deleted.
2. "Fungus", Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage is deleted.

© 2002, The Hartford



*0500272KR55050101 00352

# PROPERTY CHOICE CONDITIONS AND DEFINITIONS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to section **C. DEFINITIONS**.

The following conditions apply to all coverages that are a part of the Property Choice Coverage Part or Property Choice Policy and are in addition to the Common Policy Conditions unless stated otherwise in coverage forms and endorsements.

## A. GENERAL CONDITIONS

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Application of Waiting Period**

In the event that more than one Waiting Period is applicable, we will apply only the longest waiting period.

**3. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim on the grounds that it is not covered under this policy.

**4. Claim Settlement**

**a.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**b.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5. Concealment, Misrepresentation or Fraud**

This Coverage Part is void in any case of fraud by you as it relates to this coverage at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Part;

**b.** The property covered under this insurance;

**c.** Your interest in the property covered under this insurance; or

**d.** A claim under this Coverage Part.

**6. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more premises will not affect coverage at any premises where, at the time of loss or damage, the breach of condition does not exist.

© 2002, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**7. Coverage Territory**

The coverage territory is the United States of America (including its territories and possessions); Puerto Rico; and Canada.

**Exceptions:**

**a. Business Travel**

For Business Travel coverage, the Coverage Territory is anywhere in the world.

**b. Exhibitions**

For Exhibition coverage, the Coverage Territory is anywhere in the world.

**c. Transit**

For property in transit, the Coverage Territory is within and between the United States of America, (including its territories and possessions), Puerto Rico and Canada; however, waterborne shipments are covered only if on inland waterways or in territorial waters, within 12 miles of land.

**8. Equipment Breakdown - Suspension**

When any Equipment Breakdown Property is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Equipment Breakdown Accident to that equipment. We can do this by mailing or delivering a written notice of suspension to your address as stated in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**9. Equipment Breakdown - Jurisdictional Inspections**

If any Equipment Breakdown Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**10. Errors in Description**

Any unintentional error in the description of the occupancy or location address of Covered Property will not impair this insurance, provided you report the error to us as soon as the error becomes known to you.

**11. If Two or More Coverages Apply**

If two or more coverages in this policy apply to the same loss or damage, we will not pay more than the actual amount of loss damage.

**12. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

For coverage under the Business Crime Coverage Forms, the words **the direct physical loss or damage occurred** are replaced by the words **you discover the loss.**

**13. Liberalization**

If we adopt any revision that would broaden this Coverage Part, without additional premium, within 45 days prior to inception of this policy or during this policy period, the broadened coverage will immediately apply to you.

**14. Loss Payee**

**a.** For Covered Property in which both you and the Loss Payee - Standard stated in the Declarations have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the loss payee, as interests may appear.

**b.** If we cancel this policy, we will give written notice to the loss payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(3)** If we elect not to renew this policy, we will give written notice to the loss payee at least 10 days before the expiration date of this Coverage Part.

**15. Mortgageholders and Lender Loss Payees**

**a.** We will pay each of the following for their interest in covered loss or damage, as stated in the Declarations in the order of their precedence, as their interest may appear:

**(1) Mortgageholder** for their interest in buildings or structures. The term mortgageholder includes trustees.

**(2) Lender** for their interest as a creditor, established by such written

instruments as warehouse receipts, a contract for deed, bills of lading, financing statements; or mortgages, deeds of trust, or security agreements.

**b.** The applicable mortgageholder or lender has the right to receive loss payment even if they have started foreclosure or similar action on the property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the applicable mortgageholder or lender will still have the right to receive loss payment if such mortgageholder or lender:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder or lender.

All of the terms of this Coverage Part will then apply directly to the mortgageholder or lender.

**d.** If we pay the mortgageholder or lender for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's or lender's right to recover the full amount of their applicable claims will not be impaired.

At our option, we may pay to the mortgageholder or lender the whole principal on the mortgage or debt plus any accrued interest. In this event:

**i.** For mortgageholder relationships, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us;

**ii.** For lender relationships, you will pay your debt to us.

**e.** If we cancel this policy, we will give written notice to the mortgageholder or lender at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**f.** If we elect not to renew this policy, we will give written notice to the mortgageholder or lender at least 10 days before the expiration date of this Coverage Part.

**16. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**17. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in **a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**18. Policy Period**

In this Coverage Part, we only cover direct physical loss or direct physical damage which occurs during the policy period stated in the Declarations.

For coverage under the Business Crime Coverage Forms, see the Discovery Crime General Condition, in the Crime Common Conditions and Exclusions Form.

**19. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the applicable Limit of Insurance.

You will pay us the amount of all recoveries of Accounts Receivable you receive for a loss paid by us. But any recoveries in excess of the amount we have paid belong to you.

*0500272KR55050101 00353

**20. Transfer of Rights of Recovery Against Others To Us (Subrogation)**

If any person or organization to whom or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a covered loss or damage, or

**b.** After a covered loss only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm that you own or control;

**(3)** A business firm or individuals, that owns or controls you; or

**(4)** Your tenant.

This written waiver will not restrict your insurance.

**Exceptions:**

**(i)** For their interest in building repair or construction, you may not waive your rights to recover damages from architects or engineers except as agreed to in writing by us.

**(ii)** For property in the due course of transportation, we will not pay for loss or damage if you impair our rights to recover damages from any carrier for hire, bailee or third party.

However, you may accept bills of lading, receipts or contracts of transportation from carriers for hire, which contain a limitation of value.

**B. YOUR GENERAL DUTIES IN EVENT OF LOSS**

**1.** In event of loss or damage, you must see that the following are done:

**a. Notify Police**

Notify the police if a law may have been broken.

**b. Notify Us**

Give us prompt notice of the loss or damage. Include a description of the property involved.

As soon as possible, give us a description of how, when and where the loss or damage occurred.

We will not deny coverage due to your unintentional failure to notify us about the occurrence of loss or damage provided notice is give as soon as practicable after you become aware of such loss or damage.

**c. Protect Property**

Take all reasonable steps to protect the property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the applicable Limit of Insurance.

Also, if feasible, set the damaged property aside and in the best possible order for examination.

**d. Take Inventory**

At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**e. Inspect Property, Books**

As often as may be reasonably required, permit us to:

**(1)** Inspect the damaged and undamaged property and take samples for testing and analysis.

**(2)** Examine and make copies of your books and records Including electronic records and data.

**f. Proof of Loss**

Send us a signed, sworn proof of loss containing the information we request during our investigation of your claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**g. Cooperate**

Cooperate with us in the investigation or settlement of the claim. .

**2. Examination Under Oath**

We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**C. DEFINITIONS**

**1. "Building Glass"** means glass that is part of the building or structure, including solar

heating panels, glass building blocks, skylights, glass doors and windows and their encasement frames, alarm tape, lettering and ornamentation.

This does not include art glass, half tone screens, lenses, memorial windows, mosaic art, rotogravure screens or any stained glass.

2. **"Computer Equipment"** includes the following equipment:

   a. Computer hardware, including micro-processors and related component parts;

   b. Peripheral equipment, such as printers and modems;

   c. Computer network equipment; and

   d. Electronic communications equipment.

3. **"Computer Media and Data"** means:

   a. Prepackaged software programs and instructional material purchased for use with your computer system;

   b. Electronic data processing, recording or storage media such as films, tapes, cards, discs, drums or cells; and

   c. Data and programming records used for electronic data processing or electronically controlled equipment stored on such media.

   "Computer Media and Data" does not mean "Money" or "Securities".

4. **"Employee"** as respects the Business Crime Coverages means:

   a. Any natural person:

      (1) While in your service (and for 60 days after termination of service); and

      (2) Who you compensate directly by salary, wages or commissions; and

      (3) Who you have the right to direct and control while performing services for you;

   b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you. This includes temporary substitutes for permanent employees and persons under long term labor leases;

   c. Any natural person who is your partner or "Member" of the Named Insured stated in the Declarations;

   d. Any natural person, including your directors or trustees, whether or not compensated, while performing services for you as the chairperson or member of any committee;

   e. Any natural person who is acting as a non-compensated officer;

   f. Any natural person, who is a director or trustee, while acting as a member of any of your elected or appointed committees or while acting with the scope of the usual duties of an "Employee";

   g. Any natural person who is a non-compensated volunteer, other than one who is a fund solicitor, while performing services for you that are usual to the duties of an "Employee";

   h. Any natural person who is a former employee, director, partner, member, representative or trustee retained as a consultant while performing services for you;

   i. Any natural person who is a student intern who is pursuing studies or acting within the scope of the usual duties of an "Employee";

   j. Any natural person, who is a student enrolled in your facility, while handling or has possession of property or funds in connection with sanctioned student activities;

   k. The spouses of and children over 18 years old who reside with any "Employee" who is a building manager, superintendent or janitor.

   Each family is deemed to be, collectively, one "Employee" for the purposes of this insurance, except that any Termination Condition applies individually to the spouse and children.

**Excluded Persons**

Except as specifically included above as an "Employee", "Employee" does not mean an:

(1) Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any manager, director, partner, member or trustee, except while acting within the scope of the usual duties of an "Employee".

5. **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

*0500272KR5505010l 00354

6. **"Member"** means an owner of a limited liability company represented by its membership interest, including those who may also serve in a directorial capacity.

7. **"Money"** means:

   a. Currency, coins and bank notes; and
   b. Travelers checks, register checks and money orders held for sale to the public.

8. **"Policy Year"** means the period of time that:

   a. Begins with the inception or anniversary date of this policy; and
   b. Ends at the expiration or at the next anniversary date of this policy.

9. **"Pollutants and Contaminants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemical and waste, or any other material which causes or threatens to cause physical loss, damage, impurity to property, unwholesomeness, undesirability, loss of marketability, loss of use of property or which threatens human health or welfare. Waste includes materials to be recycled, reconditioned or reclaimed.

10. **"Scheduled Premises"** means any premises listed by location address in the Scheduled Premises section of the Declarations.

11. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "Money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter); and
    b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue;

    but does not include "Money".

    Lottery tickets held for sale are not "Securities".

12. **"Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.

    This cause of loss does not include:

    a. The cost of filling sinkholes; or
    b. Sinking or collapse of land into man-made underground cavities.

13. **"Specified Causes of Loss"** means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; "Sinkhole Collapse"; "Volcanic

Action"; falling objects; weight of snow, ice or sleet; water damage, "Sprinkler Leakage"; "Theft"; or "Building Glass" breakage.

a. Falling objects does not include loss or damage to:

   (1) Personal property in the open; or
   (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall or the building structure is first damaged by a falling object.

b. Water damage means the damage resulting from the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

For property in transit, "Specified Causes of Loss" also means:

(1) "Flood"; or earth movement;
(2) Collision, upset, derailment or overturn of the transporting conveyance;
(3) Collapse of bridges, trestles, roadways, docks, piers, wharves or bulkheads; or
(4) Stranding, sinking, burning or collision of the transporting conveyance, but only while waterborne by public carriers for hire.

14. **"Sprinkler Leakage"** means a leakage or discharge of any substance from an "Automatic Fire Extinguishing System", including collapse of a tank that is part of the system.

15. **"Stock"** means merchandise held in storage or for sale, raw materials, and goods in-process or finished.

16. **"Tenant Improvements and Betterments"** means fixtures, alterations, installations or additions made a part of the Building you occupy but do not own; and:

    a. Made at your expense; or
    b. You acquired from the prior tenant at your expense; and

    you cannot legally remove.

    Tenant Improvements and Betterments includes fences, signs, and radio or television towers, antennas and satellite dishes (including attached equipment).

17. **"Theft"** means any act of stealing.

18. **"Valuable Papers"** means:

Inscribed, printed or written documents, manuscripts, patterns or records including abstracts, books, deeds, drawings, films, maps or mortgages.

**"Valuable Papers"** does not mean:

**(1)** "Money" or "Securities", whether or not in current circulation

**(2)** Property that cannot be replaced with other property of like kind and quality.

19. **"Volcanic Action"** means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**a.** Airborne volcanic blast or airborne shock waves;

**b.** Ash, dust or particulate matter; or

**c.** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to property.

*0500272KR55050101 00355



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

*0500272KR55050101 00356

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE PART
COMMERCIAL PROPERTY POLICY / COVERAGE PART

**A. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Department of the Treasury will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of such insured losses that exceed the applicable insurer deductible. However, if aggregate insured losses attributable to certified acts of terrorism under the Terrorism Risk Insurance Act, as amended (TRIA), exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of such losses that exceeds $100 billion.

**B. Cap On Certified Terrorism Losses**

A "Certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism. The criteria contained in TRIA, for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and
2. The act resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of an United States mission; and
3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to certified acts of terrorism under TRIA, exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under TRIA, we shall not be liable for the payment of any portion of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© 2008, The Hartford

(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)



*0500272KR55050101 00357

# PROPERTY CHOICE COVERAGE FORM

(PROPERTY)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Property Choice Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

**A. COVERAGE**

We will pay for direct physical loss of or direct physical damage to the following types of Covered Property caused by or resulting from a Covered Cause of Loss. Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.** Covered Property, if a Limit of Insurance is shown in the Property Choice Declarations for that type of property.

**1. Covered Property**

**a. Building** means buildings or structures that you own or are responsible for insuring including buildings or structures in the course of construction and alterations, repairs or additions to the building as shown by the premises address in the Property Choice Scheduled Premises section of the Property Choice Declarations.

Building also includes:

**(1)** Its foundation and foundations of machinery and boilers;

**(2)** Underground pipes, flues or drains necessary for the service of the building;

**(3)** Excavations, grading, backfilling or filling that are necessary to repair, rebuild or replace the building;

**(4)** Permanently installed machinery and equipment;

**(5)** Awnings, "Building Glass", fixtures, and floor coverings;

**(6)** Materials, equipment and supplies, used in the construction, alteration or repair of buildings;

**(7)** Radio or television towers, antennas and satellite dishes (including attachments), fences, signs and other outdoor fixtures;

**(8)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(9)** Property owned by you for the maintenance or service of the building or its premises, including fire extinguishing equipment, alarm, communication and monitoring systems, and lawn maintenance or snow removal equipment;

**(10)** Swimming pools and retaining walls, whether or not attached to the building.

**b. Business Personal Property**

**(1)** Business Personal Property means:

**(a)** All of Your Business Personal Property owned by your business; and

**(b)** Personal property owned by others, that is in your care, custody or control (including leased property as provided in written lease agreement);

all while located at the premises address as shown in the Scheduled Premises section of the Property Choice Declarations.

**(2)** Business Personal Property includes:

**(a)** Furniture, fixtures, machinery and equipment;

**(b)** "Stock";

© 2002, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

(c) "Computer Equipment";

(d) "Computer Media and Data" and "Valuable Papers";

(e) Patterns, dies, molds and forms;

(f) Your interest in the labor, materials or services furnished or arranged by you;

(g) "Tenant Improvements and Betterments";

(h) Tools and equipment owned by your employees that are used in your business operations; and

(i) Building components while removed from the premises for service or repair.

(3) Coverage applies to Business Personal Property up to 1000 feet outside the premises boundary.

**2. Property Not Covered**

Covered Property does not include the following:

a. Accounts, except as covered under the Accounts Receivable Additional Coverage, bills, currency, food stamps or other evidences of debt, "money", notes or "securities". Lottery tickets held for sale are not "securities".

b. Animals, except animals inside buildings, and:

(1) Owned by others and boarded by you; or

(2) Owned by you as "Stock".

c. Business Personal Property does not include property:

(1) Owned by and for exclusive personal use by you or your officers, members, partners or employees;

(2) Owned by your residents, patients, or students; or

(3) Owned by your tenants.

d. Contraband, or property in the course of illegal transportation or trade.

e. Growing crops, standing timber.

f. Grain, hay, straw or other crops which have been harvested, but are outside of buildings.

g. Outdoor trees, shrubs, plants and sod (other than those held for sale) and lawns, except as covered under Outdoor Trees Shrubs, Sod, Plants and Lawns Additional Coverage.

h. Land (including land on which the property is located), land values, water; dams, underground mines, caverns; except water contained within any storage tank, for use in your manufacturing or processing operations.

i. Vehicles and self-propelled machines, including aircraft and watercraft, except the following are Covered Property:

(1) Vehicles and self-propelled machines, (including aircraft and watercraft) that you manufacture, process, warehouse or hold for sale (except autos held for sale) while located at insured premises;

(2) Vehicles and self-propelled machines, (except aircraft and watercraft) that you operate principally on your insured premises, if not licensed for use on public roads;

(3) Canoes and rowboats while out of the water at insured premises; and

(4) Trailers as covered under the Non-Owned Trailers Additional Coverage.

j. After delivery to customers, property that you have sold under:

(1) Conditional sale;

(2) Trust agreement;

(3) Installment payment;

(4) Other deferred payment plan; or

(5) Other agreement under which you have retained a security interest;

except as covered under the Deferred or Installment Sales Additional Coverage.

k. Property that is more specifically covered under another coverage form of this policy or any other policy, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**3. Covered Causes of Loss**

See Property Choice - Covered Causes of Loss and Exclusions Form.

**4. Additional Coverages**

**a. Accounts Receivable**

We will pay for loss or damage caused by or resulting from a Covered Cause of Loss to your records of Accounts Receivable. Accounts Receivable, means all amounts due from your customers that you are unable to collect; due to a covered loss or

damage to inscribed, printed, written or electronic records of accounts receivable. We will also pay for:

**(1)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(2)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(3)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

The most we will pay for loss or damage to records of Accounts Receivable in any one occurrence is the applicable limit of insurance shown in the Property Choice Declarations for Accounts Receivable.

**b. Brands and Labels**

In the event of covered loss or damage to "Stock", that is branded or labeled, we will take all or part of the damaged property at an agreed or appraised value. This will include:

**(1)** Expenses incurred to:

**(a)** Stamp salvage on the "Stock" or its containers, if the stamp will not physically damage the merchandise; or

**(b)** Remove the brands or labels, if doing so will not physically damage the "Stock". You must relabel the "Stock" and its containers to comply with the law.

**(2)** Any reduction in the salvage value of the damaged "Stock" as the result of the removal of the brand or label.

The most we will pay under this Additional Coverage – Brands and Labels in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Brands and Labels.

**c. "Building Glass" Repairs**

In the event of covered loss or damage to "Building Glass", we will pay in any one occurrence your expenses to:

**(1)** Install temporary plates or board up openings if repair or replacement of damaged "Building Glass" is delayed.

**(2)** Make necessary repairs or replace the frames immediately encasing the damaged "Building Glass".

This Additional Coverage is included within the Limit of Insurance applicable to Building(s) where the loss or damage occurred.

**d. Business Travel and Sales Representative Samples**

We will pay for loss or damage by a covered cause of loss to Business Personal Property including Sales Representative Samples while in the custody of:

**(1)** Your sales representatives; or

**(2)** Any officer, employee or yourself;

while traveling on authorized company business.

Business Travel Coverage does not include property owned by and for exclusive personal use by you or your officers, partners, employees, residents or students.

Property eligible for Business Travel Coverage is not eligible under any other Coverage in this Coverage Form.

The most we will pay for loss or damage to Business Travel and Sales Representative Samples in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Business Travel and Sales Representative Samples.

**e. Claim Expenses**

You may extend the insurance provided by this coverage form to apply to the necessary and reasonable expenses you incur in preparing claim data when we require it. Claim expenses as used in this Additional Coverage means the cost of taking inventories, making appraisals and preparing other documents that we request. The most we will pay in any one occurrence for the preparation of claim data under this Additional Coverage is the applicable limit of insurance shown in the Property Choice Declarations for Claim Expenses.

We will not pay for any expenses incurred, directed or billed by and payable to insurance adjusters or their affiliates or subsidiaries or any costs as provided in or incurred due to the GENERAL CONDITION – Appraisal.

*0500272KR55050101 00358

**f. Contract Penalties**

We will pay for written contract penalties you are required to pay due to your failure to provide your product or service which is the direct result of a Covered Cause of Loss to covered "Stock".

The most we will pay for all penalties in any one occurrence resulting from a Covered Cause of Loss is the Contract Penalties Limit of Insurance as shown in the Property Choice Declarations for Contract Penalties. This is an additional amount of insurance.

**g. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)** below, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or direct physical damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants or contaminants" from land or water; or

**(b)** Remove, restore or replace polluted or contaminated land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or direct physical damage plus debris removal expense is the applicable Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to (3)(a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or direct physical damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional amount of insurance as shown in the Property Choice Declarations for debris removal expense, for each premises, in any one occurrence of physical loss or physical damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or direct physical damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or direct physical damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or direct physical damage and debris removal expense may reach but will never exceed the applicable Limit of Insurance on the Covered Property that has sustained loss or damage, plus the applicable Debris Removal Additional Limit Of Insurance as shown in the Property Choice Declarations.

**h. Electronic Vandalism**

**(1)** This insurance is extended to apply in any one occurrence to loss of or damage to "Computer Equipment" and "Computer Media and Data" and software caused by or resulting from Electronic Vandalism originating anywhere in the world.

**(2)** Electronic Vandalism means:

**(a)** The willful or malicious alteration, manipulation or destruction of "Computer Media and Data";

**(b)** The addition of a virus, malicious code or similar instruction that disrupts the normal operation of "Computer Equipment" or results in physical damage or damage to "Computer Equipment" and "Computer Media and Data".

Electronic Vandalism as used in this Additional Coverage also includes loss or damage that results to "Computer Equipment" and "Computer Media and Data" from a Denial of Service Attack. Denial of Service Attack means the malicious direction of a high volume of

worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

Electronic Vandalism or Denial of Service Attack does not include the theft of telephone services or the theft of any property.

**(3)** The most we will pay in any one occurrence is the applicable Electronic Vandalism limit of insurance as shown in the Property Choice Declarations. This Additional Coverage is included within the Limit of insurance applicable to the Covered Property that sustains the loss or damage.

**i. Employee Personal Effects**

We will pay for loss or damage caused by or resulting from a covered cause of loss to your Employee Personal Effects at a "Scheduled Premises". Employee Personal Effects means personal effects owned by you or your officers, partners, employees, members, or managers and used exclusively by the individual owner for their own personal use. This coverage does not apply at a place of residence.

The most we will pay in total in any one occurrence for all loss or damage to all employee personal effects is the applicable limit of insurance as shown in the Property Choice Declarations for Employee Personal Effects. We will not pay more than $25,000 in total for loss or damage to personal effects belonging to any one employee in any one occurrence regardless of the number or types of personal effects damaged.

Coverage for Employee Personal Effects is extended to apply up to 1000 feet outside the premises boundary.

**j. Exhibitions**

We will pay for loss or damage caused by or resulting from a covered cause of loss to Business Personal Property while on temporary public display, or being used, at fairs, exhibitions, expositions or trade shows or while in transit to and from these temporary sites.

The most we will pay for all loss or damage in any one occurrence is the applicable limit of insurance for Exhibitions as shown in the Property Choice Declarations for Exhibitions.

Property eligible for Exhibitions Coverage is not eligible under any other Coverage of this Coverage Form.

**k. Expediting Expenses**

**(1)** In the event of a Covered Cause of Loss to Covered Property at "Scheduled Premises", Newly Acquired Premises, and Unnamed Premises, we will pay for the reasonable and necessary additional expenses you incur to:

**(a)** Make temporary repairs;

**(b)** Expedite permanent repair or replacement of damaged property; or

**(c)** Provide training on replacement machines or equipment.

This includes overtime wages, the extra cost of express or other rapid means of transportation, and expenses to bring computer systems back to operational status.

**(2)** The most we will pay for loss under this Additional Coverage in any one occurrence is:

**(a)** For Causes of Loss - Additional Coverage - Equipment Breakdown, the applicable Equipment Breakdown Expediting Expenses Limit of Insurance; and

**(b)** For all other Covered Causes of Loss, the applicable All Other Causes of Loss Expediting Expenses Limit of Insurance;

as shown in the Property Choice Declarations.

This is an additional amount of insurance.

**l. Fine Arts**

We will pay for loss or damage caused by or resulting from a covered cause of loss to Fine Arts. Fine Arts mean paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit, owned by you or others in your care custody or control.

*0500272KR55050101 00359

Fine Arts do not include artwork that is computerized or classified as data.

The most we will pay for loss or damage in any one occurrence is the applicable limit of insurance for Fine Arts as shown in the Property Choice Declarations regardless of the number or types of Fine Arts damaged. We will not pay more than $10,000 for any one item of Fine Arts in any one occurrence. A pair or set will be deemed to be one item.

**m. Fire Department Service Charge**

In the event that the fire department responds to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to the covered loss event; or

**(2)** Required by local ordinance.

No deductible applies to this Additional Coverage.

The most we will pay for Fire Department Service Charge in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Fire Department Service Charge.

This is an additional amount of insurance.

**n. Fire Device Recharge**

**(1)** In the event that a manual or automatic fire extinguishing device is discharged:

**(a)** To fight a fire;

**(b)** As the result of Covered Cause of Loss; or

**(c)** Due to accidental discharge;

we will pay expenses you incur to recharge such equipment.

**(2)** We will not pay for:

**(a)** Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device or fire fighting, suppressing or controlling substance;

**(b)** Halon;

**(c)** The recharge of any device used for demonstration or testing purposes; or

**(d)** Recharge due to maintenance of any device or system.

**(3)** The most we will pay for Fire Device Recharge in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Fire Device Recharge.

**o. "Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage**

**(1)** The coverage described in **o. (2)** below only applies when the "fungus", wet or dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(a)** A "specified cause of loss" other than fire or lightning;

**(b)** Equipment Breakdown Accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the affected premises; or

**(c)** Flood, if the Causes of Loss Flood endorsement applies to the affected premises.

**(2)** We will pay for loss or damage by "fungus", wet rot, dry rot, bacteria and virus. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or direct physical damage to Covered Property caused by "fungus", wet rot, dry rot, bacteria or virus, including the cost of removal of the "fungus", wet rot, dry rot, bacteria or virus;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot, dry rot, bacteria or virus; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot, dry rot, bacteria or virus are present.

*0500272KR55050101 00360

**(3)** The coverage described under **o. (2)** of this Limited Coverage is limited to the applicable limit of insurance shown in the Property Choice Declarations for "Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning), Equipment Breakdown Accident that occurs to Equipment Breakdown Property and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet rot, dry rot, bacteria or virus, we will not pay more at a Premises than the total amount as indicated in the Property Choice Declarations applicable to "Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage even if the "fungus", wet rot, dry rot, bacteria or virus continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot, dry rot, bacteria or virus, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet rot, dry rot, bacteria or virus, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot, bacteria or virus causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

The terms of this Limited Coverage do not increase or reduce the coverage provided under the Additional Coverage - Water Damage Repair of this Coverage Form.

**p. Inflation Guard**

In the event of a Covered cause of loss or damage to covered property at a "Scheduled Premises" the Limits of Insurance that apply to the damaged Buildings and Business Personal Property at "Scheduled Premises" where the loss or damage occurs will automatically increase by a factor based on the accumulated U.S. Government Consumer Price (CPI) Index for the months from the inception of this policy until the date of loss. But in no event will we pay more than an additional 8% of the applicable Limit of Insurance.

**q. Installment or Deferred Sales**

Business Personal Property coverage is extended to apply to your financial interest in property that you have sold under any deferred or installment payment plan after you have made delivery to your customer.

The most we will pay for Installment or Deferred Sales in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Installment or Deferred Sales.

**r. New Construction at "Scheduled Premises"**

**(1)** We will pay for loss or damage, including the cost of labor, caused by or resulting from a covered cause of loss to New Construction at "Scheduled Premises". New Construction at "Scheduled Premises" applies to buildings you begin to construct after the inception of this policy and will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you begin to construct the building; or

**(c)** The building is specifically insured on this Coverage Form or elsewhere.

**(2)** We will charge you additional premium from the date you begin to construct or purchase the building.

**(3)** The most we will pay for New Construction at "Scheduled Premises" in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for New Construction at "Scheduled Premises".

**s. Newly Acquired Property**

**(1)** We will pay for loss or damage caused by or resulting from a covered cause of loss to Newly Acquired Property. Newly Acquired Property means buildings or business personal property you acquire, purchase or lease after the inception of this policy, but does not include:

**(a)** Any property acquired through any foreclosure process;

**(b)** Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work; or

**(c)** Any property covered by any other part of this Coverage Form.

**(2)** Coverage for Newly Acquired Property will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property;

**(c)** You report values to us; or

**(d)** The property is specifically insured on this Coverage Form or elsewhere.

**(3)** We will charge you additional premium from the date you acquire the property.

**(4)** The most we will pay for Newly Acquired Property in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Newly Acquired Property.

**t. Non-Owned Trailers**

Business Personal Property coverage at "Scheduled Premises", Unnamed Premises and Newly Acquired Premises is extended to apply to trailers owned by others, that are in your care, custody or control, while being loaded, unloaded, awaiting transport or used for temporary storage or similar usage, including while the trailer is moved at your premises.

This additional coverage does not apply to trailers leased by you on a temporary or long-term basis. The most we will pay for Non-Owned Trailers in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Non-Owned Trailers. This is an additional amount of insurance. This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**u. Ordinance or Law**

Value of the Undamaged Buildings, Demolition Costs and Increased Cost of Construction Coverages described in **(1)** and **(2)** below, apply as shown in the Property Choice Declarations, in the event there is a Covered Cause of Loss to covered Buildings at "Scheduled Premises" and covered "Tenant Improvements and Betterments" at "Scheduled Premises" that results in the enforcement of an ordinance or law that:

**(i)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises;

**(ii)** Requires the demolition of parts of the same building that are not damaged by a Covered Cause of Loss; and

**(iii)** Is in force at the time of that Covered Cause of Loss.

**(1) Value of the Undamaged Buildings**

We will pay for the value of the undamaged portion of the building that was required to be demolished by the enforcement of building, zoning or land use ordinance or law. We will do this on the same valuation basis that applies to the entire building. This does not include any increased costs to repair, replace or rebuild the property due to the enforcement of any ordinance or law.

This Additional Coverage is included within the Limit of Insurance applicable to the damaged Building or damaged "Tenant Improvements and Betterments".

**(2) Demolition Costs and Increased Cost of Construction**

**(a)** We will pay the actual cost to demolish the undamaged portion of the covered building and to clear the site of the undamaged portion of the building when required to do so by the enforcement of the building, zoning or land use ordinance or law; and

*0500272KR55050101 00361

**(b)** If the covered building is subject to the Replacement Cost Valuation provision as shown in the Property Choice Declarations, and you rebuild the building, we will pay for the actual increased costs to repair, replace or rebuild the building at the same premises or at another premises, if required by the ordinance or law, for the same general size and same general use, to the minimum requirements of such ordinance or law.

We will not pay for these increased costs until the building is actually repaired or replaced.

You may choose to replace the Building at another premises, however, we will not pay more for increased cost of construction at the new premises than the amount of such costs we would have paid to replace the building at the original premises.

**(3)** Ordinance or Law Exclusions:

The following exclusions apply to both Value of Undamaged Buildings and Demolition and Increased Cost of Construction Coverages:

**(a)** We will not pay for the enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants and contaminants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot, bacteria or virus; or

**(b)** We will not pay for any costs associated with the enforcement of any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants" or "fungus", wet rot, dry rot, bacteria or virus; or

**(c)** We will not pay for loss due to any ordinance or law that you were required to comply with before the loss or damage, but you did not comply with, even though the building was undamaged at that time.

**(4)** Limits of Insurance

**(a)** For Building property, the most we will pay in any one occurrence as respects this Additional Coverage at a "Scheduled Premises" is the applicable Ordinance or Law - Demolition Cost and Increased Cost of Construction Limit of Insurance stated in the Property Choice Declarations.

**(b)** For "Tenant Improvements and Betterments" property, the most we will pay in any one occurrence as respects this Additional Coverage at each "Scheduled Premises" where "Tenant Improvements and Betterments" applies is 25% of the insured value of "Tenant Improvements and Betterments" up to the Ordinance or Law - Demolition Cost and Increased Cost of Construction Limit of Insurance stated in the Property Choice Declarations.

**v. Outdoor Trees, Shrubs, Sod, Plants and Lawns**

**(1)** Outdoor trees, shrubs, sod, plants and lawns, when used for landscaping are covered only for loss or damage caused by or resulting from the following causes of loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or civil commotion;

**(e)** Aircraft; or

**(f)** Vehicles operated by persons other than you or your employees.

**(2)** The most we will pay for loss or damage in any one occurrence under this Additional Coverage is the applicable limit of insurance as shown in the Property Choice Declarations

for Outdoor Trees, Shrubs, Sod, Plants and Lawns, but not more than:

(a) $10,000 for any one tree, shrub or plant;

(b) $10,000 for lawns or sod in total at any one insured premises.

(3) The Limit of Insurance applicable to these types of property includes their debris removal expense. Such debris removal expenses are not included in the Debris Removal - Additional Coverage.

(4) These limits apply in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**w. Pairs or Sets**

If parts of pairs or sets of covered "Stock" are damaged by a Covered Cause of Loss, we will pay the reduction in value of the undamaged parts of such damaged pairs or sets in any one occurrence.

This Additional Coverage is included within the Limit of Insurance applicable to the damaged "Stock".

**x. "Pollutants and Contaminants" Clean Up**

(1) We will pay for your expense to extract "Pollutants and Contaminants" from land or water at a "Scheduled Premises", if the discharge, dispersal, seepage, migration, release or escape of the "Pollutants and Contaminants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

(2) This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "Pollutants and Contaminants". But we will pay for testing which is performed in the course of extracting the "Pollutants and Contaminants" from land or water.

(3) The most we will pay under this Additional Coverage at each "scheduled premises" is the applicable "Pollutant and Contaminant" Clean Up

Limit of Insurance shown in the Property Choice Declarations for all covered expenses arising out of Covered Causes of Loss occurring during each "Policy Year".

This is an additional amount of insurance.

**y. Preservation of Property**

(1) If it is necessary to move Covered Property to preserve it from imminent loss or damage by Flood or a Covered Cause of Loss, we will pay in any one occurrence for any direct physical loss or direct physical damage to that property while being moved to or while at the temporary storage location.

(2) This Additional Coverage will end 180 days after the property is first moved.

(3) This Coverage is included within the Limit of Insurance applicable to the Covered Property that is moved.

**z. Reward Coverage**

(1) We will reimburse you for rewards you have paid leading to:

(a) The successful return of substantially undamaged stolen articles to a law enforcement agency; or

(b) The arrest and conviction of any persons for having damaged or stolen any of your covered property.

(2) We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of any stolen articles) up to the applicable limit of insurance as shown in the Property Choice Declarations for Reward Coverage in any one occurrence for the payments of rewards you make. These reward payments must be documented. No deductible applies to this additional coverage.

This is an additional amount of insurance.

**aa. Transit**

(1) This insurance is extended to apply to direct physical loss or direct physical damage to following property while in the due course of transportation:

(a) Your Business Personal Property; and

(b) Business Personal Property owned by others that is in your care, custody or control.

(2) This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination.

(3) We will not pay for loss or damage to property you are responsible for as a carrier for hire or property where you arrange transportation or consolidations for others.

(4) You must retain accurate records of all shipments of Covered Property for one year.

(5) Property eligible for this Additional Coverage is not eligible under any other Coverage in this Coverage Form.

(6) Transit Coverage Extensions

(a) F.O.B. Shipments

We will pay for covered loss or damage to outgoing shipments, which you have sold under conditions where the risk of loss or damage is transferred to the buyer when such property leaves your premises.

You must use all reasonable means to collect the amount due you from the buyer before making a claim under this Coverage.

We will not make payment under this Coverage until you grant us the right of recovery against the buyer.

(b) Repack and Reship

We will pay the necessary additional expenses you incur to inspect, repackage and reship property damaged by a Covered Cause of Loss.

(c) General Average and Salvage Charges

In accordance with applicable law and usage, we will pay General Average and Salvage Charges that may be assessed against your covered shipments that are waterborne.

(d) Loading and Unloading

We will also pay for covered loss or damage to covered property during loading and unloading of the transporting conveyance.

(e) Return Shipments

We will also pay for covered loss or damage to outgoing shipments that have been rejected by the consignee or are not deliverable, while being returned to you.

(7) The most we will pay for loss or damage to Your Business Personal Property in the due course of transit is the limit of insurance as shown in the Property Choice Declarations for Transit.

**bb. Transition to Replacement Premises**

If Covered Property is moved to a new premises from a "Scheduled Premises" being vacated, the Limit of Insurance applicable to that vacated premises will apply proportionately to both premises as the property is moved. This coverage ends when any one of the following first occurs:

(1) 90 days after the move begins;

(2) the move is completed; or

(3) this policy expires.

**cc. Underground Water Seepage**

This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water under the ground surface pressing on, or flowing or seeping through:

(1) Foundations, walls, floors or paved surfaces;

(2) Basements, whether paved or not; or

(3) Doors, windows or other openings.

The most we will pay for Underground Water Seepage in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Underground Water Seepage.

**dd. Unnamed Premises**

(1) We will pay for loss or damage by a covered cause of loss to Buildings

*0500272KR55050101 00362

and Business Personal Property while at:

**(a)** Premises that you own, lease, or occupy other than at a "Scheduled Premises";

**(b)** Premises not described in the Property Choice Declarations, which you do not own, lease or occupy;

**(c)** Premises where you are temporarily performing work or installing Business Personal Property.

Coverage continues until the installation is accepted by the customer.

**(2)** Unnamed Premises does not include any:

**(a)** Premises or property covered under any other coverage or policy;

**(b)** Waste disposal or transfer sites;

**(c)** Property while in the due course of transit;

**(d)** Intermediate site while in the due course of transportation; or

**(e)** Premises of a Web Site or Communication Services provider.

**(3)** The most we will pay in any one occurrence in total at all Unnamed Premises under this Additional

Coverage is the applicable Limits of Insurance for Unnamed Premises as shown in the Property Choice Declarations.

**ee. Utility Services**

**(1)** We will pay for direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", caused by or resulting from the interruption of utility services. The interruption must be caused by or result from direct physical loss or direct physical damage by a Covered Cause of Loss to property outside the insured premises boundaries and which provides the following utility services:

**(a)** Water.

**(b)** Communications, except interruption due to malfunction of satellites.

**(c)** Gas, steam or electrical power.

**(2)** Loss or damage caused by or resulting from damage to overhead transmission lines is either included or excluded as stated in the Property Choice Declarations.

**(3)** The most we will pay for Utility Services in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Utility Services.

**ff. Water Damage Repair**

**(1)** If we pay for loss or damage caused by the escape of water or other liquid, powder, or molten material, we will also pay the cost to tear out and replace the parts of the building or structure to repair the broken or cracked system or appliance from which such substances escaped.

**(2)** We will not pay the cost to repair any defect to the system or appliance from which such substances escaped. But we will pay the cost to repair or replace damaged parts of Automatic Fire Extinguishing Systems if the damage:

**(a)** Results in discharge of any substance from an automatic fire protection system; or

**(b)** Is directly caused by freezing.

**(3)** This Coverage is included within the applicable Covered Property Limit of Insurance.

**(4)** Automatic Fire Extinguishing System means:

**(a)** Any automatic fire protective or extinguishing system, including connected:

**(i)** Sprinklers and discharge nozzles;

**(ii)** Ducts, pipes, valves and fittings;

**(iii)** Tanks, their component parts and supports; and

**(iv)** Pumps and private fire protective mains.

**(b)** Non-automatic fire protective systems, hydrants, standpipes and outlets, all when supplied from an automatic fire protective system.

*0500272KR55050101 00363

**gg. Windblown Debris**

We will pay your expense to remove debris (including trees) windblown onto "Scheduled Premises" from the premises of others, that occurs during the policy period. The most we will pay in any one occurrence in total for the removal of all windblown debris under this Additional Coverage is the applicable Limit of Insurance for Windblown Debris as shown in the Property Choice Declarations.This is an additional amount of insurance.

**5. Combined Additional Protection**

**a.** In the event of covered loss or covered damage exceeds the Limits of Insurance for the following Coverages or Additional Coverages at a "Scheduled Premises":

**(1)** Accounts Receivable;

**(2)** Building;

**(3)** Business Personal Property;

**(4)** Debris Removal - Covered Property;

**(5)** Employee Personal Effects;

**(6)** Fine Arts;

**(7)** Leasehold Improvements (Tenant Lease Coverage);

**(8)** Legal Liability – Building (Legal Liability - Building Coverage Form (PC 00 30) which attaches to and forms part of this policy.);

**(9)** Outdoor Trees, Shrubs, Sod, Plants and Lawns;

**(10)**Pairs or Sets;

we will pay up to the lesser of:

**(a)** 25% of the total Scheduled Premises Building and Personal Property Limits of Insurance; or

**(b)** $250,000

in total in any one occurrence regardless of the number of items lost or damaged in any one occurrence for the sum of all such uninsured loss or damage in excess of the applicable deductible. You may apportion this limit among the applicable coverages as you choose.

**b.** As respects items **(2)** Buildings and **(3)** Business Personal Property listed above, this Combined Additional Protection does not apply to Buildings and Business Personal Property at "Scheduled Premises" that were not insured under this Coverage Part for limits equal to their full Replacement Cost or Actual Cash Value.

**6. Tenant Lease Coverages**

These Coverages apply to your interest as a tenant or to your responsibility as a tenant under a written lease agreement as a tenant at "Scheduled Premises":

**a. "Building Glass"**

Your Business Personal Property is extended to apply to damage to "Building Glass" caused by any cause of loss. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs.

**b. Lease Assessment**

**(1)** Your Business Personal Property is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to building property which is not paid in the building owners policy, as agreed to in your written lease agreement.

**(2)** This Coverage is subject to a separate deductible of $500 in any one occurrence. No other deductible applies.

**(3)** We will not pay more than the applicable limit of insurance stated in the Property Choice Declarations in any one occurrence for Lease Assessment. This is an additional amount of insurance.

**c. Leasehold Improvements**

**(1)** If your lease is canceled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant and you cannot legally remove "Tenant Improvements and Betterments" we will extend Business Personal Property coverage to apply to the unamortized value of the "Tenant Improvements and Betterments" that remains and you were forced to abandon.

(2) The most we will pay in any one occurrence for loss under this Additional Coverage is the applicable limit of insurance stated in the Property Choice Declarations for Leasehold Improvements. This is an additional amount of insurance.

d. **Miscellaneous Interior Building Property**

Business Personal Property is extended to apply to miscellaneous interior Building property items that pertain only to the area you occupy as a tenant and you are required to insure as a tenant. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs and applies in any one occurrence.

e. **Theft Damage**

Your Business Personal Property is extended to apply to damage to the building where you are a tenant and you are liable for such damages, caused by or resulting from actual or attempted "theft".

This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or damage occurs and applies in any one occurrence.

**B. EXCLUSIONS**

See the Property Choice - Covered Causes of Loss and Exclusions Form.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

**D. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible stated in the Property Choice Declarations. We will then pay the amount of loss or damage in excess of the applicable deductible, up to the applicable Limit of Insurance.

When claim is made for loss or damage to more than one type of Covered Property, coverage, premises, or Cause of Loss and different deductible amounts apply in the same occurrence, we will only apply the largest applicable deductible for the items for which claim is made.

**E. LOSS PAYMENT AND VALUATION CONDITIONS**

Covered Property will be valued at either Replacement Cost or Actual Cash Value, as stated in the Property Choice Declarations and as described below except for the items listed below in item 3. Specific Property Valuations. We will not pay more than your financial interest in the lost or damaged property.

1. **Replacement Cost**

In the event of covered loss or damage, we will determine the value of Covered Property at the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss or damage, at the same site or another site, subject to the following:

a. We will not pay more for lost or damaged property than the least of:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The amount it should cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose.

(4) In the event of a total loss to Building property, you may choose to replace your building at another premises, however, we will not pay more than the cost to replace the property at the original premises.

(5) Replacement Cost does not include any increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

b. We will pay on an Actual Cash Value basis until the lost or damaged property is actually repaired, rebuilt or replaced.

c. If you do not repair, replace or rebuild on the same site or another site within 2 years of the date of loss, we will pay you on an Actual Cash Value basis.

d. Patterns, dies, molds and forms not in current usage at actual cash value. If loss

is paid on an actual cash value basis and within 60 months from the date of the covered loss and you need to repair or replace them, we will pay you, subject to the Conditions of this insurance, the difference between actual cash value and replacement cost when the patterns, dies, molds and forms are actually repaired or replaced.

2. **Actual Cash Value**

   a. We will pay you on an Actual Cash Value basis if:

      (1) The valuation of the lost or damaged property is designated in the Property Choice Declarations as Actual Cash Value.

      (2) You elect Actual Cash Value as the basis for loss payment at the time of loss or damage.

   b. In the event of covered loss or damage, at our option, we will do one of the following, but not pay more than the Limit of Insurance applicable to the lost or damaged property:

      (1) Pay the value of the lost or damaged property at the time of loss;

      (2) Take all or any part of the property at an agreed or appraised value; or

      (3) Repair, rebuild or replace the property with other property of like kind and quality, or pay you the cost to do so.

   c. Actual Cash Value does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   d. If the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss is $25,000 or less, we pay the loss or damage on the basis of the Replacement Cost provisions described in **E.1.** above. This Exception does not apply to the following Specific Property Valuations.

3. **Specific Property Valuations**

   a. **Accounts Receivable**

   We will determine the amount of Accounts Receivable loss as follows:

      (1) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

         (a) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

         (b) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

      (2) The following will be deducted from the total amount of accounts receivable, however that amount of accounts receivable is established:

         (a) The amount of the accounts for which there is no loss;

         (b) The amount of the accounts that you are able to re-establish or collect;

         (c) An amount to allow for probable bad debts that you are normally unable to collect; and

         (d) All unearned interest and service charges.

   b. **Animals**

   We will determine the value of animals at the cost of replacement with animals of like kind and quality as when originally acquired by you.

   c. **"Building Glass"**

   We will determine the value of "Building Glass" at the cost of replacement with safety glazing material if required by law.

   d. **"Computer Media and Data" and "Valuable Papers"**

   We will determine the value of "Computer Media and Data" and "Valuable Papers" at the cost of:

      (1) Blank materials for reproducing the records; and

      (2) Labor to transcribe or copy the records and the cost to research, replace or restore the lost information, copy the records, including research and development documentation.

   e. **Fine Arts**

   We will determine the value of Fine Arts, at the least of:

      (1) The market value at the time of loss or damage;

*0500272KR55050101 00364

(2) The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

(3) The cost of replacement with substantially identical property.

For pairs or sets, we will either:

(1) Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

(2) Pay the difference between the value of the pair or set before and after the covered loss or damage.

**f. Property of Others**

At your option, we may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners:

(1) Such payments will only be for the account of the owner of the property and will satisfy your claims against us for the owners' property;

(2) We will not pay more than their financial interest in the property.

We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g. "Stock"**

**(1) Manufactured Stock**

We will determine the value of "Stock" you have manufactured at the selling price less discounts and expenses you otherwise would have incurred.

This also applies to component parts manufactured by others that will become a part of your finished product.

**(2) Mercantile Stock**

We will determine the value of "Stock", which you have purchased for resale and have sold but not delivered, at the selling price less discounts and expense you otherwise would have had. This does not apply to "Stock" you have manufactured.

**(3) Stock in Process**

We will determine the value of "Stock" in process of manufacture at the replacement cost of the raw materials, plus labor expended and the proper proportion of overhead charges.

**(4) Commodity Stock**

For "Stock" that is bought and sold at an established market exchange, we will determine the value at:

(a) The posted market price as of the time and place of loss;

(b) Less discounts and expenses you otherwise would have had.

**h. "Tenant Improvements and Betterments"**

(1) If you do not repair or replace lost or damaged "Tenant Improvements and Betterments" within 2 years, we will pay the pro rata of the Actual Cash Value based on the duration of the lease and the installation date of the property.

(2) If others pay for repairs or replacement, we will not make loss payment to you.

**i. Transit**

We will determine the value of property in due course of transit at:

(1) The amount of invoice plus accrued costs, prepaid charges and charges since shipment; or

(2) In the absence of an invoice, the valuation provision otherwise applicable to that type of Covered Property as of the time of loss or damage.

**j. Vehicles**

We will determine the value of vehicles and self-propelled machines, including aircraft and watercraft on an Actual Cash Value basis. This applies to coverage provided for trailers under the Non-Owned Trailer Additional Coverage. New vehicles and machines you have manufactured will be subject to the valuation applicable to "Stock".

**4. Value Enhancements**

**a. Architect and Engineering Fees**

The value of Covered Property will include reasonable architect and engineering fees you incur in the course of repairing or reconstructing damaged property.

**b. Customs Duty, Sales Tax**

The value of Covered Property will include the cost of customs duties and sales taxes to repair or replace the property.

c. **Extended Warranties**

The value of Covered Property, that is a total loss, will include the unused pro rata portion of non-refundable optional extended warranties or service contracts which you purchased for the property.

*0500272KR55050101 00365



*0500272KR55050101 00366

# PROPERTY CHOICE - SPECIAL BUSINESS INCOME COVERAGE FORM

**(BUSINESS INTERRUPTION)**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

**A. COVERAGE**

We will pay up to the Special Business Income Limit of Insurance stated in the Property Choice Declarations for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to the necessary interruption of your business operations during the Period of Restoration due to direct physical loss of or direct physical damage caused by or resulting from a Covered Cause of Loss to property at "Scheduled Premises". If you are a tenant, this Coverage applies to that portion of the building which you rent, lease or occupy, and extends to common service areas and access routes to your area.

**1. Definitions**

**a.** Business Income means the:

**(1)** Net Income (Net Profit or Net Loss before income taxes), including Rental Income, that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll.

**(3)** For educational operations, Business Income also includes income from:

**(a)** Tuition and related student fees including room, board, laboratories and other similar fees;

**(b)** Bookstores;

**(c)** Athletic events; or

**(d)** Activity related to research grants.

**(4)** For manufacturing businesses, Net Income also includes the net sales value of production.

**(5)** For research and development operations, Business Income also includes awarded contract revenues, licensing fees, consulting fees, funding grants and progress (milestone) payments.

**(6)** As respects all insureds if you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

**b. Extra Expense**

**(1)** Extra Expense coverage is provided at "Scheduled Premises" only if the Property Choice Declarations show that Special Business Income coverage applies at that "Scheduled Premises".

**(2)** Extra Expense means the necessary and reasonable additional expenses you incur during the Period of Restoration that exceed the normal expenses that you would have incurred if there had been no

© 2002, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

direct physical loss or no direct physical damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(a)** Avoid or minimize the interruption of business and to continue business operations at the insured premises or at temporary locations, including relocation expenses and costs to equip and operate a temporary location.

**(b)** Minimize the interruption of business if you cannot continue operating.

**(3)** Extra Expense Coverage does not apply to:

**(a)** Any deficiencies in insuring real or personal property; or

**(b)** Any expense related to any recall of products you manufacture, handle or distribute.

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**c.** Interruption means the slowdown or cessation of any part of your business activities or the partial or total untenantability of the premises.

**d.** **(1)** Period of Restoration means the period of time that:

**(a)** Begins at the time the Covered Cause of Loss occurred; and

**(b)** Ends on the earlier of:

**(i)** The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The date when business is resumed at a new permanent location.

The expiration date of this policy will not cut short the Period of Restoration.

**(2)** For buildings under construction or undergoing additions or alterations, if the direct physical loss or direct physical damage delays the start of business operations, the Period of Restoration will begin on the date business operations would have begun had the direct physical loss or direct physical damage not occurred.

**(3)** For educational institutions, the Period of Restoration ends on the earlier of:

**(a)** The day before the opening of the next school term following the date the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when the school term is resumed at a new permanent location.

**(4)** Period of restoration does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants", except as covered in the "Pollutants and Contaminants" Clean Up Additional Coverage; or

**(b)** Regulates the construction, use or repair, or requires the tearing down of any property, except as covered in the Ordinance or Law Additional Coverage.

**e.** Rental Income means Business Income that consists of:

**(1)** Net Income (Net Profit or Net Loss before income taxes) that would have been earned or incurred as income from tenant occupancy of the "Scheduled Premises" as furnished and equipped by you including fair rental value of any portion of the "Scheduled Premises" which is occupied by you; and

(2) Continuing normal operating expenses incurred in connection with that premises including:

(a) Payroll; and

(b) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

(3) If you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

**2. Additional Coverages**

**a. Business Travel**

(1) We will pay for the actual loss of Business Income and the necessary and reasonable Extra Expenses your incur due to loss or damage by a covered cause of loss to your Business Personal Property including Sales Representative Samples while in the custody of:

(a) Your sales representatives; or

(b) Any officer, employee or yourself;

while traveling on authorized company business.

(2) The most we will pay for the actual loss of Business Income and necessary and reasonable Extra Expenses you incur due to loss of Your Business Personal Property while traveling on authorized company business in any one occurrence is the applicable limit of insurance as shown in the Property Choice Declarations for Business Travel.

(3) This Additional Coverage is Included within the Special Business Income Limit of Insurance.

**b. Civil Authority**

(1) This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur when access to your "Scheduled Premises" is specifically prohibited by order of a civil authority as the direct result of a Covered Cause of Loss to property in the immediate area of your "Scheduled Premises".

(2) The coverage for Business Income will begin after the Waiting Period number of hours indicated in the Property Choice Declarations applicable to this Additional Coverage – Civil Authority after the order of a civil authority and coverage will end at the earlier of:

(a) When access is permitted to your "Scheduled Premises"; or

(b) 30 consecutive days after the order of the civil authority.

(3) The coverage for Extra Expense will begin immediately after the order of a civil authority and coverage will end at the earlier of:

(a) When access is permitted to your "Scheduled Premises"; or

(b) 30 consecutive days after the order of the civil authority.

This Additional Coverage is Included within the Special Business Income Limit of Insurance.

**c. CyberFlex**

**(1) Denial of Service**

(a) This insurance is extended to apply to the actual loss of Business Income you sustain caused by or resulting from a Denial of Service Attack. Denial of Service Attack means the malicious direction of a high volume of worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

(b) This Additional Coverage applies to Denial of Service Attacks:

(i) That originate anywhere in the world; and

(ii) Whether or not there has been any physical damage to data or software.

(c) Denial of Service does not include loss of income from the theft of telephone services or the theft of any property.

(d) We will not pay for any loss of Business Income that you sustain during the applicable Number of

*0500272KR55050101 00367

Hours stated in the Property Choice Declarations that immediately follow the time when you first discovered the Denial of Service Attack.

**(e)** The most we will pay for the sum of all loss in any one occurrence under this Additional Coverage is the applicable Limit of Insurance stated in the Property Choice Declarations for Denial of Service. This is an additional amount of insurance.

**(2) Electronic Vandalism**

**(a)** This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by or resulting from Electronic Vandalism originating anywhere in the world.

Electronic Vandalism means:

**(i)** the willful or malicious alteration, manipulation or destruction of "Computer Media and Data"; or

**(ii)** the addition of a virus, malicious code or similar instruction that disrupts the normal operation of "Computer Equipment" or results in physical damage to "Computer Equipment" and "Computer Media and Data".

**(b)** Electronic Vandalism does not apply to any loss due to a Denial of Service Attack.

**(c)** Electronic Vandalism does not include loss of income from the theft of telephone services or the theft of any property.

**(d)** We will not pay for any Business Income loss that you sustain during the applicable number of hours stated in the Property Choice Declarations that immediately follow the time when you first discovered the Electronic Vandalism. This Waiting Period does not apply to Extra Expense.

**(e)** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**(3) Good Faith Advertising Expense**

**(a)** If we make payment for a covered loss caused by or resulting from Denial of Service or Electronic Vandalism as provided under the Denial of Service, Electronic Vandalism or Web Site and Communication Services Additional Coverages, we will pay for the reasonable advertising expenses you incur solely to regain customer faith and approval.

**(b)** The most we will pay for the sum of all reasonable expenses under this Additional Coverage in any 12 month time period is $25,000. This is an additional amount of insurance.

**(4) Web Site and Communication Services**

**(a)** This insurance is extended to apply to the actual loss of Business Income you sustain and the necessary and reasonable Extra Expense you incur caused by direct physical loss or direct physical damage by a Covered Cause of Loss including loss or damage caused by or resulting from Electronic Vandalism or Denial of Service to property that you depend on for Internet and Communications Services.

Internet and Communications Services means:

**(i)** Internet access, e-mail, web hosting and application software services at the premises of others; or

**(ii)** Communications and router infrastructure services, including telephone, cable and wireless, located outside your premises boundary.

(b) We will not pay for any Business Income loss under this Additional Coverage that you sustain during the applicable number of hours stated in the Property Choice Declarations that immediately follow the time when you first discovered the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

(c) The most we will pay for the actual loss of Business Income and necessary and reasonable Extra Expense in any one occurrence under this Additional Coverage is the lesser of:

(i) The amount of the actual loss of Business Income you sustain during the 30 day period immediately following the Waiting Period and the necessary and reasonable Extra Expense you incur when you first discovered the Covered Cause of Loss (during the Waiting Period) and for a 30 day period immediately following the Waiting Period; or

(ii) The applicable Web Site and Communication Services Limit of Insurance stated in the Property Choice Declarations.

(d) With respect to Web Sites, this coverage applies only if you have a back-up copy of your Web Page stored at a location other than the site of the Web Site vendor.

(e) This is an additional amount of insurance.

**d. Dependent Properties**

(1) This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur at a "Scheduled Premises" due to direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Dependent Properties.

Dependent Properties means property at premises owned and operated by others that you depend on to:

(a) Deliver materials or services to you, or to others for your account (Contributing Location);

(b) Accept your products or services (Recipient Location);

(c) Manufacture products for delivery to your customers under contract of sale (Manufacturing Location): or

(d) Attract customers to your business premises (Leader Locations).

(2) Dependent properties do not include:

(a) Any water or gas, steam or electric power, or any other utility service; or

(b) Any type of web site, communication or internet service.

(3) (a) Coverage for Business Income will begin after the number of hours indicated in the Property Choice Declarations applicable to this Additional Coverage after the time of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss at the premises of the Dependent Property.

(b) The coverage for Extra Expense will begin immediately after the time of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss at the premises of the Dependent Property.

(c) This Additional Coverage will end when:

(i) The Dependent Property should be rebuilt or replaced with reasonable speed and similar quality; or

(ii) The applicable limit of insurance is exhausted.

*0500272KR55050101 00368

**(4)** The most we will pay for the sum of all actual loss of Business Income and necessary and reasonable Extra Expense you incur in any one occurrence regardless of the types or number of dependent properties involved in any one occurrence under this Additional Coverage is the applicable Dependent Properties Limit of Insurance stated in the Property Choice Declarations. This is an additional amount of insurance.

**e. Extended Income**

**(1)** If the necessary suspension of your operations (applies to all operations except educational institutional operations) produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "Stock" you have finished manufacturing) is actually repaired, rebuilt or replaced and business operations are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your business operations, with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or direct physical damage had occurred; or

**(ii)** The number of days stated in the Property Choice Declarations that immediately follows after the date determined in **(1) (a)** above.

**(2)** As respects educational operations, the following applies:

In the event of a covered Business Income loss, we will pay for the actual loss of Business Income you sustain during the school term following the date the property is actually repaired, rebuilt or replaced, if that date is 60 days or less before the scheduled opening of the next school term.

**(3)** However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

**(4)** Loss of Business Income must be caused by direct physical loss or direct physical damage at the insureds premises caused by or resulting from any Covered Cause of Loss.

**(5)** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**f. "Fungus", Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage**

**(1)** The coverage described in **f. (2)** below only applies when the "fungus", wet rot, dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**(a)** A "specified cause of loss" other than fire or lightning;

**(b)** Equipment breakdown accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the effected premises; or

**(c)** Flood, if the Causes of Loss - Flood endorsement applies to the effected premises.

**(2)** The following **(2)(a)** or **(2)(b)** applies only if Business Income and/or Extra Expense coverage applies to the "Scheduled Premises" and only if the necessary interruption of your business operations satisfies all terms and conditions of this coverage form.

**(a)** If the loss which results in "fungus", wet rot, dry rot, bacteria or virus does not in itself necessitate a necessary interruption of your business operations, but such interruption

is necessary due to loss or damage to property caused by "fungus", wet rot, dry rot, bacteria or virus, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered necessary interruption of your business operations was caused by loss or damage other than "fungus", wet rot, dry rot, bacteria or virus prolongs the Period of Restoration, we will pay for loss and/or expense sustained during the delay (regardless of when such delay occurs during the period of restoration), but such coverage is limited to 30 days in total. The days need not be consecutive.

**(c)** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**g. Future Earnings**

**(1)** In the event of covered Business Income loss, we will pay for the actual reduction in Business Income you subsequently and necessarily sustain after the Period of Restoration and the Extended Income period ends and that reduction in Business Income is directly attributable to the Covered Cause of Loss occurrence.

**(2)** However, Future Earnings does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

**(3)** This coverage will apply to the actual reduced business income you sustain within 2 years from the date the Covered Cause of Loss occurred.

**(4)** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**h. Lessor's Tenant Move Back Expenses**

**(1)** In the event that your tenants must temporarily vacate the covered Building property at "Scheduled Premises" due to untenantability caused by direct physical loss or direct physical damage by a Covered Cause of Loss to the covered Building, we will pay for the following expenses you actually incur to move those tenants back into your covered Building. We will only pay for the following expenses:

**(a)** Packing, transporting and unpacking the tenants' Business Personal Property, including the cost of insuring the move back and any necessary assembly or setup of furniture and equipment, and

**(b)** The net cost to re-establish the tenants' utility and telephone services, after any refunds due the tenants.

**(2)** We will only pay for these expenses that you actually incur within 60 days from the date that the damaged building has been repaired or rebuilt and if needed a certificate of occupancy has been granted.

**(3)** The most we will pay the sum in any one occurrence of covered loss under this Additional Coverage is the applicable Limit of insurance shown in the Property Choice Declarations for Lessor's - Tenant Move Back Expenses. This is an additional amount of insurance.

**i. Machinery Testing and Training**

In the event it was necessary to replace machinery damaged by a Covered Cause of Loss, we will extend the Period of Restoration to include:

**(1)** The additional time to test that replacement machinery; and

**(2)** The additional time to train employees on the differences in operating the damaged machinery and the replacement machinery.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

*0500272KR55050101 00369

**j. Newly Acquired Premises**

**(1)** We will pay for the actual loss of Business Income you sustain due to loss or damage caused by or resulting from a covered cause of loss to Newly Acquired Premises. Newly Acquired Premises means premises you acquire, purchase or lease after the inception of this policy, but does not include:

**(a)** Any premises acquired through any foreclosure process;

**(b)** Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work; or

**(c)** Any premises covered by any other part of this Coverage Form.

**(2)** Insurance for each Newly Acquired Premises will end when any of the following first occurs, but will not cut short the Period of Restoration:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property;

**(c)** You report values to us; or

**(d)** The property is more specifically insured.

We will charge you additional premium from the date you acquire the premises.

**(3)** The most we will pay for loss in any one occurrence is the applicable limit of insurance shown in the Property Choice Declarations for Newly Acquired Premises.

**k. Ordinance or Law - Increased Period of Restoration**

**(1)** If a Covered Cause of Loss occurs to property at "Scheduled Premises", coverage is extended to include the amount of the actual loss of Business Income and necessary and reasonable Extra Expense you incur during the increased period of suspension of operations caused by or resulting from the enforcement of any ordinance or law that:

**(a)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises;

**(b)** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss; and

**(c)** Is in force at the time of loss.

**(2)** Coverage is not extended under this Additional Coverage to include loss caused by or resulting from the enforcement of any ordinance or law:

**(a)** Which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot, bacteria or virus; or

**(b)** Which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "Pollutants and Contaminants", "fungus", wet or dry rot, bacteria or virus.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

**l. "Pollutants and Contaminants" Clean Up**

**(1)** This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur if business operations are interrupted due to the enforcement of any ordinance or law that requires you to extract "Pollutants and Contaminants" from land or water at "Scheduled Premises" caused by or resulting from a Covered Cause of Loss that occurs during the policy period.

(2) Such loss must be reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

(3) The most we will pay for the sum of all Business Income and Extra Expense in any one "Policy Year" under this Additional Coverage is the applicable "Pollutants and Contaminants" Clean Up Limit of Insurance stated in the Property Choice Declarations. This is an additional amount of insurance.

**m. Transit**

(1) This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to the following property while in the due course of transportation:

(a) Your Business Personal Property; and

(b) Business Personal Property owned by others that is in your care, custody or control.

(2) This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination, but this will not cut short the Period of Restoration.

(3) You must retain accurate records of all shipments of Covered Property for one year.

(4) The most we will pay for the sum of all Business Income and Extra Expense in any one occurrence under this Additional Coverage is the applicable Limit of Insurance stated in the Property Choice Declarations for Transit. This is an additional amount of insurance.

**n. Unnamed Premises**

(1) This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage by a covered cause of loss to Property while at:

(a) Premises that you own, lease, or occupy other than at a "Scheduled Premises";

(b) Premises not described in the Property Choice Declarations, which you do not own, lease or occupy;

(c) Premises where you are temporarily performing work or installing Business Personal Property and your insurable interest continues until the installation is accepted by the customer.

(2) Unnamed Premises does not include any:

(a) Premises or property covered under any other coverage of this Coverage Form;

(b) Waste disposal or transfer sites;

(c) Intermediate site while in the due course of transportation; or

(d) Premises of a "Web Site or Communication Services" provider.

(3) The most we will pay for the sum of all actual loss of Business Income and necessary and reasonable Extra Expense you incur in any one occurrence at all Unnamed Premises under this Additional Coverage is the applicable Limit of Insurance stated in the Property Choice Declarations for Unnamed Premises. This is an additional amount of insurance.

**o. Utility Services**

(1) This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur at "Scheduled Premises", "Newly Acquired Premises" and "Unnamed Premises" caused by the interruption of utility services.

The interruption must result from direct physical loss or direct physical

*0500272KR55050101 00370

damage by a Covered Cause of Loss to property outside the insured premises boundary and which provides the following utility services:

**(a)** Water;

**(b)** Gas, steam; or

**(c)** Electrical power.

**(2)** This Additional Coverage does not apply to the Dependent Properties Additional Coverage.

**(3)** Loss resulting from damage to overhead electrical transmission lines is either included or excluded as stated in the Property Choice Declarations.

**(4)** We will not pay for Business Income loss you sustain during the applicable Number of Hours stated in the Property Choice Declarations that immediately follow after the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

**(5)** The most we will pay for the sum of all actual loss of Business Income and necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage is the applicable Utility Services Limit of Insurance stated in the Property Choice Declarations. This is an additional amount of insurance.

**B. COVERED CAUSES OF LOSS, EXCLUSIONS AND LIMITATIONS**

**1.** See Property Choice - Covered Causes of Loss and Exclusions Form.

**2.** The following Exclusions apply in addition to the Exclusions found in the Property Choice - Covered Causes of Loss and Exclusions Form to this Coverage Form:

**a. Contract, Lease or License Cancellation**

We will not pay for any increase of loss caused by or resulting from suspension, lapse or cancellation of any contract, lease or license (including consultation and funding grants). But if such suspension, lapse or cancellation is directly caused by a covered interruption of business operations, we will pay for such loss only as described in Period of Restoration Definition, **A.1.d.**, and Extended Income Additional Coverage, **A.2.e.**, as contained herein.

**b. Finished "Stock"**

We will not pay for any loss caused by or resulting from damage or destruction of or the time required to reproduce "Stock" you have finished manufacturing.

**c. Satellite Communications**

We will not pay for any loss caused by or resulting from the disruption of communications to or from any satellite however caused. But this exclusion does not apply to land based satellite dishes.

**d. Strike Interference**

We will not pay for any increase of loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming business operations, due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

**D. DEDUCTIBLE**

We will not pay for loss in any one occurrence until the amount of loss exceeds the applicable Deductible stated in the Property Choice Declarations. We will then pay the amount of loss in excess of the deductible, up to the applicable Limit of Insurance. This Deductible applies in addition to any Waiting Period.

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Property Choice Conditions:

**1. Resumption of Business**

If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

**2. Loss Determination**

**a. Business Income**

The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or direct physical damage occurred;

(2) The likely Net Income of the business if no physical loss or no physical damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

(3) The operating expenses, including payroll expenses, necessary to resume business operations with the same quality of service that existed just before the direct physical loss or direct physical damage, except if modified by endorsement to this policy; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

**b. Extra Expense**

The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by business operations during the Period of Restoration if no direct physical loss or if no direct physical damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the Period of Restoration, once business operations are resumed; and

(b) Any Extra Expense that is paid for by other insurance.

(2) All necessary and reasonable expenses that reduce the Business Income otherwise incurred.

**3. Reductions in Amount We Pay**

**a.** We will reduce the amount of the Business Income loss payment to the extent you can resume your business operations, in whole or in part, by using:

(1) Damaged or undamaged property (including merchandise or "stock") at the insured premises or elsewhere;

(2) Any other available source of materials or other outlet for your products.

**b.** We will reduce the amount of Extra Expense loss payment to the extent you can return operations to normal and discontinue Extra Expenses.

**c.** If you do not resume business operations, or do not resume business operations as quickly as possible, we will pay based on the length of time it would have taken to resume business operations as quickly as possible.

**d.** We will reduce the amount of the Business Income loss payment to extent that the reduction in volume of business income from the affected income channel is offset by an increase in the volume of business from other income channels.

*0500272KR55050101 00371

# LEGAL LIABILITY - BUILDING COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

*0500272KR55050101 00372

**A. COVERAGE**

We will pay up to the applicable Legal Liability - Building Limit of Insurance stated in the Property Choice Declarations for those sums that you become legally obligated to pay as damages because of direct physical loss or direct physical damage, including loss of use, to Covered Building Property caused by accident and arising out of a Covered Cause of Loss. We will have the right and duty to defend any suit seeking those damages. Suit includes an arbitration proceeding to which you must submit or submit with our consent. However, we have no duty to defend you against a suit seeking damages for direct physical loss or damage to which this insurance does not apply. We may investigate and settle any claim or suit at our discretion. But our right and duty to defend ends when we have used up the Legal Liability Building Limit of Insurance in the payment of judgments or settlements.

**1. Covered Building Property**

Covered Building Property means buildings or structures of others in your care, custody or control.

**2. Covered Causes Of Loss**

See the Property Choice - Covered Causes of Loss and Exclusions Form.

**3. Additional Coverages**

**a. Supplementary Payments**

We will pay, with respect to any claim or any suit against you that we defend:

**(1)** All expenses we incur.

**(2)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(3)** All reasonable expenses incurred by you at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All costs taxed against you in the suit.

**(5)** Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

Payments under this Additional Coverage are in addition to the applicable Limit of Insurance.

**b. Additional Insureds**

Throughout this Coverage Form, if the Named Insured stated in the Property Choice Declarations is:

**(1)** A partnership or corporation, the words "you" and "your" include partners, executive officers, trustees, directors and stockholders of such partnership or corporation;

**(2)** A limited liability company, the words "you" and "your" include member and manager;

© 2002, The Hartford
(Includes copyrighted material of the Insurance Services, Inc., with its permission.)

but only with respect to their duties as such.

The existence of one or more Additional Insureds does not increase the Limit of Insurance.

**c. Newly Acquired Organizations**

Throughout this Coverage Form, the words "you" and "your" also include any organization (other than a partnership, joint venture or limited liability company) you newly acquire or form and over which you maintain ownership or majority interest if there is no other similar insurance available to that organization.

This Additional Coverage ends:

**(1)** 90 days after you acquire or form the organization; or

**(2)** At the end of the policy period stated in the Property Choice Declarations;

whichever is earlier.

This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before you acquired or formed the organization.

The existence of one or more Newly Acquired Organizations does not increase the Limit of Insurance.

**d. Newly Acquired Building Property**

**(1)** You may extend the insurance that applies to Covered Building Property, as used in this Coverage Form, to apply to your liability for Building property of others that comes under your care, custody or control after the beginning of the current policy period. This Additional Coverage is subject to all terms and Conditions of this Coverage Form.

The most we will pay as the result of any one accident for loss or damage to buildings covered under this Additional Coverage is $25,000 at each building.

**(2)** Insurance under this Additional Coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after the building property has come under your care, custody or control;

**(c)** You report values to us; or

**(d)** The property is more specifically insured.

We will charge you additional premium for values reported from the date the property comes under your care, custody or control.

**(3)** This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before the building property came under your care, custody or control.

## B. EXCLUSIONS AND LIMITATIONS

See the Property Choice - Covered Causes of Loss and Exclusions Form.

## C. LIMITS OF INSURANCE

The most we will pay in damages as the result of any one accident is the applicable Limit of Insurance shown for Legal Liability – Building Limit of Insurance as shown in the Property Choice Declarations.

Payments under the Additional Coverages are in addition to the Limits of Insurance.

The existence of one or more:

**1.** Additional Insureds, or

**2.** Newly Acquired Organizations,

does not increase the Limit of Insurance.

## D. DEDUCTIBLE

No deductible provision applies to this Coverage Form.

## E. PROPERTY CHOICE CONDITIONS CHANGES

For Coverage provided under this Coverage Form, the following changes are made to the Property Choice Conditions:

**1. Duties In The Event Of Accident, Claim Or Suit**

The General Duties in Event of Loss Condition is replaced by the following:

**a.** You must see to it that we are notified promptly of any accident that may result in a claim. Notice should include:

**(1)** How, when and where the accident took place; and

**(2)** The names and addresses of any witnesses.

Notice of an accident is not notice of a claim.

**b.** If a claim is made or suit is brought against you, you must see to it that we

receive prompt written notice of the claim or suit.

c. You must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or suit; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to you because of damage to which this insurance may also apply.

d. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**2. Legal Action Against Us**

The **Legal Action Against Us General Condition** is replaced by the following:

No person or organization has a right under this Coverage Form:

a. To join us as a party or otherwise bring us into a suit asking for damages from you; or

b. To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**3. Transfer Of Rights (Subrogation)**

The **Transfer of Rights of Recovery Against Others To Us General Condition** is replaced by the following:

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring suit or transfer those rights to us and help us enforce them.

**F. ADDITIONAL CONDITIONS**

The following conditions are added and apply in addition to the Common Policy Conditions, and the Property Choice Conditions:

**1. Bankruptcy**

Bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Coverage Form.

**2. Separation Of Insureds**

The insurance under this Coverage Form applies separately to you and each additional insured, except with respect to the Limits of Insurance.

*0500272KR5505010100373

*0500272KR55050101 00374

# PROPERTY CHOICE - COVERED CAUSES OF LOSS AND EXCLUSIONS FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## COVERED CAUSES OF LOSS

Covered Causes of Loss, means loss caused by direct physical loss or direct physical damage to Covered Property within the policy period as stated on the Common Policy Declarations:

i. Unless the loss is excluded in the General Exclusion or the Specific Exclusions; or

ii. Unless the loss is excluded or limited within the provisions for specific coverages or types of property; and

iii. Subject to the Limits of Insurance and Deductibles stated in the Property Choice Declarations or stated in the Coverages.

## A. GENERAL EXCLUSION

We will not pay for loss or damage caused by, resulting from, or arising out of any acts, errors, or omissions by you or others in any of the following activities, regardless of any other cause or event that contributes concurrently, or in any sequence to the loss or damage:

**1.** Planning, zoning, developing, surveying, testing or siting property;

**2.** Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;

**3.** Any of the following performed to or for any part of land, buildings, roads, water or gas mains, sewers, drainage ditches, levees, dams, other structures or facilities, or any Covered Property:

**a.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; or

**b.** Furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction; or

**4.** Maintenance.

This entire Exclusion applies whether or not the property or facilities described above are:

**(1)** Covered under this policy; or

**(2)** On or away from the insured premises.

But if direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

## B. SPECIFIC EXCLUSIONS

**1. Accounting Errors**

We will not pay for loss or damage caused by, resulting from, or arising out of error or omissions in accounting, arithmetical, bookkeeping, or billing.

**2. Animals**

We will not pay for loss or damage to animals unless caused by a "Specified Cause of Loss".

All other loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

© 2002, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**3. Change of Temperature, Dampness or Dryness**

a. We will not pay for loss or damage to personal property caused by, resulting from, or arising out of:

(1) Dampness or dryness of atmosphere; or

(2) Changes in or extremes of temperature.

But if direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

b. This Exclusion does not apply to:

(1) "Computer Equipment" and "Computer Media and Data" and "Valuable Papers";

(2) Accounts Receivable and Fine Arts Additional Coverages; and

(3) Coverage provided for Spoilage under the Equipment Breakdown - Additional Coverage.

**4. Collapse (relating to Earthquake or Flood)**

We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the collapse, cracking, separating, shrinking, bulging, expansion, shifting, rising, settling, sinking, lateral movement or other movement, or other loss or damage to buildings or structures, including concrete or paved surfaces, which would not have occurred but for an Earthquake or Flood.

**5. Delay, Loss of Use or Loss of Market**

We will not pay for loss or damage caused by, resulting from, or arising out of delay, loss of use, or loss of market.

**6. Dishonest Acts**

a. We will not pay for loss or damage caused by, resulting from, or arising out of dishonest or criminal acts by you, any of your partners, members, officers, managers, employees, directors, officers, trustees, authorized representatives or anyone else to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

b. In this Exclusion, your employees include leased and contracted employees and software contractors.

c. This Exclusion does not apply to:

(1) Property entrusted to carriers for hire; or

(2) Acts of destruction by your employees.

**7. Docks, Piers, Wharves**

a. We will not pay for loss or damage caused by, resulting from, or arising out of action of water or ice to bulkheads, docks, piers, seawalls, wharves, or property on such structures.

b. But if direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**8. Earth Movement**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to:

(1) Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground tectonic forces resulting in breaking, shifting, rising, settling, sinking or lateral movement or other movement, including any related earth sinking, rising or shifting;

(2) Landslide, including any related earth sinking, rising or shifting;

(3) Subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than "Sinkhole Collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other part of buildings or structures. Soil conditions included contraction, expansion, freezing, thawing, erosion, improper compaction of soil and the action of water under the ground surface.

But If direct physical loss or direct physical damage by fire or explosion ensues to Covered Property, we will pay only for such ensuing loss or damage.

b. This Exclusion applies whether or not caused by a weather condition.

c. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**9. Flood, Water Under the Ground**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to:

(1) Flood, which means:

(a) Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not.

(b) Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground.

(c) Water or other material that backs up or overflows from any sewer or septic tank, if such back-up or overflow is caused by any of the conditions in **9.a.(1)(a)** and **9.a.(1)(b)** above regardless of the proximity of the back-up or overflow to such conditions.

(d) Flood does not include back-up or overflow of water or other material arising from any other origin.

(2) Release of water held by a dam, levee or dike or by a water or flood control device; or

(3) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

b. This Exclusion applies whether or not caused by a weather condition.

c. If direct physical loss or direct physical damage by fire, explosion or "Sprinkler Leakage" ensues to Covered Property, we will pay only for such ensuing loss or damage.

d. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**10. "Fungus", Wet Rot, Dry Rot, Bacteria or Virus**

a. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

(1) Presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot, bacteria or virus.

(2) But if "fungus", wet rot, dry rot, bacteria or virus results in a "specified cause of loss" to Covered Property, we will pay for the loss or damage caused by that "specified cause of loss".

b. This exclusion does not apply:

(1) When "fungus", wet or dry rot, bacteria or virus results from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage(s) - "Fungus", Wet Rot, Dry Rot, Bacteria or Virus - Limited Coverage with respect to loss or damage by a cause of loss other than fire or lightning.

c. This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**11. Governmental Action**

a. We will not pay for loss or damage caused by or resulting from, or arising out of the seizure or destruction of property by order of governmental authority.

b. But we will pay for covered loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

c. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

d. This exclusion does not apply to coverage as provided under the Ordinance or Law additional Coverage(s).

**12. Missing Property**

We will not pay for loss caused by, resulting from, or arising out of the disappearance of property when there is no clear evidence to show what happened to it. This would include a shortage disclosed on taking inventory or auditing records. This Exclusion does not apply to property in the custody of a carrier for hire.

*0500272KR55050101 00375

**13. Neglect to Protect Property**

We will not pay for loss or damage caused by, resulting from, or arising out of your neglect to use all reasonable means to save and preserve property from further damage at and after time of the direct physical loss or damage.

**14. Nesting or Infestation**

**a.** We will not pay for loss or damage caused by, resulting from, or arising out of nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**b.** If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**c.** This Exclusion does not apply to:

**(1)** "Computer Equipment", "Computer Media and Data" and "Valuable Papers"; and

**(2)** Accounts Receivable and Fine Arts Additional Coverages.

**15. Nuclear Hazard**

**a.** We will not pay for loss or damage caused by, resulting from, or arising out of, or in any way related to nuclear reaction, nuclear radiation or radioactive contamination, however caused.

**b.** If direct physical loss or direct physical damage by fire ensues, we will pay only for such ensuing loss or damage.

c. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**16. Ordinance or Law**

**a.** We will not pay for loss or damage caused by, resulting from, or arising out of the enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

**b.** This Exclusion applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law while in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**c.** This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**17. "Pollutants and Contaminants"**

**a.** We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the discharge, dispersal, seepage, migration, release or escape of "Pollutants and Contaminants".

**b.** If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**c.** This Exclusion does not apply if the discharge, dispersal, seepage, migration, release or escape is itself caused by a "Specified Cause of Loss".

**d.** This Exclusion does not apply to:

**(1)** "Computer Equipment", "Computer Media and Data" and "Valuable Papers";

**(2)** Accounts Receivable, Business Travel, Exhibitions, Fine Arts and Transit Additional Coverages; or

**(3)** The accidental or malicious application of chemicals to glass that is a part of a building, structure or showcase.

**18. Programming Errors and Computer Deficiency**

**a.** We will not pay for loss or damage caused by, resulting from, or arising out of:

**(1)** Error or omission in computer programming, data entry or instructions to a computer or electronically controlled equipment;

**(2)** Error or deficiency in the design, installation, maintenance, repair or modification of "Computer Equipment" and software.

**b.** If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**19. Rain, Snow, Ice, Sleet to Property in the Open**

We will not pay for loss or damage caused by, resulting from, or arising out of rain, snow, ice or sleet to personal property while in the open.

This Exclusion does not apply to property in the custody of a carrier for hire.

**20. Settling, Cracking to Buildings or Structures**

a. We will not pay for loss or damage caused by, resulting from, or arising out of settling, cracking, shrinking or expansion of buildings or structures, bridges, roadways, walks, patios or concrete or paved surfaces.

b. If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**21. Smoke (Agricultural or Industrial)**

We will not pay for loss or damage to buildings or outdoor property caused by, resulting from, or arising out of smoke, vapor or gas from agricultural smudging or industrial operations.

**22. Testing**

a. We will not pay for loss or damage caused by, resulting from, or arising out of any of the following tests:

(1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

(2) An insulation breakdown test of any type of electrical equipment.

b. If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**23. Theft of Laptops as Checked Baggage**

We will not pay for loss or damage caused by, resulting from, or arising out of the theft of laptop, palmtop and similar portable equipment while as checked baggage.

**24. Unauthorized Transfer of Property**

We will not pay for loss caused by, resulting from, or arising out of the transfer of property that has been transferred to any person or to any place outside your premises on the basis of unauthorized instructions.

**25. Unauthorized Viewing, Copying of Computer Media and Data**

We will not pay for financial loss or any other loss or damage due to unauthorized viewing, copying or use of any data (including proprietary or confidential information) by any person, even if such activity is characterized as theft.

**26. Utility Services Interruption**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the failure of power or other utility service supplied to the insured premises, however caused, if the failure occurs away from insured premises. Failure includes lack of sufficient capacity and reduction in supply.

b. This Exclusion applies whether or not caused by a weather condition.

c. If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

d. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

e. This Exclusion does not apply to:

(1) "Computer Equipment" and "Computer Media and Data" and "Valuable Papers";

(2) Accounts Receivable and Fine Arts Additional Coverages; and

(3) Coverage provided under the Utility Services Additional Coverage(s).

**27. War, Military Action**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

b. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**28. Workmanship**

a. We will not pay for the cost of correcting defects in Covered Property, or loss or damage to Covered Property that was caused by, resulting from, or arising out of

*0500272KR5505010100376*

work done on Covered Property by you, your employees, or others working on your behalf.

b. If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property or Equipment Breakdown Accident ensues to Equipment Breakdown Equipment, we will pay only for such ensuing loss or damage.

**29. Other Exclusions**

We will not pay for loss or damage caused by, resulting from, or arising out of:

a. Wear and tear, or change in color, texture, or finish;

b. Rust, corrosion, fungus, decay, or deterioration;

c. Hidden or latent defect or any quality in property that causes it to damage or destroy itself;

d. Smog; or

e. Shrinkage, evaporation, or loss of weight of "Stock".

But if direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**C. Theft Limitations to Specific Types of Covered Property**

For loss or damage by "theft", the following types of property are covered only up to the following limits:

1. $5,000 for furs, fur garments and garments trimmed with fur.

2. $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals.

   This limitation does not apply to:

   a. Jewelry and watches worth $100 or less per item; or

   b. Gold, gold salts, silver, platinum, precious and semi-precious alloys, metals or stones used in the manufacture of your products, other than jewelry manufacturing or repair.

3. $1,000 for stamps, tickets and letters of credit.

4. $ 250 for employee tools.

**D. Additional Coverage - Equipment Breakdown**

The term Covered Causes of Loss includes the Additional Coverage – Equipment Breakdown as defined and limited below:

**1. Equipment Breakdown**

This insurance is extended to apply to loss or damage caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property.

Equipment Breakdown Accident means direct physical loss as follows:

a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

b. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d. Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

Equipment Breakdown Property means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

The following is not Equipment Breakdown Property:

a. Any structure, foundation, cabinet, compartment or air supported structure or building;

b. Any insulating or refractory material;

c. Any sewer piping, any underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

d. Any vehicle or any equipment mounted on such vehicle, draglines, excavation or construction equipment; or

e. Any equipment manufactured by you for sale.

This Coverage is included within the Covered Property Limits of Insurance.

2. The following Coverage Extensions apply to loss or damage to Covered Property caused by or

resulting from an Equipment Breakdown Accident to Equipment Breakdown Property:

**a. CFC Refrigerants**

We will pay for the additional costs to repair or replace Covered Property beyond what would have been necessary had no refrigerant containing CFC (chlorinated fluorocarbon) substances been involved in the Equipment Breakdown Accident.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the CFC Refrigerants Limit of Insurance stated in the Declarations, but not more than the least amount to:

**(1)** Repair the damaged property and replace any lost CFC refrigerant;

**(2)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**(3)** Replace the system with one using a non-CFC refrigerant.

This Coverage is included within the Covered Property Limit of Insurance.

**b. Hazardous Substances**

We will pay for the additional costs to repair or replace Covered Property beyond what would have been necessary had the Equipment Breakdown Accident not caused contamination by a Hazardous Substance. This includes the additional expenses to clean up or dispose of such property.

As used in this Coverage Extension, Hazardous Substance means any substance that has been declared to be hazardous to health by a governmental agency.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the Hazardous Substances Limit of Insurance stated in the Declarations.

This Coverage is included within the Covered Property Limit of Insurance.

**c. Spoilage**

We will pay for your loss of perishable goods due to:

**(1)** Spoilage; or

**(2)** Contamination caused by the release of refrigerants, including but not limited to ammonia; caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property located at the premises.

We will not pay for loss or damage as a result of your failure to use all reasonable means to protect the perishable goods from damage following an Equipment Breakdown Accident.

We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

If you are unable to replace the perishable goods before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the perishable goods at the time of the Equipment Breakdown Accident, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

As used in this Additional Coverage, perishable goods means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the Spoilage Limit of Insurance stated in the Declarations.

This is included within the Covered Property Limit.

*0500272KR5505 0101 00377

*0500272KR55050101 00378

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A.** Paragraphs **2.** and **3.** of the CANCELLATION Common Policy Conditions are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less:**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days:**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

© 2004, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the CANCELLATION Common Policy Conditions:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit.

**a.** If this coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this coverage solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel this coverage solely because corrosive soil conditions exist on the premises.

**C.** The following is added and supersedes any provisions to the contrary:

**1. Nonrenewal**

Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenant's household personal property contained in a residential unit.

**a.** We may elect not to renew this coverage for any reason, except as provided in **b.**, **c.** and **d.** below:

**b.** We will not refuse to renew this coverage solely because the first Named Insured has accepted an offer of earthquake coverage. However, the following applies

only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew this coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threated our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and the commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1,** above.

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the time frames shown in Paragraph **C.1**, above, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

*0500272KR55050101 00379

*0500272KR55050101 00380

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**
**PROPERTY CHOICE POLICY**

The following is added to the CANCELLATION Common Policy Conditions:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

1. Seasonal unoccupancy;
2. Buildings in the course of construction, renovation or addition; or
3. Buildings to which the Vacancy Permit endorsement applies.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a covered cause of loss, permanent repairs to the building:

1. Have not started, and
2. Have not been contracted for,

within 30 days of initial payment of loss.

**C.** The building has:

1. An outstanding order to vacate;
2. An outstanding demolition order;
3. Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**E.** There has been failure to:

1. Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or
2. Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

© 1999, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES

*0500272KR55050101 00381

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A.** The following is added to **SPECIFIC EXCLUSIONS**, of the Property Choice - Covered Causes of Loss And Exclusions Form (PC 10 10):

We will not pay for loss or damage caused by enforcement of "The Field Act". "The Field Act", which deals with earthquake safety standards, means:

**1.** The provisions of Article 4, Chapter 2, Division 11, Part 3, of the Educational Code of the State of California, including amendments.

**2.** All rules and regulations for the administration or enforcement of the Act, including but not limited to Sections 101 to 1206 inclusive of Title 21 of the California Administrative Code as it is now or as it may be reorganized.

**B.** With respect to an "open policy", the following are added to any provision in this Coverage Part which uses the term actual cash value.

Actual cash value is determined as follows:

**1.** In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, which ever is less.

**2.** In the event of a partial loss to a building or structure, actual cash value is calculated as **2.a.** or **2.b.**, which ever is less:

**a.** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss;

**b.** The limit of Insurance applicable to the property.

**3.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:

**a.** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or

**b.** The Limit of Insurance applicable to the property.

**4.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss of damage caused by fire:

We do not provide coverage to the insured who, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

© 2006, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

3. That insured's interest in the Covered Property; or

4. A claim under this Coverage Part or Coverage Form.

D. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss of damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

1. This Coverage Part;

2. The Covered Property;

3. That insured's interest in the Covered Property; or

4. A claim under this Coverage Part or Coverage Form.

E. The **Appraisal** Condition is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

F. Item **E. 1. LOSS PAYMENT AND VALUATION CONDITIONS – Replacement Cost** found in the Property Choice Coverage Form (PC 00 10) is revised as follows:

a. Subitem **1.b.** is deleted and is replaced with the following:

b. We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, and in accordance with the terms applicable Loss Payment conditions in this policy, we will pay the actual cash value of the lost or damaged property as described in this endorsement. If the actual cash value does not exhaust the applicable Limit of Insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

(1) Within 12 months after our payment of the actual cash value; or

(2) Within 24 months after our payment of the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

unless we extend the time period for good cause.

The foregoing provisions do not constitute a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# OCCURRENCE

## READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

**Beginning on Page**


**SECTION I - COVERAGES**

| | | |
|---|---|---|
| Coverage A - Bodily Injury and Property Damage Liability | Insuring Agreement | 1 |
| | Exclusions | 2 |
| Coverage B - Personal and Advertising Injury Liability | Insuring Agreement | 5 |
| | Exclusions | 6 |
| Coverage C - Medical Payments | Insuring Agreement | 7 |
| | Exclusions | 8 |

Supplementary Payments Coverages A And B ........ 8

**SECTION II - WHO IS AN INSURED** ........ 9

**SECTION III - LIMITS OF INSURANCE** ........ 12

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** ........ 13

Bankruptcy ........ 13
Duties in The Event Of Occurrence, Offense, Claim or Suit ........ 13
Legal Action Against Us ........ 13
Other Insurance ........ 14
Premium Audit ........ 15
Representations ........ 15
Separation of Insureds ........ 15
Transfer of Rights of Recovery Against Others To Us ........ 15
When We Do Not Renew ........ 15

**SECTION V - DEFINITIONS** ........ 15


**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS**

These form numbers are shown on the Coverage Part - Declarations Page or on the Common Policy Declarations Page.

*0500272KR55050101 00382



© 2005, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

# COMMERCIAL GENERAL LIABILITY
# COVERAGE PART - DECLARATIONS

**POLICY NUMBER:** 72 UUN KR5505

This COMMERCIAL GENERAL LIABILITY COVERAGE PART consists of:

A. This Declarations;
B. Commercial General Liability Schedule;
C. Commercial General Liability Coverage Form; and
D. Any Endorsements issued to be a part of this Coverage Part and listed below.

*0500272KR55050101 00383

## LIMITS OF INSURANCE

The Limits of Insurance, subject to all the terms of this Policy that apply, are:

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You Limit - Any One Premises | $300,000 |
| Medical Expense Limit - Any One Person | $10,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| General Aggregate Limit, (other than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Limit | $2,000,000 |

**ADVANCE PREMIUM:** $19,032.00

**AUDIT PERIOD:** ANNUAL AUDIT

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or the "Common Policy Declarations."

Form Numbers of Coverage Forms, Endorsements and Schedules that are part of this Coverage Part:

| | | | | |
|---|---|---|---|---|
| HC70010605 | CG00670305 | HC00880605 | HC00950106 | HC23700108 |
| HG00010605 | HG21020204 | CG32340105 | HC21370393 | HC21900901 |
| HC12101185T | | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

*0500272KR55050101 00384

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2004



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBERFLEX
# AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY

*0500272KR55050101 00385

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement broadens coverage under **HG 00 01** for your web site or internet related activities.

**A. Section V - Definitions** is changed as follows:

1. **Definition Of Advertisement - Internet**

   The following is added to Paragraph **a.** of the definition of "advertisement":

   "Advertisement" means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

   **a. (6)** The Internet;

2. **Definition of Personal And Advertising Injury**

   **a. Your Web Site**

   Paragraphs **f.** and **g.** of the definition of "personal and advertising injury" are replaced by the following:

   "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **f.** Copying, in your "advertisement" or on "your web site", a person's or organization's "advertising idea" or style of "advertisement";

   **g.** Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement" or on "your web site";

   **b. Publication By Those With Unauthorized Access**

   The following is added to the definition of "personal and advertising injury":

   As used in this definition, oral, written or electronic publication includes publication of material in your care, custody or control by someone not authorized to access or distribute that material.

3. **Definition of Your Web Site**

   The following definition is added:

   "Your web site" means a web page or set of interconnected web pages prepared and maintained by you, or by others on your behalf, that is accessible over an internet.

**B.** Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability** is changed as follows:

1. Exclusions **f.**, **g.** and **i.** are replaced by the following:

   **f. Breach Of Contract**

   "Personal and advertising injury" arising out of any breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement" or on "your web site";

© 2005, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement" or on "your web site";

**i. Infringement Of Intellectual Property Rights**

"Personal and advertising injury" arising out any violation of any intellectual property rights such as copyright, patent, trademark, trade name, trade secret, service mark or other designation of origin or authenticity.

However, this exclusion does not apply to infringement, in your "advertisement" or on "your web site", of

**(1)** copyright;

**(2)** slogan, unless the slogan is also a trademark, trade name, service mark or other designation of origin or authenticity; or

**(3)** title of any literary or artistic work.

**2.** Exclusions **k.** - Electronic Chatrooms Or Bulletin Boards does not apply.

**3.** Subparagraphs **(1)**, **(2)** and **(3)** of Exclusion **p.** - Internet Advertisements And Content Of Others do not apply.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES IN THE DEFINITION OF PERSONAL AND ADVERTISING INJURY



This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraphs **c.** and **h.** of the definition of "personal and advertising injury" are replaced by the following:

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or organization occupies, committed by or on behalf of its owner, landlord or lessor;

**h.** Discrimination that results in humiliation or other injury to the feelings or reputation of a person.

© 2006, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)



# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the stock insurance company member of The Hartford providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** –Definitions.

*0500272KR55050101 00387

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**e. Incidental Medical Malpractice**

**(1)** "Bodily injury" arising out of the rendering of or failure to render professional health care services as a physician, dentist, nurse, emergency medical technician or paramedic shall be deemed to be caused by an "occurrence", but only if:

**(a)** The physician, dentist, nurse, emergency medical technician or paramedic is employed by you to provide such services; and

**(b)** You are not engaged in the business or occupation of providing such services.

© 2005 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

(2) For the purpose of determining the limits of insurance for incidental medical malpractice, any act or omission together with all related acts or omissions in the furnishing of these services to any one person will be considered one "occurrence".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

*0500272KR55050101 00388

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

(6) An aircraft that is not owned by any insured and is hired, chartered or loaned with a paid crew. However, this exception does not apply if the insured has any other insurance for such "bodily injury" or "property damage", whether the other insurance is primary, excess, contingent or on any other basis.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" arising from the use of elevators.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

*0500272KR55050101 00389

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any "employment–related practices"; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any "employment-related practices" are directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**r. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the "asbestos hazard".

**(2)** Any damages, judgments, settlements, loss, costs or expenses that:

**(a)** May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the "asbestos hazard";

**(b)** Arise out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an "asbestos hazard"; or

**(c)** Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of an "asbestos hazard".

**Damage To Premises Rented To You – Exception For Damage By Fire, Lightning Or Explosion**

Exclusions **c.** through **h.** and **j.** through **n.** do not apply to damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" arising out of an offense committed by, at the direction or with the consent or acquiescence of the insured with the expectation of inflicting "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services.

**i. Infringement Of Intellectual Property Rights**

"Personal and advertising injury" arising out of any violation of any intellectual property rights such as copyright, patent, trademark, trade name, trade secret, service mark or other designation of origin or authenticity.

However, this exclusion does not apply to infringement, in your "advertisement", of:

**(1)** Copyright;

**(2)** Slogan, unless the slogan is also a trademark, trade name, service mark or other designation of origin or authenticity; or

**(3)** Title of any literary or artistic work.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **17.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, placing an "advertisement" for or linking to others on your web site, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

*0500272KR55050101 00390

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Internet Advertisements And Content Of Others**

"Personal and advertising injury" arising out of:

**(1)** An "advertisement" for others on your web site;

**(2)** Placing a link to a web site of others on your web site;

**(3)** Content, including information, sounds, text, graphics, or images from a web site of others displayed within a frame or border on your web site; or

**(4)** Computer code, software or programming used to enable:

**(a)** Your web site; or

**(b)** The presentation or functionality of an "advertisement" or other content on your web site.

**q. Right Of Privacy Created By Statute**

"Personal and advertising injury" arising out of the violation of a person's right of privacy created by any state or federal act.

However, this exclusion does not apply to liability for damages that the insured would have in the absence of such state or federal act.

**r. Violation Of Anti-Trust law**

"Personal and advertising injury" arising out of a violation of any anti-trust law.

**s. Securities**

"Personal and advertising injury" arising out of the fluctuation in price or value of any stocks, bonds or other securities.

**t. Discrimination Or Humiliation**

"Personal and advertising injury" arising out of discrimination or humiliation committed by or at the direction of any "executive officer", director, stockholder, partner or member of the insured.

**u. Employment-Related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any "employment-related practices"; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any "employment-related practices" are directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**v. Asbestos**

**(1)** "Personal and advertising injury" arising out of the "asbestos hazard".

**(2)** Any damages, judgments, settlements, loss, costs or expenses that:

**(a)** May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the "asbestos hazard";

**(b)** Arise out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an "asbestos hazard"; or

**(c)** Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of an "asbestos hazard".

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within three years of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee,

necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a. Employees and Volunteer workers**

Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or that "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

If you are not in the business of providing professional health care services, Paragraph **(d)** does not apply to any nurse, emergency medical technician or paramedic employed by you to provide such services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b. Real Estate Manager**

Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c. Temporary Custodians of Your Property**

Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d. Legal Representative If You Die**

Your legal representative if you die, but only with respect to duties as such. That representative will

*0500272KR5505010100391

have all your rights and duties under this Coverage Part.

**e. Unnamed Subsidiary**

Any subsidiary, and subsidiary thereof, of yours which is a legally incorporated entity of which you own a financial interest of more than 50% of the voting stock on the effective date of the Coverage Part.

The insurance afforded herein for any subsidiary not named in this Coverage Part as a named insured does not apply to injury or damage with respect to which an insured under this Coverage Part is also an insured under another policy or would be an insured under such policy but for its termination or the exhaustion of its limits of insurance.

**3. Newly Acquired or Formed Organization**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain financial interest of more than 50% of the voting stock, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**4. Mobile Equipment**

With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**5. Nonowned Watercraft**

With respect to watercraft you do not own that is less than 51 feet long and is not being used to carry persons for a charge, any person is an insured while operating such watercraft with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the watercraft, and only if no other insurance of any kind is available to that person or organization for this liability.

However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person operating the watercraft; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**6. Additional Insureds When Required By Written Contract, Written Agreement Or Permit**

The following person(s) or organization(s) are an additional insured when you have agreed, in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement.

A person or organization is an additional insured under this provision only for that period of time required by the contract or agreement.

However, no such person or organization is an insured under this provision if such person or organization is included as an insured by an endorsement issued by us and made a part of this Coverage Part.

**a. Vendors**

Any person(s) or organization(s) (referred to below as vendor), but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business and only if this Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

**(1)** The insurance afforded the vendor is subject to the following additional exclusions:

This insurance does not apply to:

**(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in the product made intentionally by the vendor;

(d) Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

(h) "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(i) The exceptions contained in Sub-paragraphs **(d)** or **(f)**; or

(ii) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

(2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**b. Lessors of Equipment**

(1) Any person or organization from whom you lease equipment; but only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

(2) With respect to the insurance afforded to these additional insureds this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c. Lessors of Land or Premises**

Any person or organization from whom you lease land or premises, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land or premises leased to you.

With respect to the insurance afforded these additional insureds the following additional exclusions apply:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to lease that land; or

2. Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**d. Architects, Engineers or Surveyors**

Any architect, engineer, or surveyor, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

(1) In connection with your premises; or

(2) In the performance of your ongoing operations performed by you or on your behalf.

With respect to the insurance afforded these additional insureds, the following additional exclusion applies:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

1. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

2. Supervisory, inspection, architectural or engineering activities.

**e. Permits Issued By State Or Political Subdivisions**

Any state or political subdivision, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

With respect to the insurance afforded these additional insureds, this insurance does not apply to:

(1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality; or

(2) "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**f. Any Other Party**

Any other person or organization who is not an insured under Paragraphs **a.** through **e.** above, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**(1)** In the performance of your ongoing operations;

**(2)** In connection with your premises owned by or rented to you; or

**(3)** In connection with "your work" and included within the "products-completed operations hazard", but only if

**(a)** The written contract or agreement requires you to provide such coverage to such additional insured; and

**(b)** This Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(2)** Supervisory, inspection, architectural or engineering activities.

The limits of insurance that apply to additional insureds under this provision is described in Section **III** – Limits Of Insurance.

How this insurance applies when other insurance is available to the additional insured is described in the Other Insurance Condition in Section **IV** – Commercial General Liability Conditions.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1. The Most We will Pay**

The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2. General Aggregate Limit**

The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3. Products-Completed Operations Aggregate Limit**

The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4. Personal and Advertising Injury Limit**

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5. Each Occurrence Limit**

Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6. Damage To Premises Rented To You Limit**

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning or explosion, while rented to you or temporarily occupied by you with permission of the owner.

In the case of damage by fire, lightning or explosion, the Damage to Premises Rented To You Limit applies to all damage proximately caused by the same event, whether such damage results from fire, lightning or explosion or any combination of these.

**7. Medical Expense Limit**

Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

**8. How Limits Apply To Additional Insureds**

If you have agreed in a written contract or written agreement that another person or organization be

added as an additional insured on your policy, the most we will pay on behalf of such additional insured is the lesser of:

a. The limits of insurance specified in the written contract or written agreement; or

b. The Limits of Insurance shown in the Declarations.

Such amount shall be a part of and not in addition to Limits of Insurance shown in the Declarations and described in this Section.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

*0500272KR55050101 00393

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a. Notice Of Occurrence Or Offense**

You or any additional insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b. Notice Of Claim**

If a claim is made or "suit" is brought against any insured, you or any additional insured must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You or any additional insured must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c. Assistance And Cooperation Of The Insured**

You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d. Obligations At The Insureds Own Cost**

No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e. Additional Insureds Other Insurance**

If we cover a claim or "suit" under this Coverage Part that may also be covered by other insurance available to an additional insured, such additional insured must submit such claim or "suit" to the other insurer for defense and indemnity.

However, this provision does not apply to the extent that you have agreed in a written contract or written agreement that this insurance is primary and non-contributory with the additional insured's own insurance.

**f. Knowledge Of An Occurrence, Offense, Claim Or Suit**

Paragraphs **a.** and **b.** apply to you or to any additional insured only when such "occurrence", offense, claim or "suit" is known to:

**(1)** You or any additional insured that is an individual;

**(2)** Any partner, if you or an additional insured is a partnership;

**(3)** Any manager, if you or an additional insured is a limited liability company;

**(4)** Any "executive officer" or insurance manager, if you or an additional insured is a corporation;

**(5)** Any trustee, if you or an additional insured is a trust; or

**(6)** Any elected or appointed official, if you or an additional insured is a political subdivision or public entity.

This duty applies separately to you and any additional insured.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or

that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If other insurance is also primary, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1) Your Work**

That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2) Premises Rented To You**

That is fire, lightning or explosion insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(3) Tenant Liability**

That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

**(4) Aircraft, Auto Or Watercraft**

If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability;

**(5) Property Damage to Borrowed Equipment Or Use Of Elevators**

If the loss arises out of "property damage" to borrowed equipment or the use of elevators to the extent not subject to Exclusion **j.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability;

**(6) When You Are Added As An Additional Insured To Other Insurance**

Any other insurance available to you covering liability for damages arising out of the premises or operations, or products and completed operations, for which you have been added as an additional insured by that insurance; or

**(7) When You Add Others As An Additional Insured To This Insurance**

Any other insurance available to an additional insured.

However, the following provisions apply to other insurance available to any person or organization who is an additional insured under this coverage part.

**(a) Primary Insurance When Required By Contract**

This insurance is primary if you have agreed in a written contract or written agreement that this insurance be primary. If other insurance is also primary, we will share with all that other insurance by the method described in **c.** below.

**(b) Primary And Non-Contributory To Other Insurance When Required By Contract**

If you have agreed in a written contract, written agreement, or permit that this insurance is primary and non-contributory with the additional insured's own insurance, this insurance is primary and we will not seek contribution from that other insurance.

Paragraphs **(a)** and **(b)** do not apply to other insurance to which the additional insured has been added as an additional insured.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

**a. When You Accept This Policy**

By accepting this policy, you agree:

**(1)** The statements in the Declarations are accurate and complete;

**(2)** Those statements are based upon representations you made to us; and

**(3)** We have issued this policy in reliance upon your representations.

**b. Unintentional Failure To Disclose Hazards**

If unintentionally you should fail to disclose all hazards relating to the conduct of your business that exist at the inception date of this Coverage Part, we shall not deny coverage under this Coverage Part because of such failure.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

**a. Transfer of Rights Of Recovery**

If the insured has rights to recover all or part of any payment, including Supplementary Payments, we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**b. Waiver Of Rights Of Recovery (Waiver Of Subrogation)**

If the insured has waived any rights of recovery against any person or organization for all or part of any payment, including Supplementary Payments, we have made under this Coverage Part, we also waive that right, provided the insured waived their rights of recovery against such person or organization in a contract, agreement or permit that was executed prior to the injury or damage.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

**a. (1)** Radio;

**(2)** Television;

**(3)** Billboard;

**(4)** Magazine;

**(5)** Newspaper; or

**b.** Any other publication that is given widespread public distribution.

However, "advertisement" does not include:

**a.** The design, printed material, information or images contained in, on or upon the packaging or labeling of any goods or products; or

**b.** An interactive conversation between or among persons through a computer network.

**2.** "Advertising idea" means any idea for an "advertisement".

**3.** "Asbestos hazard" means an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

**4.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**5.** "Bodily injury" means physical:

**a.** Injury;

**b.** Sickness; or

**c.** Disease

sustained by a person and, if arising out of the above, mental anguish or death at any time.

*0500272KR5505010100394

**6.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in the United States of America (including its territories and possessions), Puerto Rico or Canada, in a "suit" on the merits according to the substantive law in such territory or in a settlement we agree to.

**7.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**8.** "Employment-Related Practices" means:

**a.** Refusal to employ a person;

**b.** Termination of a person's employment; or

**c.** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person.

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**10.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**11.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**12.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is subject to the Damage to Premises Rented To You Limit described in Section **III** – Limits of Insurance;

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, including an easement or license agreement in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** includes that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing.

However, Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(1)** above and supervisory, inspection, architectural or engineering activities.

**13.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**14.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**15.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment, of at least 1,000 pounds gross vehicle weight, designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**16.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**17.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral, written or electronic publication of material that violates a person's right of privacy;

**f.** Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement";

**g.** Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement"; or

**h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.

**18.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**19.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

*0500272KR5505010100395

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**20.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

As used in this definition, computerized or electronically stored data, programs or software are not tangible property. Electronic data means information, facts or programs:

**a.** Stored as or on;

**b.** Created or used on; or

**c.** Transmitted to or from;

computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**22.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**23.** "Volunteer worker" means a person who

**a.** Is not your "employee";

**b.** Donates his or her work;

**c.** Acts at the direction of and within the scope of duties determined by you; and

**d.** Is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**24.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**25.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The term "spouse" is replaced by the following:

Spouse or registered domestic partner under California law.

*0500272KR55050101 00396

© ISO Properties, Inc., 2004

*0500272KR55050101 00397

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE

This insurance does not apply to any damages, judgments, settlements, loss, costs or expenses that:

a. May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to person or property which arises out of or would not have occurred in whole or in part but for the lead hazard; or

b. Arise out of any request, demand or order to:

   1. Identify, abate, test for, sample, monitor, clean up, remove, cover, contain, treat, detoxify, decontaminate, neutralize or mitigate or in any way respond to or assess the effects of the lead hazard; or

   2. As a result of such effects, repair, replace or improve any property.

c. Arise out of any claim or any "suit" for damages because of:

   1. Identification of, abatement of, testing for, sampling, monitoring, cleaning up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing or mitigating or in any way responding to or assessing the effects of the lead hazard; or

   2. As a result of such effects, repairing, replacing or improving any property.

As used in this exclusion, lead hazard means an exposure or threat of exposure to the actual or alleged properties of lead and includes the mere presence or suspected presence of lead in any form or combination.

© 1993, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FUNGI, BACTERIA AND VIRUSES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
COUNSELING PROFESSIONAL ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
EDUCATORS LEGAL LIABILITY COVERAGE FORM
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM
PRODUCT RECALL EXPENSE COVERAGE FORM

This insurance does not apply to:

1. Injury or damage arising out of or related to the presence of, suspected presence of, or exposure to:
   a. Fungi, including but not limited to mold, mildew, and yeast;
   b. Bacteria;
   c. Viruses; or
   d. Dust, spores, odors, particulates or byproducts, including but not limited to mycotoxins and endotoxins, resulting from any of the organisms listed in a., b., or c. above;

   from any source whatsoever.

2. Any loss, cost or expense arising out of the testing for, monitoring of, cleaning up of, removal of, containment of, treatment of, detoxification of, neutralization of, remediation of, disposal of, or any other response to or assessment of, the effects of any of the items in 1.a., b., c. or d. above, from any source whatsoever.

However, this exclusion does not apply to "bodily injury" or "property damage" caused by the ingestion of food.

*0500272KR55050101 00398

© 2000, The Hartford



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM
EDUCATORS LEGAL LIABILITY COVERAGE FORM
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIBRARY ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRINTER'S ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
PRODUCT RECALL EXPENSE COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

**A.** A "Certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism. The criteria contained in the federal Terrorism Risk Insurance Act, as amended (TRIA), for a "certified act of terrorism" includes the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and
2. The act resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and
3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** If aggregate insured losses attributable to terrorist acts certified under TRIA exceeds $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under TRIA, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion and, in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The United States Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of such insured losses that exceeds the applicable insurer deductible. However, if aggregate insured losses attributable to certified terrorist acts exceed $100 billion in a Program Year (January 1 through December 31) the Treasury will not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**D.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the War Exclusion.

© 2008, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SILICA

*0500272KR55050101 00400

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM
EDUCATORS LEGAL LIABILITY COVERAGE FORM
EMPLOYERS LIABILITY AND STOP GAP COVERAGE FORM
ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF TRANSPORTATION

**A.** The following exclusion is added:

This insurance does not apply to:

**Silica**

Any injury, damage, loss, cost or expense, including but not limited to "bodily injury", "property damage" or "personal and advertising injury" arising out of, or relating to, in whole or in part, the "silica hazard".

**B.** The following is added to the **Definitions** Section:

"Silica hazard" means an exposure to, inhalation of or contact with, or threat of exposure to, inhalation of or contact with, the actual or alleged properties of silica or any silica containing materials and includes the mere presence of silica or any silica containing materials in any form.

Silica includes all forms of the compound silicon dioxide, including but not limited to quartz.

© 2004, The Hartford

# COMMERCIAL GENERAL LIABILITY SCHEDULE

**POLICY NUMBER:** 72 UUN KR5505

Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy.

**RATING CLASSIFICATIONS**

*0500272KR55050101 00401

DESCRIPTION OF HAZARDS: PREMISES/OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 001/001 TERR: 003
LOCATION: 2281 E 49TH STREET
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 40,000,000

RATE: 0.2030

ADVANCE PREMIUM: 8,201.00

---

DESCRIPTION OF HAZARDS: PREMISES/OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 002/001 TERR: 003
LOCATION: 4851 S SANT FE
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 436,810

 (CONTINUED ON NEXT PAGE)

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

RATE: 0.2030

ADVANCE PREMIUM: 90.00

---

DESCRIPTION OF HAZARDS: PRODUCTS/COMPLETED OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY
COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 001/001
LOCATION: 2281 E 49TH STREET
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 40,000,000

RATE: 0.2630

ADVANCE PREMIUM: 10,625.00

---

DESCRIPTION OF HAZARDS: PRODUCTS/COMPLETED OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY
COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 002/001
LOCATION: 4851 S SANT FE
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 436,810

RATE: 0.2630

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

ADVANCE PREMIUM: 116.00

TOTAL ADVANCE PREMIUM: 19,032.00

*0500272KR55050101 00402

128

Form HC 12 10 11 85T PAGE 3



# POLICY ADJUSTMENT NOTICE

*0500272KR5505010101 00403

Your enclosed Hartford policy is subject to audit. This policy is being issued on an **estimated** basis for the policy period shown and your final premium will be determined when your coverage period expires. The final audit may result in either a return premium to you or an additional premium due The Hartford.

Your Hartford premium payments are based on the policy estimated premium. When the policy coverage period expires you may receive either a form (Insured's Report of Exposure) asking for pertinent information in relation to this policy or a notice that a company Premium Auditor will audit your records to verify the basis of premium for your insurance policy. You will receive a copy of the audit statement which will reflect the amount of your policy auditable premium.

**If we owe you** a return premium, the Hartford will mail you a check for the **full amount** due you, less any past due amounts, if applicable.

**If you owe us** an additional premium, the **entire amount** will appear as due and payable on your next bill. This bill will also reflect the estimated premium due for the billing period of your renewal policy(s), if any.

If you have any questions regarding the audit statement, please call your insurance agent.

Thank you for doing business with The Hartford.

*0500272KR55050101 00404

# IMPORTANT NOTICE TO POLICYHOLDERS

**EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS, OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION**

**A NEW EXCLUSION HAS BEEN ADDED TO YOUR POLICY. YOU SHOULD REVIEW YOUR POLICY AND CONTACT YOUR HARTFORD AGENT OR BROKER IF YOU HAVE ANY QUESTIONS.**

This endorsement titled "Exclusion – Violation Of Statutes That Govern E-Mails, Fax, Phone Calls, Or Other Methods Of Sending Material Or Information" excludes from coverage any liability for "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate the Telephone Consumer Protection Act (TCPA), the CAN-SPAM Act of 2003 (including any amendment of or addition to such laws), or any other statute, ordinance or regulation that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

This is a reduction in coverage in states where, absent the wording of this endorsement, courts would consider coverage to be provided for violations of the above-mentioned acts or of other similar statutes, regulations or ordinances.

Please contact your agent or broker for further information.

© 2005, The Hartford





## PRODUCER COMPENSATION NOTICE

You can review and obtain information on The Hartford's producer compensation practices at www.TheHartford.com or at 1-800-592-5717.

**EXHIBIT "B"**

# IMPORTANT NOTICE TO CALIFORNIA POLICYHOLDERS
# 2006 COMMERCIAL AUTO MULTISTATE FORMS REVISION

This is a summary of major changes that may be applicable to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

The areas within the policy that broaden, reduce or clarify coverage are highlighted below. This notice does not reference every change, including editorial changes, made in your policy.

*1000272KR55050101 01672

## COVERAGE FORM CHANGES

## BROADENINGS IN COVERAGE

### GARAGEKEEPERS LEGAL LIABILITY CONTRACTUAL OBLIGATIONS EXCLUSION

**CA 00 05 03 06 – Garage Coverage Form**
An exception to the exclusion pertaining to liability resulting from any agreement by which the insured accepts responsibility for loss has been added. This exception indicates that this exclusion does not apply to liability for loss that the insured would have in the absence of the contract or agreement.

**CA 20 11 03 06 Leasing Or Rental Concerns - Exclusion Of Certain Leased Autos**
The application of the exclusion for certain "leased autos", as defined in the endorsement, has been narrowed to apply only to bodily injury or property damage resulting from the acts or omissions of the lessee or rentee, the lessee's or rentee's employees or any person, except for the named insured or the named insured's employees or agents, operating a "leased auto" with the permission of certain individuals.

**CA 25 08 03 06 Personal Injury Liability Coverage - Garages**
**CA 25 14 03 06 Broadened Coverage - Garages**
The Coverage Territory in these endorsements has been broadened with respect to worldwide coverage for personal injury or personal injury and advertising injury offenses that take place through the Internet or similar electronic means of communication.

**CA 99 37 03 06 Garagekeepers Coverage**
**CA 99 59 03 06 Garagekeepers Coverage - Customers' Sound Receiving Equipment**
An exception to the exclusion pertaining to liability resulting from any agreement by which the insured accepts responsibility for loss has been added. This exception indicates that this exclusion does not apply to liability for loss that the insured would have in the absence of the contract or agreement.

**CA 25 36 03 06 - Garage Coverage Form - Other Than Covered Autos Exposure - Total Pollution Exclusion With A Building Heating, Cooling And Dehumidifying Equipment Exception And Hostile Fire Exception**
The exception to the Pollution Exclusion applicable to Garage Operations - Other Than Covered Autos, pertaining to bodily injury sustained within a building and caused by smoke, fumes, vapors or soot from building heating equipment has been expanded to also include water heaters and cooling and dehumidifying equipment.

## REDUCTIONS IN COVERAGE

### EXISTING ENDORSEMENTS

**CA 25 08 03 06 - Personal Injury Liability Coverage - Garages CA 25 14 03 06 - Broadened Coverage - Garages**

© 2009, The Hartford
(Includes copyrighted material of ISO Properties, Inc., with its permission.)



Additional exclusions have been added to these endorsements with respect to personal injury or personal and advertising injury liability arising:

1. Directly or indirectly out of any action or omission that violates or is alleged to violate the Telephone Consumer Protection Act (TCPA) or the CAN-SPAM Act of 2003 (including any amendment of or addition to such laws), or any other statute, ordinance or regulation that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

   This is a reduction in coverage in states where, absent the wording of this exclusion, courts would consider coverage to be provided for violations of the above-mentioned acts or of other similar statutes, regulations or ordinances.

2. Out of any electronic chat room or bulletin board you or any other insured hosts, owns, or over which you or any other insured exercises control.

**CA 25 14 03 06 - Broadened Coverage - Garages**
Additional exclusions have been added to this endorsement with respect to personal and advertising injury liability arising out of the:

1. Unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

2. Infringement of copyright, patent, trademark, secret or other intellectual property rights. This exclusion does not apply to infringement of copyright, trade dress of slogan in your advertisements.

**CA 99 60 03 06 - Audio, Visual And Data Electronic Equipment Coverage**
The deductible amount for this coverage has been raised from $100 to $250. Additionally, the Limit Of Insurance Provision has been revised to reference the amount shown in the Schedule of this endorsement.

## CLARIFICATIONS OR NO IMPACT IN COVERAGE

### EMPLOYEES USING CUSTOMER'S AUTOS AND OTHER NON-OWNED AUTOS

**CA 00 05 03 06 – Garage Coverage Form**
The Who Is An Insured Provision has been revised to expressly provide that employees of the Named Insured are insureds while using covered autos that the named insured does not own, hire or borrow in the named insured's business, such as customer's autos.

### GARAGEKEEPERS LIMIT OF INSURANCE AND DEDUCTIBLE PROVISION

**CA 00 05 03 06 – Garage Coverage Form**
The Garagekeepers section of this coverage form has been revised to more clearly convey the application of the deductibles based on the way they are shown in the Schedule or Declarations.

### REMOVAL OF GARAGE SERVICE RISKS OR DEALER-ONLY PROVISIONS

**CA 00 05 03 06 – Garage Coverage Form**
Previously, auto service risks, such as auto service stations and parking garages, were eligible to be written under the Garage Coverage Form. As a result of the previous removal of the eligibility of auto service risks from the Garage program, the Garage Coverage Form is intended for use with respect to auto and trailer dealers risks only.

As such, references and provisions have been removed that relate to non-dealers and/or auto dealers only, or conditional statements that read, in part, "If your business is shown in the Declarations as an auto dealership..." Additionally, the Liquor Liability Exclusion was removed, as this exclusion was originally intended for other than auto dealer risks.

© 2009, The Hartford
(Includes copyrighted material of ISO Properties, Inc., with its permission.)

**SUPPLEMENTARY PAYMENTS**

**CA 00 05 03 06 – Garage Coverage Form**
The Supplementary Payments Provision has been amended to expressly state that these payments will not reduce the Limit of Insurance.

**WAR EXCLUSION**

**ISO form CA 00 38 – War Exclusion** has been withdrawn as the language has been incorporated directly into the Coverage forms.

We are introducing **HA 99 26 04 06 – War Exclusion**.

*1000272KR55050101 01673

## ENDORSEMENT CHANGES

Your policy may contain one or more of the following forms. **Please review your policy carefully to determine which of the below endorsements apply.**

## HARTFORD INDEPENDENT DECLARATIONS

Commercial Automobile Coverage Part – Declarations Business Auto Coverage Form HA 00 25 03 02 is replaced by HA 00 25 02 04. The only change in the new form is in ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTO, where we have added Medical Expense and Income Loss Benefits which is applicable in Virginia only.

Commercial Automobile Coverage Part – Truckers Coverage Form HA 00 26 03 02 is replaced by HA 00 26 11 02 ITEM TWO – SCHEDULE OF COVERAGES AND COVERED AUTO, is amended to add Medical Expense and Income Loss Benefits applicable to Virginia exposures. WE have also added ITEM SIX – TRAILER INTERCHANGE COVERAGE, and ITEM SEVEN – SCHEDULE FOR GROSS RECEIPTS RATING BASIS – LIABILITY COVERAGE which incorporates the coverages of HA 23 01 and HA 23 02 respectively.

Commercial Auto Coverage Part Declarations – Garage Coverage Form HA 00 37 11 02 is a new form which incorporates the changes of the revised ISO garage program of late 2002. Since non-dealers are no longer insured using the Garage Coverage Form, a new Garage Declarations has been developed which displays only the schedules that pertain to Dealers. HA 00 37 11 02 replaces Garage form HA 00 09, HA 00 10, and HA 00 13 through HA 00 19.

## NEW ENDORSEMENTS

Introducing new endorsement **HA 99 26 04 06 War Exclusion.** Currently ISO form CA 00 38 – War Exclusion amends the exclusion applicable to Garagekeepers, Medical Payments, Personal Injury Protection and Uninsured/Underinsured Motorists endorsements, only the amended Liability exclusion will apply to the 2001 versions of the ISO Commercial Auto Coverage Forms, which we will continue to use. Therefore, we have taken the Liability exclusion form CA 00 38 and developed an independent form.

**CA 25 39 03 06 - Silica Or Silica-Related Dust Exclusion For Other Than Covered Autos Exposure - Garage Coverage Form**
When this endorsement is attached to your policy, coverage is excluded under Garage Operations - Other Than Covered Autos for bodily injury liability arising in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, silica or silica-related dust. In addition, coverage is excluded for property damage liability, and personal injury liability and personal and advertising injury liability, if applicable, arising in whole or in part, out of actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, silica or silica-related dust. Coverage is also excluded for any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, silica or silica-related dust.

© 2009, The Hartford
(Includes copyrighted material of ISO Properties, Inc., with its permission.)



# IMPORTANT NOTICE TO POLICYHOLDERS - PROPERTY CHOICE CHANGES

**PROPERTY CHOICE COVERAGE PART CHANGES**
**PROPERTY CHOICE POLICY CHANGES**

**This renewal policy contains certain modifications of coverage. Compared to your present policy, your renewal may be broader in some areas and more restrictive in others. The brief statements below highlight some of these changes. NO COVERAGE IS PROVIDED BY THIS SUMMARY, NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS IN YOUR POLICY. You should read your policy and review your Property Choice Schedule of Premises and Coverages to determine your rights, duties and what is and is not covered. Please contact your Hartford agent or broker with any questions. If there is any conflict between the policy and the summary, THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

## SUMMARY OF CHANGES

**Section I.** The following changes were made to the **Property Choice Coverage Form:**

**A. Broadened Features:**

1. Walks, roadways, patios or other paved surfaces at Scheduled Premises are now covered.
2. Postage stamps in current usage are now covered.
3. The valuation for Computer Media, Data and Valuable Papers now includes blank prepackaged programs when replaced.

**B. Restrictive Features:**

1. Retaining walls, when not attached to a building, are no longer covered.
2. Live eggs and embryos have been added to Property Not Covered.

**C. Other Changes to Note:**

1. The Additional Coverages Section was removed from the Property Choice Coverage Form and is now located in the Property Choice - Specialized Property Insurance Coverages form that applies to your policy.
2. Any changes to your Additional Coverages, either in Specialized Property Insurance Coverages or the Specialized Property Insurance Coverages Endorsement for your specific industry, are described in this Notice in **Section II.** or **Section III.**, below.

**Section II.** The following changes were made to the Property Choice Additional Coverages, which now can be found in the **Property Choice - Specialized Property Insurance Coverages (SPICE)**:

**A. Broadened Features:**

1. Accounts Receivable coverage now applies at all "Scheduled Premises" while in the due course of Transit or while at Unnamed Premises.

© 2009, The Hartford

2. Brands and Labels limit is now included in the applicable to Business Personal Property – Stock limit where the loss or damage occurred.
3. Business Travel Including Sales Representative Samples coverage now applies the $50,000 limit as an additional limit.
4. Claims Expenses coverage now applies the $50,000 limit as an additional limit.
5. The Limit of Insurance applicable to Debris Removal has been increased from $50,000 to $250,000.
6. Employee Personal Effects now includes personally owned laptops, Personal Digital Assistants and cell phones.
7. Extra Expense coverage is added with a $25,000 limit.
8. The Limit applicable to Newly Acquired Covered Property - Business Personal Property has been increased from $500,000 to $1,000,000 in any one occurrence.
9. The Limit applicable to the Newly Acquired Covered Property – Building has been increased from $1,000,000 to $2,000,000 in any one occurrence.
10. Ordinance or Law coverage has been revised to remove the "lesser of 25% of building value" on coverage for Building property, and the limit applicable to Building property has been increased from $500,000 to $1,000,000.
11. Sewer and Drain Back Up coverage has been added.
12. For Property in Transit, the requirement that Business Personal Property owned by others be in the care, custody or control of the Insured has been deleted. Additionally, the Earthmovement and Flood exclusions do not apply to Transit.
13. The Limits applicable to Building and Business Personal Property coverage at Unnamed Premises are now additional amounts of Insurance.
14. The Limit applicable to Utility Service Interruption for direct physical loss or damage to Covered Property has been increased from $10,000 to $25,000.
15. Water Damage Building Tear Out and Repair coverage now applies to property whether or not such property is damaged.
16. Underground Water Seepage coverage now includes water flowing through septic systems.

**B. Restrictive Features:**

1. The Additional Limit for Debris Removal was increased from $50,000 to $250,000, however, the limit now applies in total for any one occurrence. The limit previously applied at each scheduled premises.
2. Coverage for Newly Acquired Business Personal Property will now expire 60 days after the property is acquired. Previously the coverage expired 180 days after you acquired the property.

**C. Changes to Note:** If a Specialized Property Insurance Coverages form for a specific industry is attached to your policy, the limits for these Additional Coverages may be different and/or other changes may also apply to you. Please consult **Section III. Industry Specific Specialized Property Insurance Coverage Form Changes** for any additional changes to your policy that may apply to you.

## Section III. Industry Specific Specialized Property Insurance Coverage Form Changes

If **Specialized Property Insurance Coverages for Broadcasters** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.** above:

**Broadened Features:**

1. The Limit applicable to Transmission Lines Owned or Leased has been increased from $10,000 to $25,000.
2. The Limit applicable to Tuning Expense has been increased from $5,000 to $25,000.

If **Specialized Property Insurance Coverages for Technology** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.** above:

**Broadened Features:**

1. The Limit of Insurance applicable to Utility Services Interruption – Direct Damage has been increased from $50,000 to $100,000.
2. The Limit of Insurance applicable to Utility Services Interruption – Business Income has been increased from $25,000 to $100,000.
3. The Limit of Insurance applicable to Dependent Property Business Income has been increased from $100,000 to $500,000.

If **Specialized Property Insurance Coverages for Private Schools and Colleges** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.**, above:

**Broadened Feature:**

The Limit of Insurance applicable to Personal Effects of Students has been increased from $2,500 for each student to $5,000.

If **Specialized Property Insurance Coverages for Healthcare Facilities** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.**, above:

**A. Broadened Features:**

1. Utility Services Interruption – Direct Damage coverage is added with a limit of $25,000.
2. Spoilage coverage for Perishable Stock is added with a limit of $10,000.

**B. Restrictive Features:**

1. Consequential Loss coverage has been deleted.
2. Surface water coverage has been deleted.

If **Specialized Property Insurance Coverages for Truck Equipment Industry** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.**, above:

**A. Broadened Features:**

1. The Limit of Insurance applicable to property in Transit has been increased from $100,000 to $250,000.
2. The Limit of Insurance applicable to property at Unnamed Premises has been increased from $100,000 to $250,000.

**B. Restrictive Feature:** The Limit of Insurance applicable to New Construction at Scheduled Premises has been reduced from $2,000,000 to $1,000,000.

If **Specialized Property Insurance Coverages for Financial Services** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.**, above:

**Broadened Features:**

1. Limit of Insurance applicable to Employee Personal Effects has been increased from $5,000 to $25,000 for any one employee.
2. Limit of Insurance applicable to Outdoor Signs has been increased from $25,000 to $50,000.
3. Limit of Insurance for Valuable Papers has been increased from $100,000 to $250,000.

If **Specialized Property Insurance Coverages for Telecommunications** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.**, above.

**Broadened Features:**

1. Coverage for Mobile Equipment is added with a $25,000 limit.

*1000272KR55050101 01675

2. Coverage for Recalibration Due to Satellite Signal Interruption is added with a $10,000 limit.
3. Coverage for Transmission Lines Owned or Leased is added with a $25,000 limit.
4. Coverage for Tuning Expense is added with a $25,000 limit.
5. The Limit of Insurance applicable to Business Income coverage for Dependent Properties has been increased from $100,000 to $250,000.

If **Specialized Property Insurance Coverages for Life Science Industry** is attached to the policy, then the following applies in addition to any applicable changes to Additional Coverages as described in **Section II.**, above:

**Broadened Features:**

1. Prototypes coverage is extended to apply while in Transit and at Unnamed Premises.
2. Research Animals coverage is extended to apply while in Transit and at Unnamed Premises.
3. Coverage for Spoilage of Perishable Stock is added with a $25,000 limit.
4. Coverage for Condemnation of Undamaged Stock is added.
5. The Limit of Insurance applicable to Business Income coverage for Dependent Properties has been increased from $250,000 to $500,000.

## Section IV. Property Choice Business Interruption Form Changes

The following changes apply to you if one of these forms is attached to your policy:

**Property Choice – Special Business Income Coverage Form**
**Property Choice – Business Income Coverage Form**
**Property Choice – Professional Business Income Coverage Form**
**Property Choice - 12 Month Business Income Coverage Form**

A. **Broadened Features:**
   1. Royalties are now included in the definition of Net Income.
   2. The Waiting Period is the only deductible that apples to Business Income.
B. **Other Changes to Note:** Business Income - Additional Coverages have been removed from the Business Income Coverage Forms and relocated in the following new forms:

   **Property Choice Special Business Income - Additional Coverages**
   **Property Choice Business Income – Additional Coverages**
   **Property Choice Professional Business Income – Additional Coverages**
   **Property Choice 12 Month Business Income – Additional Coverages**.

If the **Property Choice Extra Expense Coverage Form** is attached to your policy, then the following applies:

Property Choice Extra Expense – Additional Coverages have been removed from the Property Choice Extra Expense Coverage Form and can now be found in **Property Choice Extra Expense – Additional Coverages**.

If the **Property Choice Rental Income Coverage Form** is attached to your policy, then the following applies:

A. **Broadened Features:** The Waiting Period is the only deductible that apples to Business Income.
B. **Other Changes to Note:** Property Choice Rental Income – Additional Coverages have been removed from the Property Choice Rental Income Coverage Form and can now be found in **Property Choice Rental Income – Additional Coverages**.

**Section V.** The following changes were made to the Property Choice Business Interruption Additional Coverages, which now can be found in **Property Choice - Business Interruption Additional Coverage forms**.
If one of the following forms is attached to your policy, then the following applies:

**Property Choice Special Business Income – Additional Coverages**
**Property Choice Business Income – Additional Coverages**
**Property Choice Professional Business Income – Additional Coverages**
**Property Choice 12 Month Business Income – Additional Coverages**
**Property Choice Rental Income – Additional Coverages**
**Property Choice Extra Expense – Additional Coverages**

**Broadened Features:**

1. Ingress and Egress coverage is added with a $50,000 limit.
2. Transit coverage has been amended to remove the requirement that Business Personal Property owned by others has to be in the care, custody or control of the Insured. This change does not apply to the Property Choice Rental Income – Additional Coverages. Rental Income does not provide transit coverage.
3. Utility Services Interruption coverage now includes Communication Services, and the applicable Limit of Insurance has been increased from $10,000 to $25,000.

**Section VI.** The following changes were made to **Property Choice – Covered Causes of Loss and Exclusions**:

**A. Broadened Features:**

The Utility Services Interruption Exclusion does not apply to coverage provided by Website and Internet Services Additional Coverage.

**B. Restrictive Features:**

1. Sewer Backup is now excluded, except as granted in the Specialized Property Insurance Coverages form that applies to you.
2. An exclusion for Voluntary Parting of property has been added.

**Section VII.** If the **Causes of Loss – Flood** endorsement is attached to your policy, then the following changes apply:

**A. Broadened Feature:**

Drain backup is added as a Covered Cause of Loss subject to the conditions stated in the form.

**B. Restrictive Features:**

1. Pilings are not covered.
2. Property that is ineligible for flood coverage under the Coastal Barrier Act is not covered.

**Section VIII.** The following change was made to **Property Choice – Conditions and Definitions:**

**Broadened Feature:**

The definition of Computer Equipment has been revised to include laptops and Personal Digital Assistants.

*1000272KR55050101 01676

# Direct Bill Information

**You will soon receive your first bill from The Hartford. Please do not make any payment until you receive your bill.**

---

Your insurance policy is in force as of the effective date shown on the policy. (If you do not wish to continue your coverage with The Hartford, you must contact your Hartford agent or broker immediately. In addition, you must either return your policy to The Hartford or submit to The Hartford a signed "Lost Policy Release" form, which you can obtain from your agent or broker.)

---

**Here's how you will be billed:**

- Your total premium is displayed on the front of your policy. You will be billed according to the payment plan under which you are enrolled.
- Please pay the exact amount of the "minimum due" shown on your bill or you may choose to pay your total premium in full. Please note that a nominal service fee is added to each billing installment. To save on service fees, you may prepay future installments if you wish. To avoid late payment fees, please pay the "minimum due" so that it is received by the due date shown on your bill. Service and late payment fees do not apply in all states.
- If you are on the installment billing plan and a credit or additional premium is due as the result of a change made to your policy, the credit or additional premium will be spread equally over the future billing installments.
- For your convenience, more than one policy may be combined on a single monthly bill. This means you can add eligible policies to your billing account at any time.

*If you have any questions about your bill, please call The Hartford's Customer Service toll-free number 1-866-467-8730.*

**Options for Making a Payment:**

- ***Repetitive EFT*** — **Want a fast and easy way to make your scheduled payments to The Hartford?** Then sign up for Electronic Funds Transfer (EFT) and save*. By having your payments automatically deducted from your bank account, you don't have to write and mail a check or worry about your payment being received on time. To learn more about EFT and to sign up today for this time saving service:
  - Call customer service, toll-free at 1-866-467-8730
  - Press 2 for "Payment or Billing Account Information"
  - Say "I'm a Policyholder"
  - Say "EFT"
- ***Pay by Phone*** — Call toll-free at 1-866-467-8730 to make a one-time payment.
- ***Mail Check*** — Send in a check with your remittance stub in the envelope enclosed with your bill.

*EFT savings not applicable in LA, MT, TX, VA, & WA

*1000272KR55050101 01677

Form 100722 8th Rev. Printed in U.S.A.



CALIFORNIA INSURANCE IDENTIFICATION CARD

COMPANY NUMBER COMPANY COMMERCIAL AUTO POLICY

34690 PROPERTY AND CASUALTY INS CO OF HARTFORD

HARTFORD PLAZA, HARTFORD, CT 06115

POLICY NUMBER EFFECTIVE DATE EXPIRATION DATE

72 UUN KR5505 10/07/10 10/07/11

YEAR MAKE/MODEL VEHICLE IDENTIFICATION NUMBER

10 FORD E150 1FTNE1EW3ADA07724

AGENCY/COMPANY ISSUING CARD

258139 PACIFIC UNIFIED INSURANCE AGCY INC

LAWNDALE CA 90260 310 370-5000

POLICY COMPLIES WITH SECTION 16056 OR 16500.5 OF THE CALIFORNIA VEHICLE CODE

INSURED **BLUPRINT CLOTHING CORP.**

4851 S SANTA FE AVE C/O M LEE
LOS ANGELES CA 90058

SEQ NO 00001 SEE IMPORTANT NOTICE ON REVERSE SIDE

*1001272KR55050101 01678

**INSTRUCTIONS FOR REMOVING THIS ID CARD. CUT ALONG THE DOTTED LINE WITH A PAIR OF SCISSORS.**

## AUTOMOBILE INSURANCE IDENTIFICATION CARDS

Your automobile insurance identification card(s) for the vehicle indicated are contained in this sheet.

LOOK AT THE CARDS CAREFULLY. Compare the information shown on them to that on the vehicle's registration. If the information does not agree, contact your Hartford insurance representative immediately so that the necessary corrections can be made. If these are renewal cards, keep them in a safe place until they take effect. Destroy the old cards only after the new ones are in force.

CALIFORNIA INSURANCE IDENTIFICATION CARD

COMPANY NUMBER COMPANY COMMERCIAL AUTO POLICY

34690 PROPERTY AND CASUALTY INS CO OF HARTFORD

HARTFORD PLAZA, HARTFORD, CT 06115

POLICY NUMBER EFFECTIVE DATE EXPIRATION DATE

72 UUN KR5505 10/07/10 10/07/11

YEAR MAKE/MODEL VEHICLE IDENTIFICATION NUMBER

10 FORD E150 1FTNE1EW3ADA07724

AGENCY/COMPANY ISSUING CARD

258139 PACIFIC UNIFIED INSURANCE AGCY INC

LAWNDALE CA 90260 310 370-5000

POLICY COMPLIES WITH SECTION 16056 OR 16500.5 OF THE CALIFORNIA VEHICLE CODE

INSURED **BLUPRINT CLOTHING CORP.**

4851 S SANTA FE AVE C/O M LEE
LOS ANGELES CA 90058

SEQ NO 00001 SEE IMPORTANT NOTICE ON REVERSE SIDE

THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible.

Obtain the following information:

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved.

Form CAF-4257-0 (Ed. 1-95) ACORD 50 (1/83) ©ACORD CORPORATION 1982

**ATTENTION**
**YOUR AUTO ID CARDS**
**ARE PRINTED ON THE**
**OTHER SIDE OF THIS SHEET.**

THIS CARD MUST BE KEPT IN THE INSURED
VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent/Company as soon as possible.

Obtain the following information:

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved.

Form CAF-4257-0 (Ed. 1-95) ACORD 50 (1/83) ©ACORD CORPORATION 1982

# Special Multi-Flex
## POLICY
From The Hartford



This SPECIAL MULTI-FLEX POLICY is provided by the stock insurance company(s) of The Hartford Insurance Group, shown below.

# COMMON POLICY DECLARATIONS

THE HARTFORD

POLICY NUMBER: 72 UUN KR5505 DE
RENEWAL OF: 72 UUN KR5505

Named Insured and Mailing Address: (No., Street, Town, State, Zip Code)

**BLUPRINT CLOTHING CORP.**

**4851 S SANTA FE AVE C/O M LEE**
**LOS ANGELES , CA 90058**
**(LOS ANGELES COUNTY)**

Policy Period: From 10/07/10 To 10/07/11

12:01 A.M., Standard time at your mailing address shown above.

In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy. The Coverage Parts that are a part of this policy are listed below. The Advance Premium shown may be subject to adjustment.

**Total Advance Premium:** $28,730.00

**Coverage Part and Insurance Company Summary** **Advance Premium**

IN RECOGNITION OF THE MULTIPLE COVERAGES INSURED WITH THE HARTFORD, YOUR POLICY PREMIUM INCLUDES AN ACCOUNT CREDIT.

PROPERTY CHOICE
HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115 $ 9,445.00

LISTING OF ADDITIONAL COVERAGE PARTS CONTINUED ON THE FOLLOWING PAGE.

**Form Numbers of Coverage Parts, Forms and Endorsements that are a part of this policy and that are not listed in the Coverage Parts.**

HM0001 HM00100107SD4 IL00171198 IH09850108 IH99400409 IH99410409
IL00210908 IL02700908 PC00010109 HA00250204 HC00100798

Agent/Broker Name: **PACIFIC UNIFIED INSURANCE AGCY INC**

Countersigned by (Where required by law) ______________________ Authorized Representative Date

*0500272KR55050101 01679

**COMMON POLICY DECLARATIONS (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

ADDITIONAL COVERAGE PARTS (CONTINUED)

| COVERAGE PART AND INSURANCE COMPANY SUMMARY | ADVANCE PREMIUM |
|---|---|
| COMMERCIAL AUTO<br>PROPERTY AND CASUALTY INS CO OF HARTFORD<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 | $ 2,210.00 |
| COMMERCIAL GENERAL LIABILITY<br>HARTFORD FIRE INSURANCE COMPANY<br>HARTFORD PLAZA<br>HARTFORD, CONNECTICUT 06115 | $17,075.00 |

COMMON POLICY DECLARATIONS (CONTINUED)

POLICY NUMBER: 72 UUN KR5505

SUPPLEMENTAL DECLARATIONS:

**A service fee of $ 7.00 is charged for each installment when your premium is paid in installments. The service fee is $ 0.00 per withdrawal when you select an electronic funds transfer payment plan. The service fee will be added to the premium amount shown on your premium billing statement.**

*0500272KR55050101 01680

*0500272KR55050101 01681

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

 Copyright, Insurance Services Office, Inc., 1998

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Our President and Secretary have signed this policy. Where required by law, the Declarations page has also been countersigned by our duly authorized representative.

Donald C. Hunt, Secretary

Juan Andrade, President

POLICY NUMBER: 72 UUN KR5505

*0500272KR55050101 01682

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**TERRORISM PREMIUM (CERTIFIED ACTS)**

| Coverage: | Premium (if Covered): | |
|---|---|---|
| PROPERTY | $ | 274.00 |
| GENERAL LIABILITY | $ | 171.00 |
| TOTAL | $ | 445.00 |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended (TRIA), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for certified acts of terrorism under TRIA. The portion of your premium attributable to such coverage is shown above in this endorsement.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Department of the Treasury will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of such insured losses that exceeds the applicable insurer deductible. However, if aggregate insured losses attributable to certified acts of terrorism under TRIA exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to certified acts of terrorism under TRIA, exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under TRIA, we shall not be liable for the payment of any portion of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. All other terms and conditions remain the same.**

© 2008, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)



# U.S. DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by the United States. **Please read this Notice carefully.**

The Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury administers and enforces economic and trade sanctions based on U.S. foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States. OFAC acts under Presidential national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze assets under U.S. jurisdiction. OFAC publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries. It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific. Collectively, such individuals and companies are called "Specially Designated Nationals and Blocked Persons" or "SDNs". Their assets are blocked and U.S. persons are generally prohibited from dealing with them. This list can be located on OFAC's web site at – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is an SDN, as identified by OFAC, the policy is a blocked contract and all dealings with it must involve OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC.



**Named Insured:** BLUPRINT CLOTHING CORP.

**Policy Number:** 72 UUN KR5505

**Effective Date:** 10/07/10 **Expiration Date:** 10/07/11

**Company Name:** PACIFIC UNIFIED INSURANCE AGCY INC

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims.

All other terms and conditions remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

*0500272KR5505010101685

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

*0500272KR55050101 01686

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less:**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© ISO Properties, Inc., 2007

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3. a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

**(3)** Farm Coverage Part - Causes of Loss Form - Farm Property, Paragraph **D.** Covered Causes of Loss - Special.

© ISO Properties, Inc., 2007

*0500272KR55050101 01687

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Capital Assets Program (Output Policy) Coverage Part

Commercial Property Coverage Part

Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form.

**a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below:

**b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

**(3)** Farm Coverage Part - Causes Of Loss Form - Farm Property, Paragraph **D.** Covered Causes Of Loss - Special.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

 © ISO Properties, Inc., 2007

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions of risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© ISO Properties, Inc., 2007

*0500272KR55050101 01688

# QUICK REFERENCE

## PROPERTY CHOICE COVERAGE PART

### Property Choice Conditions and Definitions

A. General Conditions
   1. Abandonment
   2. Application of Waiting Period
   3. Appraisal
   4. Claim Settlement
   5. Concealment, Misrepresentation or Fraud
   6. Control of Property
   7. Coverage Territory
   8. Equipment Breakdown - Suspension
   9. Equipment Breakdown - Inspection
   10. If Two or More Coverages Apply
   11. Legal Action Against Us
   12. Liberalization
   13. Loss Payee - Standard
   14. Mortgageholders and Lender Loss Payees
   15. No Benefit to Bailee
   16. Other Insurance
   17. Policy Period
   18. Recovered Property
   19. Transfer of Rights (Subrogation)

B. General Duties in Event of Loss
   1. Your Duties
      a. Notify Police
      b. Notify Us
      c. Protect Property
      d. Take Inventory
      e. Permit us to Inspect Property, Books
      f. Proof of Loss
      g. Cooperate
      h. Resumption of Business
   2. Our Right - Examine You Under Oath

C. General Definitions
   1. Building Glass
   2. Computer Equipment
   3. Computer Media and Data
   4. Fungus
   5. Money
   6. Policy Year
   7. Pollutants and Contaminants
   8. Scheduled Premises
   9. Securities
   10. Sinkhole Collapse
   11. Specified Causes of Loss
   12. Sprinkler Leakage
   13. Stock
   14. Tenant Improvements and Betterments
   15. Theft
   16. Valuable Papers
   17. Volcanic Action

### Property Choice Coverage Form

A. Coverage
   1. Covered Property Definitions
      a. Building
      b. Business Personal Property
   2. Property Not Covered
   3. Covered Causes of Loss - See separate form

B. Exclusions - See separate form

C. Limits of Insurance

D. Deductible

E. Loss Payment and Valuation Conditions
   1. Replacement Cost
   2. Actual Cash Value
   3. Specific Property Valuations
      a. Accounts Receivable
      b. Animals
      c. Building Glass
      d. Computer Media and Data and Valuable Papers
      e. Fine Arts
      f. Party Wall
      g. Property of Others
      h. Stock
      i. Tenant Improvements and Betterments

j. Transit

k. Vehicles

4. Value Enhancements

a. Architect and Engineering Fees

b. Customs Duty, Sales Tax

c. Extended Warranties

**Property Choice - Specialized Property Insurance Coverages**

Section A. Additional Coverages

1. Accounts Receivable
2. Brands and Labels
3. Building Glass Repairs
4. Business Travel Including Sales Representative Samples
5. Claim Expenses
6. Contract Penalties
7. Debris Removal
8. Electronic Vandalism
9. Employee Personal Effects
10. Errors in Description
11. Exhibitions
12. Expediting Expenses
13. Extra Expense
14. Fine Arts
15. Fire Department Service Charge
16. Fire Device Recharge
17. Fungus, Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage
18. Inflation Guard
19. Installment or Deferred Sales
20. New Construction at Scheduled Premises
21. Newly Acquired Property
22. Non-Owned Detached Trailers
23. Ordinance or Law
24. Outdoor Trees, Shrubs, Sod, Plants and Lawns
25. Pairs or Sets
26. Pollutants and Contaminants Clean Up
27. Preservation of Property
28. Rewards
29. Sewer and Drain Backup
30. Transit
31. Transition to Replacement Premises
32. Unnamed Premises
33. Utility Service Interruption
34. Water Damage Building Tear Out and Repair
35. Water Seepage
36. Windblown Debris

Section B. - Combined Additional Protection

Section C. - Tenant Lease Coverage

**Property Choice - Covered Causes of Loss and Exclusions Form**

A. General Exclusion

B. Specific Exclusions

1. Accounting Errors
2. Animals
3. Change of Temperature, Dampness, Dryness
4. Collapse
5. Delay, Loss of Use or Loss of Market
6. Dishonest Acts
7. Docks, Piers, Wharves
8. Earthmovement
9. Flood, Water, and Water Under the Ground
10. Fungus, Wet Rot, Dry Rot, Bacteria or Virus
11. Governmental Action
12. Missing Property
13. Neglect to Protect Property
14. Nesting or Infestation
15. Nuclear Hazard
16. Ordinance or Law
17. Pollutants and Contaminants
18. Programming Errors and Computer Deficiency
19. Rain, Snow, Ice, Sleet to Property in the Open
20. Settling, Cracking to Buildings or Structures
21. Smoke (Agricultural or Industrial)
22. Testing
23. Theft of Laptops as Checked Baggage
24. Unauthorized Transfer of Property
25. Unauthorized Viewing, Copying of Computer Media and Data

26. Utility Services Interruption
27. Voluntary Parting
28. War, Military Action
29. Workmanship
30. Other Exclusions

C. Theft Limitations to Specific Property

D. Additional Coverage – Equipment Breakdown

*0500272KR55050101 01689

# PROPERTY CHOICE
# COVERAGE PART - DECLARATIONS

**POLICY NUMBER:** 72 UUN KR5505

**This PROPERTY CHOICE COVERAGE PART consists of:**

**A. This Declarations;**
**B. Property Choice Schedule of Premises and Coverages;**
**C. Property Choice Conditions and Definitions;**
**D. Property Choice Coverage Form;**
**E. Property Choice Specialized Property Insurance Coverages;**
**F. Property Choice Covered Causes of Loss and Exclusions Form; and**
**G. Any other Coverage Forms, Conditions Forms, Endorsements and Schedules issued to be a part of this Coverage Part and listed below.**

*0500272KR55050101 01690

Various provisions in this Coverage Part restrict coverage. Read the entire Coverage Part carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Part the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Definitions found in the Property Choice Conditions and Definitions (Form Number PC 00 90).

**ADVANCE PREMIUM:** $9,445.00

**AUDIT PERIOD:**

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Property Choice Declarations" or the "Common Policy Declarations".

All Schedules listed on this Declarations are part of this Declarations.

Form Numbers of Coverage Forms, Endorsements, and Schedules that are a part of this Coverage Part:

PC00910109 PC00020109T PC26010109 PC20230109 PC00900109 PC26020109
IH09400108 PC00100109 PC00200109 PC00300109 PC10100109 PC30041104
PC30600699 PC31040310

# PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES

**POLICY NUMBER:** 72 UUN KR5505

*0500272KR55050101 01691

COVERAGE AND LIMITS OF INSURANCE

INSURANCE APPLIES ON A BLANKET BASIS ONLY TO A COVERAGE FOR WHICH A LIMIT OF INSURANCE IS SHOWN BELOW IN THE BLANKET DESCRIPTION OF COVERAGE OR PROPERTY. THE MAXIMUM WE WILL PAY FOR LOSS OR DAMAGE IN ANY ONE OCCURRENCE IS THE SMALLEST APPLICABLE LIMIT OF INSURANCE SHOWN IN THE DECLARATIONS, SCHEDULES, OR ENDORSEMENT(S).

BLANKET DESCRIPTION OF COVERAGE OR PROPERTY

FOR INSURANCE THAT APPLIES TO A SPECIFIC INSURED PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

| | LIMIT(S) OF INSURANCE IN ANY ONE OCCURRENCE |
|---|---|
| BUSINESS PERSONAL PROPERTY | $1,000,000 |

VALUATION PROVISION:

REPLACEMENT COST (SUBJECT TO LIMITATIONS) APPLIES TO THE TYPES OF COVERED PROPERTY INSURED UNDER THIS POLICY. FOR VALUATION THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

PROPERTY CHOICE - BUSINESS INTERRUPTION - BLANKET DESCRIPTION OF COVERAGE

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

| | LIMITS OF INSURANCE IN ANY ONE OCCURRENCE |
|---|---|
| SPECIAL BUSINESS INCOME: ORDINARY PAYROLL IS INCLUDED | $4,000,000 |

COINSURANCE PROVISION:

COINSURANCE DOES NOT APPLY TO THE COVERAGES SHOWN ON THIS POLICY.

 (CONTINUED ON NEXT PAGE)

**POLICY NUMBER:** 72 UUN KR5505

CAUSES OF LOSS - ADDITIONAL COVERAGE - EQUIPMENT BREAKDOWN

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

THE MOST WE WILL PAY IN ANY ONE EQUIPMENT BREAKDOWN ACCIDENT TO EQUIPMENT BREAKDOWN PROPERTY IS THE LESSER OF THE APPLICABLE BUILDING, BUSINESS PERSONAL PROPERTY AND BUSINESS INTERRUPTION LIMITS OF INSURANCE OR $100,000,000.

COVERAGE EXTENSIONS: THE FOLLOWING COVERAGE EXTENSIONS LIMITS OF INSURANCE ARE INCLUDED IN THE CAUSES OF LOSS - ADDITIONAL COVERAGE - EQUIPMENT BREAKDOWN AND APPLY IN ANY ONE EQUIPMENT BREAKDOWN ACCIDENT TO EQUIPMENT BREAKDOWN PROPERTY.

| | LIMITS OF INSURANCE |
|---|---|
| CFC REFRIGERANTS: | INCLUDED IN THE LIMIT OF INSURANCE APPLICABLE TO EQUIPMENT BREAKDOWN |
| HAZARDOUS SUBSTANCES: | $100,000 |
| SPOILAGE: | $100,000 |
| EXPEDITING EXPENSES: | $100,000 |

DEDUCTIBLES

FOR DEDUCTIBLES THAT APPLY TO A SPECIFIC PREMISES SEE: PROPERTY CHOICE - SCHEDULED PREMISES.

THE FOLLOWING DEDUCTIBLE(S) SHALL APPLY TO LOSS OR DAMAGE:

| | |
|---|---|
| BY COVERED LOSS, IN ANY ONE OCCURRENCE: | $1,000 |

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)**

**POLICY NUMBER:** 72 UUN KR5505

PROPERTY CHOICE - SCHEDULED PREMISES

THE FOLLOWING LIMITS OF INSURANCE APPLY IN ANY ONE OCCURRENCE UNLESS OTHERWISE STATED.

* * * * * * * * * * * * * * *

PREMISES NO. 1

ADDRESS:

2281 E 49TH ST
VERNON, CA 90058
LOS ANGELES COUNTY

| DESCRIPTION OF COVERAGE OR PROPERTY | LIMIT OF INSURANCE |
| --- | --- |
| BUSINESS PERSONAL PROPERTY (INCLUDING STOCK): | INCLUDED IN BLANKET BUSINESS PERSONAL PROPERTY LIMIT |

| PROPERTY CHOICE - BUSINESS INTERRUPTION | LIMIT OF INSURANCE |
| --- | --- |
| SPECIAL BUSINESS INCOME: | INCLUDED IN BLANKET SPECIAL BUSINESS INCOME LIMIT |
| ORDINARY PAYROLL IS INCLUDED | |

* * * * * * * * * * * * * * *

PREMISES NO. 2

ADDRESS:

4851 S SANTE FE AVE
VERNON, CA 90058
LOS ANGELES COUNTY

*0500272KR5505010101 01692

 (CONTINUED ON NEXT PAGE)

**POLICY NUMBER:** 72 UUN KR5505

PREMISES 2 CONTINUED

| DESCRIPTION OF COVERAGE OR PROPERTY | LIMIT OF INSURANCE |
|---|---|
| BUSINESS PERSONAL PROPERTY (INCLUDING STOCK): | INCLUDED IN BLANKET BUSINESS PERSONAL PROPERTY LIMIT |

| PROPERTY CHOICE - BUSINESS INTERRUPTION | LIMIT OF INSURANCE |
|---|---|
| SPECIAL BUSINESS INCOME: | INCLUDED IN BLANKET SPECIAL BUSINESS INCOME LIMIT |
| ORDINARY PAYROLL IS INCLUDED | |

MORTGAGE HOLDER(S):

FIRST: WELLS FARGO TRADE CAPITAL
333 S GRAND AVE S-4150
LOS ANGELES, CA 90071

* * * * * * * * * * * * * * *

PREMISES NO. 3

ADDRESS:

5500 BANDINI BLVD
BELL, CA 90201
LOS ANGELES COUNTY

| DESCRIPTION OF COVERAGE OR PROPERTY | LIMIT OF INSURANCE |
|---|---|
| BUSINESS PERSONAL PROPERTY (INCLUDING STOCK): | INCLUDED IN BLANKET BUSINESS PERSONAL PROPERTY LIMIT |

 (CONTINUED ON NEXT PAGE)

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)**

**POLICY NUMBER:** 72 UUN KR5505

PREMISES 3 CONTINUED

| PROPERTY CHOICE - BUSINESS INTERRUPTION | LIMIT OF INSURANCE |
| --- | --- |
| SPECIAL BUSINESS INCOME: | INCLUDED IN BLANKET SPECIAL BUSINESS INCOME LIMIT |
| ORDINARY PAYROLL IS INCLUDED | |

*0500272KR55050101 01693

*0500272KR55050101 01694

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROPERTY CHOICE - SPECIALIZED PROPERTY INSURANCE COVERAGES

**SUMMARY of COVERAGE LIMITS and INDEX**

This is a summary of the limits of insurance and coverages provided by this endorsement.
No coverage is provided by this **SUMMARY of COVERAGE LIMITS and INDEX**.

| Item No. | PROPERTY CHOICE COVERAGE FORM SECTION A. - ADDITIONAL COVERAGES | LIMIT OF INSURANCE (Apply in any one occurrence unless otherwise noted) | PAGE No. |
|---|---|---|---|
| 1. | ACCOUNTS RECEIVABLE: | $250,000 at all "Scheduled Premises"; while in the due course of Transit; or while at Unnamed Premises. | 3 |
| 2. | BRANDS AND LABELS: | Included in the Limit of Insurance applicable to Business Personal Property – Stock. | 3 |
| 3. | BUILDING GLASS REPAIRS: | Included in the Building Limit of Insurance. | 3 |
| 4. | BUSINESS TRAVEL INCLUDING SALES REPRESENTATIVE SAMPLES: | $50,000. | 3 |
| 5. | CLAIM EXPENSES: | $50,000. | 3 |
| 6. | CONTRACT PENALTIES: | $50,000. | 4 |
| 7. | DEBRIS REMOVAL - (ADDITIONAL AMOUNT): | $250,000. | 4 |
| 8. | ELECTRONIC VANDALISM: | Included in the Limit of Insurance applicable to Business Personal Property. | 4 |
| 9. | EMPLOYEE PERSONAL EFFECTS: | $50,000. | 4 |
| 10. | ERRORS IN DESCRIPTION: | See provision. | 5 |
| 11. | EXHIBITIONS: | $50,000. At Any One Exhibition. | 5 |
| 12. | EXPEDITING EXPENSE: | $50,000. | 5 |
| 13. | EXTRA EXPENSE: | $25,000. | 5 |
| 14. | FINE ARTS: | $50,000. | 5 |
| 15. | FIRE DEPARTMENT SERVICE CHARGE: | $50,000. | 5 |
| 16. | FIRE DEVICE RECHARGE: | $50,000. | 5 |
| 17. | FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS – LIMITED COVERAGE: | $50,000. At Each Premises In Any One "Policy Year". | 6 |
| 18. | INFLATION GUARD: | Consumer Price Index up to 8%. | 6 |
| 19. | INSTALLMENT OR DEFERRED SALES: | Up to $50,000. | 6 |
| 20. | NEW CONSTRUCTION AT SCHEDULED PREMISES: | $1,000,000. | 7 |
| 21. | NEWLY ACQUIRED PROPERTY: BUILDINGS: | $2,000,000. | 7 |
| | NEWLY ACQUIRED PROPERTY: BUSINESS PERSONAL PROPERTY: | $1,000,000. | 7 |
| 22. | NON OWNED DETACHED TRAILERS: | $50,000. | 7 |

© 2009, The Hartford

| | | | |
|---|---|---|---|
| 23. | ORDINANCE OR LAW COVERAGE (VALUE OF THE UNDAMAGED BUILDING): | Included in the Limit of Insurance Applicable to Building. | 7 |
| | ORDINANCE OR LAW COVERAGE (DEMOLITION & INCREASED COST OF CONSTRUCTION): | $1,000,000. | 8 |
| 24. | OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS: | $50,000. | 9 |
| 25. | PAIRS AND SETS: | Included in the Limit of Insurance applicable to Business Personal Property – Stock. | 9 |
| 26. | POLLUTANTS AND CONTAMINANTS CLEANUP: | $50,000. at each "Scheduled Premises" in any one "Policy Year". | 9 |
| 27. | PRESERVATION OF PROPERTY: | 180 days. | 9 |
| 28. | REWARD COVERAGE: | $50,000. | 9 |
| 29. | SEWER AND DRAIN BACKUP: | Included in the Limit of Insurance. | 9 |
| 30. | TRANSIT: | $50,000. | 10 |
| 31. | TRANSITION TO REPLACEMENT PREMISES: | Included within the Limit of Insurance applicable to the Covered Property that is Moved. | 10 |
| 32. | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUILDINGS: | $100,000. | 10 |
| | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUSINESS PERSONAL PROPERTY: | $50,000. | 11 |
| | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUSINESS PERSONAL PROPERTY - INSTALLATION: | $25,000. At Any One Installation. | 11 |
| 33. | UTILITY SERVICE INTERRUPTION: | $25,000. | 11 |
| 34. | WATER DAMAGE BUILDING TEAR OUT AND REPAIR: | Included. | 11 |
| 35. | WATER SEEPAGE: | $25,000. | 12 |
| 36. | WIND BLOWN DEBRIS: | $2,500. | 12 |
| | | | |
| | SECTION B. - COMBINED ADDITIONAL PROTECTION: | Up to $250,000. | 12 |
| | | | |
| | SECTION C. - TENANT LEASE COVERAGES: | | 12 |
| 1. | BUILDING GLASS: | Included in Business Personal Property Limit. | |
| 2. | LEASE ASSESSMENT: | $2,500. | |
| 3. | LEASEHOLD IMPROVEMENTS: | $25,000. | |
| 4. | MISCELLANEOUS INTERIOR BUILDING PROPERTY: | $25,000. | |
| 5. | THEFT DAMAGE: | Included in Business Personal Property Limit. | |
| 6. | LEGAL LIABILITY – BUILDING COVERAGE FORM (PC 00 30) ATTACHES TO AND FORMS PART OF THIS POLICY<br>LEGAL LIABILITY – BUILDING LIMIT OF INSURANCE: | $25,000 in any one accident. | |

For Insurance that applies to a Specific Scheduled Premises see: Property Choice – Scheduled Premises

*0500272KR55050101 01695

**SECTION A. - ADDITIONAL COVERAGES**

The following Additional Coverages are added to the Property Choice Coverage Form unless otherwise indicated in the Property Choice Schedule of Premises and Coverages or by endorsement to this policy:

1. **ACCOUNTS RECEIVABLE**

   **Coverage:** We will pay for loss or damage caused by or resulting from a Covered Cause of Loss to your records of Accounts Receivable. Accounts Receivable, means all amounts due from your customers that you are unable to collect; due to a covered loss or damage to inscribed, printed, written or electronic records of accounts receivable. We will also pay for:

   a. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   b. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   c. Other reasonable expenses that you incur to re-establish your records of accounts receivable.

   **Limit of Insurance:** The most we will pay for loss or damage to records of Accounts Receivable in any one occurrence is $250,000 at all "Scheduled Premises"; while in the due course of Transit; or while at Unnamed Premises. This is an additional amount of Insurance.

2. **BRANDS AND LABELS**

   **Coverage:** In the event of covered loss or damage to "Stock", and "Stock" is Covered Property that is branded or labeled, we will take all or part of the damaged "stock" at an agreed or appraised value. This will include:

   a. Expenses incurred to:

      (1) Stamp salvage on the "Stock" or its containers, if the stamp will not physically damage the merchandise; or

      (2) Remove the brands or labels, if doing so will not physically damage the "Stock". You must relabel the "Stock" and its containers to comply with the law.

   b. Any reduction in the salvage value of the damaged "Stock" as the result of the removal of the brand or label.

   **Limit of Insurance:** The most we will pay under this Additional Coverage – Brands and Labels in any one occurrence is the limit of insurance applicable to Business Personal Property - "stock" where the loss or damage occurred.

3. **"BUILDING GLASS" REPAIRS**

   **Coverage:** In the event of covered loss or damage to "Building Glass", we will pay in any one occurrence your expenses to:

   a. Install temporary plates or board up openings if repair or replacement of damaged "Building Glass" is delayed.

   b. Make necessary repairs or replace the frames immediately encasing the damaged "Building Glass".

   **Limit of Insurance:** This Additional Coverage is included within the Limit of Insurance applicable to Building(s) where the loss or damage occurred.

4. **BUSINESS TRAVEL INCLUDING SALES REPRESENTATIVE SAMPLES**

   **Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for loss or damage by a covered cause of loss to Business Personal Property including Sales Representative Samples while in the custody of:

   a. Your sales representatives; or

   b. Any officer, employee or yourself;

   while traveling anywhere in the world on authorized company business.

   Business Travel Coverage does not include property owned by and for exclusive personal use by you or your officers, partners, employees, residents or students.

   Property eligible for Business Travel Coverage is not eligible under any other Coverage in this Coverage Form.

   **Limit of Insurance:** The most we will pay for loss or damage to Business Travel Including Sales Representative Samples in any one occurrence is $50,000. This is an additional limit of insurance.

5. **CLAIM EXPENSES**

   **Coverage:** You may extend the insurance provided by this Coverage Form to apply to the necessary and reasonable expenses you incur in preparing claim data when we require it. Claim expenses as used in this Additional Coverage means the cost of taking inventories, making appraisals and preparing other documents that we request in writing to you.

   **Limit of Insurance:** The most we will pay in any one occurrence for the preparation of claim data under this Additional Coverage is $50,000. This is an additional amount of insurance.

We will not pay for any expenses incurred, directed or billed by and payable to insurance agents, brokers, adjusters or their affiliates or subsidiaries or any costs as provided in or incurred due to the GENERAL CONDITION – Appraisal.

6. **CONTRACT PENALTIES**

**Coverage:** We will pay for written contract penalties you are required to pay due to your failure to provide your product or service which is the direct result of a Covered Cause of Loss during the policy period to "Stock" and "Stock" is Covered Property under this Coverage Part.

**Limit of Insurance:** The most we will pay for all penalties in any one occurrence resulting from a Covered Cause of Loss is $50,000. This is an additional amount of insurance.

7. **DEBRIS REMOVAL**

a. **Coverage:** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage. This additional coverage does not apply to:

(1) Costs to extract "pollutants" from land or water; or

(2) Costs to remove restore or replace polluted land or water.

b. **Limit of Insurance:**

(1) Payment for Debris Removal is included within the applicable Limit of Insurance shown in the Property Choice Schedule of Premises and Coverages for the damaged Covered Property. The most we will pay under this Additional Coverage is 25% of the amount that we pay for the direct physical loss of or damage to Covered Property, plus the deductible in this policy applicable to that loss or damage.

(2) When the debris removal expense exceeds the above 25% limitation or the sum of loss or damage to Covered Property and the expense for removal of the Covered Property debris exceeds the applicable Limit of Insurance for the damaged Covered Property, we will pay an additional amount for debris removal expense of up to $250,000 in total in any one occurrence.

8. **ELECTRONIC VANDALISM**

a. **Coverage:** If "Computer Equipment" and "Computer Media and Data" and software are covered Business Personal Property, then this insurance is extended to apply in any one occurrence to loss of or damage to "Computer Equipment" and "Computer Media and Data" and software caused by or resulting from Electronic Vandalism originating anywhere in the world.

b. Electronic Vandalism means:

(1) The willful or malicious alteration, manipulation or destruction of "Computer Media and Data";

(2) The addition of a virus, malicious code or similar instruction that disrupts the normal operation of "Computer Equipment" or results in physical damage or damage to "Computer Equipment" and "Computer Media and Data".

Electronic Vandalism as used in this Additional Coverage also includes loss or damage that results to "Computer Equipment" and "Computer Media and Data" from a Denial of Service Attack. Denial of Service Attack means the malicious direction of a high volume of worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

Electronic Vandalism or Denial of Service Attack does not include the theft of telephone services or the theft of any property.

c. **Limit of Insurance:** The most we will pay in any one occurrence is the Limit of Insurance applicable to Business Personal Property where the loss or damage occurred.

9. **EMPLOYEE PERSONAL EFFECTS**

**Coverage**: If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for loss or damage caused by or resulting from a Covered Cause of Loss to your Employee Personal Effects at a "Scheduled Premises". Employee Personal Effects means personal effects owned by you or your officers, partners, employees, members, or managers and used exclusively by the individual owner for their own personal use such as personally owned laptops, Personal Digital Assistants and cell phones. This coverage does not apply at a place of residence.

**Limit of Insurance:** The most we will pay in total in any one occurrence for all loss or damage to all employee personal effects is $50,000. We will not pay more than $25,000 in total for loss or damage to personal effects belonging to any one employee in any one occurrence regardless of the number or types of personal effects lost or damaged.

Coverage for Employee Personal Effects is extended to apply up to 1000 feet outside the "Scheduled Premises" boundary.

This is an additional limit of insurance.

*0500272KR5505010101696

**10. ERRORS IN DESCRIPTION**

Any unintentional error in the description of the occupancy or location address of Covered Property will not impair this insurance, provided you report the error to us as soon as the error becomes known to you.

**11. EXHIBITIONS**

**Coverage**: If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for loss or damage caused by or resulting from a Covered Cause of Loss to Business Personal Property while on temporary public display, or being used, at fairs, exhibitions, expositions or trade shows or while in transit to and from these temporary sites.

**Limit of Insurance:** The most we will pay for all loss or damage at any one exhibition is $50,000. This is an additional limit of insurance. Property eligible for Exhibitions Coverage is not eligible under any other Coverage of this Coverage Form.

**12. EXPEDITING EXPENSES (OTHER THAN EQUIPMENT BREAKDOWN EXPEDITING EXPENSES)**

**a. Coverage**: In the event of a Covered Cause of Loss to Covered Property at "Scheduled Premises", Newly Acquired Premises, and Unnamed Premises, we will pay for the reasonable and necessary additional expenses you incur to:

**(1)** Make temporary repairs of damaged covered property;

**(2)** Expedite permanent repair or replacement of damaged covered property; or

**(3)** Provide training on replacement machines or equipment that are covered property.

This includes overtime wages, the extra cost of express or other rapid means of transportation, and expenses to bring computer systems back to operational status.

**b. Limit of Insurance:** The most we will pay under this Additional Coverage in any one occurrence is $50,000. This is an additional limit of insurance.

**13. EXTRA EXPENSE**

**Coverage**: In the event of a Covered Cause of Loss to Covered Property at a "Scheduled Premises" you may extend the insurance provided by this coverage form to apply to the necessary and reasonable extra expenses you incur to continue as nearly as possible your normal business operations following the covered loss or damage.

**Limit of Insurance**: The most we will pay under this Additional Coverage is $25,000 in any one occurrence. This is an additional limit of insurance.

**14. FINE ARTS**

**Coverage**: If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for loss or damage caused by or resulting from a Covered Cause of Loss to Fine Arts. Fine Arts mean paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit, owned by you or others in your care, custody or control.

Fine Arts do not include artwork that is computerized or classified as data.

**Limit of Insurance:** The most we will pay for loss or damage in any one occurrence is $50,000, regardless of the number or types of Fine Arts damaged. We will not pay more than $10,000 for any one item of Fine Arts in any one occurrence. A pair or set will be deemed to be one item. This is an additional limit of insurance.

**15. FIRE DEPARTMENT SERVICE CHARGE**

**Coverage**: In the event that the fire department responds to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**a.** Assumed by contract or agreement prior to the covered loss event; or

**b.** Required by local ordinance.

No deductible applies to this Additional Coverage.

**Limit of Insurance:** The most we will pay for Fire Department Service Charge in any one occurrence is $50,000. This is an additional amount of insurance.

**16. FIRE DEVICE RECHARGE**

**a. Coverage**: In the event that a manual or automatic fire extinguishing device is discharged:

**(1)** To fight a fire;

**(2)** As the result of Covered Cause of Loss; or

**(3)** Due to accidental discharge;

we will pay expenses you incur to recharge such equipment.

**b.** We will not pay for:

**(1)** Any costs resulting from the enforcement of any ordinance or law that regulates the

recharging, repair or replacement of such fire extinguishing device or fire fighting, suppressing or controlling substance;

**(2)** Halon;

**(3)** The recharge of any device used for demonstration or testing purposes; or

**(4)** Recharge due to maintenance of any device or system.

**c.** **Limit of Insurance:** The most we will pay for Fire Device Recharge in any one occurrence is $50,000. This is an additional limit of insurance.

**17. "FUNGUS", WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE**

**a.** The coverage described in **b. (2)** below only applies when the "fungus", wet or dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(1)** A "specified cause of loss" other than fire or lightning;

**(2)** Equipment Breakdown Accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the affected premises; or

**(3)** Flood, if the Causes of Loss Flood endorsement applies to the affected premises.

**b.** We will pay for loss or damage by "fungus", wet rot, dry rot, bacteria and virus. As used in this Limited Coverage, the term loss or damage means:

**(1)** Direct physical loss or direct physical damage to Covered Property caused by "fungus", wet rot, dry rot, bacteria or virus, including the cost of removal of the "fungus", wet rot, dry rot, bacteria or virus;

**(2)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot, dry rot, bacteria or virus; and

**(3)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot, dry rot, bacteria or virus are present.

**c.** The coverage described under **17. b.** of this Limited Coverage is limited to $50,000 at each "Scheduled Premises". Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning), Equipment Breakdown Accident that occurs to Equipment Breakdown Property and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet rot, dry rot, bacteria or virus, we will not pay more than $50,000 at each "Scheduled Premises" in any one "Policy Year" applicable to "Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage even if the "fungus", wet rot, dry rot, bacteria or virus continues to be present or active, or recurs, in a later policy period.

**d.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot, dry rot, bacteria or virus, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet rot, dry rot, bacteria or virus, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot, bacteria or virus causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

The terms of this Limited Coverage do not increase or reduce the coverage provided under the Additional Coverage - Water Damage Repair of this Form.

**18. INFLATION GUARD**

**Coverage**: In the event of a Covered Cause of Loss or damage to Covered Property at a "Scheduled Premises", the Limits of Insurance that apply to the damaged Buildings and Business Personal Property at "Scheduled Premises" where the loss or damage occurs will automatically increase by a factor based on the accumulated U.S. Government Consumer Price Index (CPI) for the months from the inception of this policy until the date of loss.

**Limit of Insurance:** But in no event will we pay more than an additional 8% of the applicable Limit of Insurance.

**19. INSTALLMENT OR DEFERRED SALES**

**Coverage**: If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, coverage is extended to apply to loss or damage by a Covered Cause of Loss to your financial interest in Business Personal Property that you

have sold under a deferred or installment payment plan during the policy period and after you have made delivery to your customer during the policy period.

Loss or damage to such Business Personal Property must be by a Covered Cause of Loss during the policy period. Theft or conversion by your customer or failure of your customer to make payments under the payment plan are not covered causes of loss.

**Limit of Insurance:** The most we will pay for Installment or Deferred Sales in any one occurrence is the lesser of your remaining financial interest in the Business Personal Property sold under a deferred or installment plan or $50,000. This is an additional limit of insurance.

**20. NEW CONSTRUCTION AT "SCHEDULED PREMISES"**

**a. Coverage**: We will pay for loss or damage, including the cost of labor, caused by or resulting from a Covered Cause of Loss to New Construction at "Scheduled Premises". New Construction at "Scheduled Premises" applies to buildings you begin to construct after the inception of this policy and will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you begin to construct the building; or

**(3)** The building is specifically insured on this Coverage Form or elsewhere.

**b.** We will charge you additional premium from the date you begin to construct the building.

**c. Limit of Insurance:** The most we will pay for New Construction at "Scheduled Premises" in any one occurrence is $1,000,000. This is an additional limit of insurance.

**21. NEWLY ACQUIRED COVERED PROPERTY**

**a.** We will pay for loss or damage caused by or resulting from a Covered Cause of Loss to Newly Acquired Property. Newly Acquired Property means buildings or business personal property you acquire, purchase or lease after the inception of this policy, but does not include:

**(1)** Any property acquired through any foreclosure process;

**(2)** Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work;

**(3)** Any property covered by any other part of this Coverage Form; or

**(4)** Any property that is not covered under this policy.

**b.** Coverage for Newly Acquired Covered Property will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire the property (except for Business Personal Property that you newly acquire, located at "Scheduled Premises").

**(3)** 60 days expire after you acquire the property as respects Business Personal Property that you newly acquire, located at "Scheduled Premises";

**(4)** You report values to us; or

**(5)** The property is specifically insured on this Coverage Form or elsewhere.

**c.** We will charge you additional premium from the date you acquire the property.

**d.** The most we will pay for Newly Acquired Covered Property in any one occurrence is:

**(1)** Buildings: $2,000,000.

**(2)** Business Personal Property: $1,000,000.

These are additional limits of insurance.

**22. NON-OWNED DETACHED TRAILERS**

**Coverage**: Business Personal Property coverage at "Scheduled Premises", Unnamed Premises and Newly Acquired Premises is extended to apply to detached trailers owned by others, that are in your care, custody or control, while being loaded, unloaded, awaiting transport or used for temporary storage or similar usage, including while the trailer is moved at your premises. This additional coverage does not apply to trailers leased by you on a temporary or long-term basis.

**Limit of Insurance:** The most we will pay for Non-Owned Detached Trailers in any one occurrence is $50,000. This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**23. ORDINANCE OR LAW**

Value of the Undamaged Buildings, Demolition Costs and Increased Cost of Construction Coverages described in **a.** and **b.** below, apply in the event there is a Covered Cause of Loss to covered Buildings at "Scheduled Premises" and to covered "Tenant Improvements and Betterments" at "Scheduled Premises" that results in the enforcement of an ordinance or law that:

**i.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises; 174

*0500272KR55050101 01697

ii. Requires the demolition of parts of the same building that are not damaged by a Covered Cause of Loss; and

iii. Is in force at the time of that Covered Cause of Loss.

**a. Value of the Undamaged Buildings**

We will pay for the value of the undamaged portion of the building that was required to be demolished by the enforcement of building, zoning or land use ordinance or law. We will do this on the same valuation basis that applies to the entire building. This does not include any increased costs to repair, replace or rebuild the property due to the enforcement of any ordinance or law.

**b. Demolition Costs and Increased Cost of Construction**

(1) We will pay the actual cost to demolish the undamaged portion of the covered building and to clear the site of the undamaged portion of the building when required to do so by the enforcement of the building, zoning or land use ordinance or law; and

(2) (a) If the covered building is subject to the Replacement Cost Valuation provision as shown in the Property Choice - Schedule of Premises and Coverages, and you rebuild the building, we will pay for the actual increased costs to repair, replace or rebuild the building at the same premises or at another premises, if required by the ordinance or law, for the same general size and same general use, to the minimum requirements of such ordinance or law.

(b) We will not pay for these increased costs until the building is actually repaired or replaced.

(c) You may choose to replace the building at another premises, however, we will not pay more for increased cost of construction at the new premises than the amount of such costs we would have paid to replace the building at the original premises.

**c. Ordinance or Law Exclusions:**

The following exclusions apply to both Value of Undamaged Buildings and Demolition and Increased Cost of Construction Coverages:

(1) We will not pay for the enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants and contaminants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot, bacteria or virus; or

(2) We will not pay for any costs associated with the enforcement of any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants" or "fungus", wet rot, dry rot, bacteria or virus; or

(3) We will not pay for loss due to any ordinance or law that you were required to comply with before the loss or damage, but you did not comply with, even though the building was undamaged at that time.

(4) We will not pay for the enforcement of any ordinance or law unless the repairs or replacement are made as soon as reasonably possible after the loss or damage not to exceed two years. We may extend this period in writing during the two years.

**d. Ordinance or Law Limits of Insurance**

(1) As respects Value of the Undamaged Buildings, this is included within the Limit of Insurance applicable to the damaged Building or damaged "Tenant Improvements and Betterments" and applies in any one occurrence.

(2) As respects Demolition Costs and Increased Cost of Construction:

(a) For Building property, the most we will pay in any one occurrence as respects this Additional Coverage Ordinance or Law - Demolition Cost and Increased Cost of Construction is $1,000,000. This is an additional amount of insurance.

(b) For "Tenant Improvements and Betterments" property, the most we will pay in any one occurrence as respects this Additional Coverage where "Tenant Improvements and Betterments" applies is 25% of the insured value of "Tenant Improvements and Betterments" up to $500,000. This is an additional amount of insurance.

*0500272KR55050101 01698

**24. OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS**

a. Outdoor trees, shrubs, sod, plants and lawns, when used for landscaping are covered only for loss or damage caused by or resulting from the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or civil commotion;

(5) Aircraft; or

(6) Vehicles operated by persons other than you or your employees.

b. The most we will pay for loss or damage in any one occurrence under this Additional Coverage is $50,000, but not more than:

(1) $10,000 for any one tree, shrub or plant;

(2) $10,000 for lawns or sod in total at any one insured premises.

c. The Limit of Insurance applicable to these types of property includes their debris removal expense. Such debris removal expenses are not included in the Debris Removal - Additional Coverage.

d. These limits apply in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**25. PAIRS OR SETS**

**Coverage**: If parts of pairs or sets of covered Business Personal Property - "Stock" are damaged by a Covered Cause of Loss, we will pay the reduction in value of the undamaged parts of such damaged pairs or sets in any one occurrence.

**Limit of Insurance:** This Additional Coverage is included within the Limit of Insurance applicable to the damaged Business Personal Property - "Stock".

**26. "POLLUTANTS AND CONTAMINANTS" CLEAN UP**

a. **Coverage**: We will pay for your expense to extract "Pollutants and Contaminants" from land or water at a "Scheduled Premises", if the discharge, dispersal, seepage, migration, release or escape of the "Pollutants and Contaminants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

b. This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "Pollutants and Contaminants". But we will pay for testing which is performed in the course of extracting the "Pollutants and Contaminants" from land or water.

c. **Limit of Insurance:** The most we will pay under this Additional Coverage at each "Scheduled Premises" is $50,000 for all covered expenses arising out of Covered Causes of Loss occurring during each "Policy Year". This is an additional amount of insurance.

**27. PRESERVATION OF PROPERTY**

a. **Coverage**: If it is necessary to move Covered Property to preserve it from imminent loss or damage by Flood or a Covered Cause of Loss, we will pay in any one occurrence for any direct physical loss or direct physical damage to that property while being moved to or while at the temporary storage location.

b. This Additional Coverage will end 180 days after the property is first moved.

c. **Limit of Insurance:** This Coverage is included within the Limit of Insurance applicable to the Covered Property that is moved.

**28. REWARD COVERAGE**

a. **Coverage**: We will reimburse you for rewards you have paid leading to:

(1) The successful return of substantially undamaged stolen articles to a law enforcement agency; or

(2) The arrest and conviction of any persons for having damaged or stolen any of your covered property.

b. **Limit of Insurance:** We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of any stolen articles) up to $50,000 for Reward Coverage in any one occurrence for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage. This is an additional amount of insurance.

**29. SEWER AND DRAIN BACKUP**

**Coverage:** This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water that backs up from a sewer or drain.

**Limit of Insurance:** The most we will pay in any one occurrence is the Limit of Insurance applicable to the Covered Property where the loss or damage occurred. This Additional Coverage is

included within the Covered Property Limits of Insurance.

**THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the back-up or overflow to such conditions.

**30. TRANSIT**

**a.** **Coverage**: This insurance is extended to apply to direct physical loss or direct physical damage by a Covered Cause of Loss to the following Covered Property while in the due course of transit:

**(1)** Your Business Personal Property; and

**(2)** Business Personal Property owned by others.

**b.** Exclusions **B.8. Earthmovement** and **B.9. Flood, Water, and Water Under the Ground** as found in the Property Choice – Covered Causes Of Loss And Exclusions Form do not apply to this Additional Coverage - TRANSIT.

**c.** This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination.

**d.** We will not pay for loss or damage to property:

**(1)** Where you are responsible for loss or damage to property as a carrier for hire; or

**(2)** Where you are in the business of arranging transportation or consolidations for others.

**e.** You must retain accurate records of all shipments of Covered Property for one year.

**f.** **Transit Coverage Extensions**

**(1) F.O.B. Shipments**

We will pay for covered loss or damage to outgoing shipments, which you have sold under conditions where the risk of loss or damage is transferred to the buyer when such property leaves your premises.

You must use all reasonable means to collect the amount due you from the buyer before making a claim under this Coverage.

We will not make payment under this Coverage until you grant us the right of recovery against the buyer.

**(2) Repack and Reship**

We will pay the necessary additional expenses you incur to inspect, repackage and reship property damaged by a Covered Cause of Loss.

**(3) General Average and Salvage Charges**

In accordance with applicable law and usage, we will pay General Average and Salvage Charges that may be assessed against your covered shipments that are waterborne.

**(4) Loading and Unloading**

We will also pay for covered loss or damage to Covered Property during loading and unloading of the transporting conveyance.

**(5) Return Shipments**

We will also pay for covered loss or damage to outgoing shipments that have been rejected by the consignee or are not deliverable, while being returned to you.

**g.** **Limit of Insurance:** The most we will pay for loss or damage to Business Personal Property in the due course of transit is $50,000. This is an additional limit of insurance.

**31. TRANSITION TO REPLACEMENT PREMISES**

If Covered Business Personal Property is moved to new premises from a "Scheduled Premises" being vacated, the Limit of Insurance applicable to that vacated premises will apply proportionately to both premises as the property is moved. This coverage ends when any one of the following first occurs:

**a.** 90 days after the move begins;

**b.** the move is completed; or

**c.** this policy expires.

**32. UNNAMED PREMISES**

**a.** **Coverage**: You may extend the insurance that applies to Building (if Building is Covered Property) and to Business Personal Property (if Business Personal Property is Covered Property) to pay for loss or damage by a Covered Cause of Loss to Buildings and Business Personal Property while at:

**(1)** Premises that you own, lease, or occupy other than at a "Scheduled Premises";

**(2)** Premises not described in the Property Choice Property Choice Schedule of Premises and Coverages, which you do not own, lease or occupy;

(3) Premises where you are temporarily performing work or installing Business Personal Property.

(4) Coverage as respects you installing Business Personal Property continues until one of the following first occurs:

(a) the installation is accepted by the customer;

(b) this policy expires; or

(c) the installation is specifically insured on this policy or elsewhere.

(5) Unnamed Premises does not include any:

(a) Premises or property insured under any other Coverage or Additional Coverage of this Coverage Form;

(b) Waste disposal or transfer sites;

(c) Property while in the due course of transit;

(d) Intermediate site while in the due course of transit;

(e) Premises of a Web Site or Communication Services provider; or

(f) Premises or property that is not covered or excluded from coverage under this Coverage Part.

**b. Limits of Insurance:**

(1) The most we will pay as respects Building in any one occurrence in total at all Unnamed Premises is $100,000. This is an additional limit of insurance.

(2) The most we will pay as respects Business Personal Property in any one occurrence in total at all Unnamed Premises (Except premises where you are temporarily performing work or installing Business Personal Property) is $50,000. This is an additional limit of insurance.

(3) The most we will pay as respects Business Personal Property in any one occurrence in total at all Unnamed Premises where you are temporarily performing work or installing Business Personal Property is $25,000. This is an additional limit of insurance.

**33. UTILITY SERVICE INTERRUPTION**

**a. Coverage:** We will pay for direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", caused by or resulting from the interruption of the following utility services:

(1) Water;

(2) Communications, except interruption due to malfunction of satellites or cellular networks;

(3) Gas, or steam; or

(4) Electrical power.

The interruption must be caused by or result from direct physical loss or direct physical damage by a Covered Cause of Loss to utility services property outside the insured premises boundaries. We will not pay for any resulting consequential loss or damage due to temperature change or spoilage to business personal property.

**b. Limit of Insurance:** The most we will pay for Utility Service Interruption in any one occurrence is $25,000. This is an additional limit of insurance.

**34. WATER DAMAGE BUILDING TEAR OUT AND REPAIR**

**a. Coverage:** When we pay for loss or damage caused by the escape of water or other liquid, powder, or molten material, we will also pay the cost to tear out and replace the parts of the building or structure (whether or not such property is damaged) to repair the broken or cracked system or appliance from which such substances escaped.

**b.** We will not pay the cost to repair any defect to the system or appliance from which such substances escaped. But we will pay the cost to repair or replace damaged parts of Automatic Fire Extinguishing Systems if the damage:

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

**c. Limit of Insurance:** This Coverage is included within the applicable Covered Property Limit of Insurance.

**d.** Automatic Fire Extinguishing System means:

(1) Any automatic fire protective or extinguishing system, including connected:

(a) Sprinklers and discharge nozzles;

(b) Ducts, pipes, valves and fittings;

(c) Tanks, their component parts and supports; and

(d) Pumps and private fire protective mains.

*0500272KR55050101 01699

(2) Non-automatic fire protective systems, hydrants, standpipes and outlets, all when supplied from an automatic fire protective system.

**35. WATER SEEPAGE**

This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water under the ground surface pressing on, or flowing or backing up or seeping through:

a. Foundations, walls, floors or paved surfaces;

b. Basements, whether paved or not;

c. Doors, windows or other openings; or

d. Septic systems.

This additional coverage does not apply to loss or damage resulting from sewer or drain back up.

**Limit of Insurance:** The most we will pay for Water Seepage in any one occurrence is $25,000. This is an additional amount of insurance.

**36. WINDBLOWN DEBRIS**

**Coverage**: We will pay your expense to remove debris (including trees) windblown onto "Scheduled Premises" from the premises of others that occurs during the policy period.

**Limit of Insurance:** The most we will pay in any one occurrence in total for the removal of all windblown debris under this Additional Coverage is $2,500. This is an additional amount of insurance.

**SECTION B. - COMBINED ADDITIONAL PROTECTION**

1. If covered loss or if covered damage exceeds the Limits of Insurance for one or more of the following Coverages or Additional Coverages at a "Scheduled Premises":

a. Accounts Receivable;

b. Building;

c. Business Personal Property;

d. Debris Removal - Covered Property;

e. Employee Personal Effects;

f. Fine Arts;

g. Leasehold Improvements (Tenant Lease Coverage);

h. Legal Liability – Building (Legal Liability - Building Coverage Form (PC 00 30) which attaches to and forms part of this policy.);

i. Outdoor Trees, Shrubs, Sod, Plants and Lawns;

j. Pairs or Sets;

2. We will pay up to the lesser of:

a. 25% of the total Scheduled Premises Building and Business Personal Property Limits of Insurance; or

b. $250,000 in total in any one occurrence regardless of the number of items lost or damaged or Coverages or Additional Coverages involved in any one occurrence for the sum of all such uninsured loss or damage in excess of the applicable deductible. You may apportion this limit among the applicable coverages as you choose.

c. As respects item **i.** Outdoor Trees, Shrubs, Sod, Plants and Lawns the most we will pay for any one item is still limited to:

(1) $10,000 for any one tree, shrub or plant;

(2) $10,000 for lawns or sod in total at any one insured premises.

d. As respects items **1. b.** Buildings and **1. c.** Business Personal Property listed above, this Combined Additional Protection does not apply to Buildings and Business Personal Property at "Scheduled Premises" that were not insured under this Coverage Part for limits equal to their full Replacement Cost or Actual Cash Value as applicable at the inception date of this Coverage Part.

**SECTION C. - TENANT LEASE COVERAGES**

These Coverages apply to your interest as a tenant or to your responsibility as a tenant under a written lease agreement as a tenant at "Scheduled Premises":

1. **"Building Glass"**

Your Business Personal Property is extended to apply to damage to "Building Glass" caused by any cause of loss. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs.

2. **Lease Assessment**

a. Your Business Personal Property is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to building property which is not paid in the building owners policy, as agreed to in your written lease agreement.

b. This Coverage is subject to a separate deductible of $500 in any one occurrence. No other deductible applies.

c. We will not pay more than $2,500 in any one occurrence for Lease Assessment. This is an additional amount of insurance.

**3. Leasehold Improvements**

**a.** If your lease is canceled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant and you cannot legally remove "Tenant Improvements and Betterments" we will extend Business Personal Property coverage to apply to the unamortized value of the "Tenant Improvements and Betterments" that remains and you were forced to abandon.

**b.** The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000 for Leasehold Improvements. This is an additional amount of insurance.

**4. Miscellaneous Interior Building Property**

Business Personal Property is extended to apply to miscellaneous interior Building property items that pertain only to the area you occupy as a tenant and you are required to insure as a tenant. The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs and applies in any one occurrence.

**5. Theft Damage**

Your Business Personal Property is extended to apply to damage to the building where you are a tenant and you are liable for such damages, caused by or resulting from actual or attempted "theft".

This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or damage occurs and applies in any one occurrence.

**6. Legal Liability - Building**

Legal Liability – Building Coverage Form (PC 00 30) attaches to and forms part of this policy. The most we will pay in any one accident is $25,000.

*0500272KR55050101 01700



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GREEN CHOICE - ADDITIONAL COVERAGES

*0500272KR55050101 01701

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE FORM
PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM
PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM

**Schedule information if not stated here, will be stated in the Property Choice - Schedule of Premises and Coverages.**

**Schedule**

**Green Choice Limit of Insurance**

**A.** The following Additional Coverage is added to the PROPERTY CHOICE COVERAGE FORM:

**Costs to Upgrade to "Green" Alternatives**

**1.** If direct physical loss or direct physical damage by a Covered Cause of Loss occurs to Covered Property we will also pay for the reasonable additional costs that you incur to:

**a.** Repair or replace the lost or damaged Covered Property using products or materials that are "Green" alternatives to the lost or damaged Covered Property, in accordance with:

**(1)** The minimum standards of a "Green Authority" if the "Scheduled Premises" where the loss or damage occurred was not "Green" certified by a "Green Authority" prior to the loss or damage; or

**(2)** The standards of a "Green Authority" consistent with the pre-loss "Green" certification level, if the "Scheduled Premises" where the loss or damage occurred was "Green" certified prior to the loss or damage, provided that the "Green" alternatives are otherwise of comparable quality and function to the lost or damaged Covered Property.

**b.** Employ "Green" methods or processes of construction, disposal or recycling including ventilation or flush out of air systems, in the course of the repair and replacement of the lost or damaged Covered Property, in accordance with:

**(1)** The minimum standards of a "Green Authority" if the "Scheduled Premises" where the loss or damage occurred was not "Green" certified by a "Green Authority" prior to the loss or damage; or

**(2)** The standards of a "Green Authority" consistent with the pre-loss "Green" certification level, if the "Scheduled Premises" where the loss or damage occurred was "Green" certified prior to the loss or damage.

**c.** Hire a design professional(s) accredited by a "Green Authority" to participate in

© 2009, The Hartford

the reconstruction, replacement or repair of the Covered Property;

d. Hire an engineer(s) accredited by a "Green Authority" to supervise the repair or replacement of the Covered Property to verify that replacement systems and mechanicals have been installed and configured to perform to building design or manufacturer's specifications;

e. Apply to a "Green Authority" for certification of your "Scheduled Premises" in connection with the repair or replacement of the lost or damaged Covered Property.

2. Costs to Upgrade to "Green" Alternatives applies only if replacement cost valuation applies to the lost or damaged Covered Property and then only if the lost or damaged property is actually repaired or replaced as soon as reasonably possible after the loss or damage (not to exceed two years from the date of loss or damage).

3. This Additional Coverage does not apply to any expenses incurred to exceed your pre-loss level of certification, if you had attained certification by a "Green Authority" for the Covered Property prior to the Covered Cause of Loss.

4. This Additional Coverage does not require you to pursue, nor guarantee success of, certification by a "Green Authority".

5. a. The most we will pay in any one occurrence for Costs to Upgrade to "Green" Alternatives under this endorsement is $100,000 for all "Scheduled Premises" unless a different limit of insurance is shown in the above Schedule.

b. If a different limit of insurance is shown in the above Schedule then that different limit of insurance is the most we will pay in any one occurrence for all "Scheduled Premises" for Costs to Upgrade to "Green" Alternatives.

c. The limit for Costs to Upgrade to "Green" Alternatives applies in any one occurrence, regardless of the number of "Scheduled Premises" or buildings damaged in that occurrence.

d. If a Green Choice - Limit of Insurance is shown as applying to a "Scheduled Premises" in the Property Choice Schedule of Premises and Coverages, then that limit of insurance is the most we will pay in any one occurrence at that "Scheduled Premises" for Costs to Upgrade to "Green" Alternatives.

e. This is an additional amount of insurance.

**B.** This section **B.** applies only when any of the following are attached to this policy:

PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM

PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM

PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM

The following Additional Coverage is added:

**Green Alternatives – Increased Period of Restoration**

1. If direct physical loss or direct physical damage by a Covered Cause of Loss occurs to covered building property at a "Scheduled Premises", Business Income coverage is revised to include the actual loss of income you sustain during the reasonable and necessary increase in the period of restoration that is actually incurred to:

a. Repair or replace the lost or damaged Covered Property as stated in A.1.a.

b. Employ "Green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged Covered Property as stated in A.1.b.

2. The Increased Period of Restoration provided by this endorsement is subject to a maximum period of up to 30 consecutive days from the date the period of restoration would have otherwise ended had "Green" alternatives not been used.

3. This Additional Coverage Green Alternatives – Increased Period of Restoration is included in, and does not increase the applicable Limit of Insurance in the above referenced Coverage Forms.

4. The term Period of Restoration as found in the above referenced Coverage Forms and as used in this endorsement does not include any increased Period of Restoration due to:

a. Review and/or approval by a "Green Authority" regarding your application for certification of your "scheduled Premises", should you elect to pursue certification; or

b. Conducting test and balance analysis of the heating, ventilation or air conditioning systems to confirm that they have been installed properly and meet manufacturer's and design professional's standards.

**C. ADDITIONAL EXCLUSIONS**

1. Coverage provided by this endorsement does not apply to any "Scheduled Premises" where:

   a. Replacement Cost valuation does not apply;

   b. Ordinance or Law Additional Coverage does not apply; or

   c. Building(s) are vacant.

2. This endorsement does not apply to "stock".

3. Coverage provided by this endorsement does not include any increase in costs, loss or damage attributable to any "Green" standards for which you were under order or mandate from an existing authority, but you did not comply with, before the loss or damage.

**D. ADDITIONAL DEFINITIONS**

As used in this endorsement:

1. "Green" means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize their impact on the environment.

2. "Green Authority" means the United States Green Building Council (LEED® Green Building Rating System); the Green Building Initiative™ (Green Globes™ Assessment And Rating System); or the Environmental Protection Agency and the Department of Energy (EnergyStar® requirements).

*0500272KR55050101 01702



# PROPERTY CHOICE CONDITIONS AND DEFINITIONS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to section **C. DEFINITIONS**.

The following conditions apply to all coverages that are a part of the Property Choice Coverage Part or Property Choice Policy and are in addition to the Common Policy Conditions unless stated otherwise in coverage forms and endorsements.

*0500272KR55050101 01703

## A. GENERAL CONDITIONS

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Application of Waiting Period**

In the event that more than one Waiting Period is applicable, we will apply only the longest waiting period.

**3. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim on the grounds that it is not covered under this policy.

**4. Claim Settlement**

**a.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**b.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5. Concealment, Misrepresentation or Fraud**

This Coverage Part is void in any case of fraud by you as it relates to this coverage at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Part;

**b.** The property covered under this insurance;

**c.** Your interest in the property covered under this insurance; or

**d.** A claim under this Coverage Part.

**6. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more premises will not affect coverage at any premises where, at the time of loss or damage, the breach of condition does not exist.

© 2009, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**7. Coverage Territory**

The coverage territory is the United States of America (including its territories and possessions); Puerto Rico; and Canada.

**Exceptions for the following Additional Coverages:**

**a. Business Travel**

For the Business Travel Additional Coverage, the Coverage Territory is anywhere in the world.

**b. Exhibitions**

For the Exhibition Additional Coverage, the Coverage Territory is anywhere in the world.

**c. Transit**

For the Transit Additional Coverage, the Coverage Territory is within or between the United States of America, (including its territories and possessions), Puerto Rico and Canada; however, waterborne shipments are covered only if on inland waterways or in territorial waters, within 12 miles of land.

**8. Equipment Breakdown - Suspension**

When any Equipment Breakdown Property is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Equipment Breakdown Accident to that equipment. We can do this by mailing or delivering a written notice of suspension to your address as stated in the Property Choice Schedule of Premises and Coverages, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**9. Equipment Breakdown - Jurisdictional Inspections**

If any Equipment Breakdown Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**10. If Two or More Coverages Apply**

If two or more coverages in this policy apply to the same loss or damage, we will not pay more than the actual amount of loss or damage.

**11. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

For coverage under the Business Crime Coverage Forms, the words **the direct physical loss or damage occurred** are replaced by the words **you discover the loss**.

**12. Liberalization**

If we adopt any revision that would broaden this Coverage Part, without additional premium, within 45 days prior to inception of this policy or during this policy period, the broadened coverage will immediately apply to you.

**13. Loss Payee**

**a.** For Covered Property in which both you and the Loss Payee as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the loss payee, as interests may appear.

**b.** If we cancel this policy, we will give written notice to the loss payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(3)** If we elect not to renew this policy, we will give written notice to the loss payee at least 10 days before the expiration date of this Coverage Part.

**14. Mortgageholders and Lender Loss Payees**

**a.** We will pay each of the following for their interest in covered loss or damage, as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement in the order of their precedence, as their interest may appear:

**(1) Mortgageholder** for their interest in buildings or structures. The term mortgageholder includes trustees.

(2) **Lender** for their interest as a creditor, established by such written instruments as warehouse receipts, a contract for deed, bills of lading, financing statements; or mortgages, deeds of trust, or security agreements.

**b.** The applicable mortgageholder or lender has the right to receive loss payment even if they have started foreclosure or similar action on the property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the applicable mortgageholder or lender will still have the right to receive loss payment if such mortgageholder or lender:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder or lender.

All of the terms of this Coverage Part will then apply directly to the mortgageholder or lender.

**d.** If we pay the mortgageholder or lender for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's or lender's right to recover the full amount of their applicable claims will not be impaired.

At our option, we may pay to the mortgageholder or lender the whole principal on the mortgage or debt plus any accrued interest. In this event:

i. For mortgageholder relationships, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us;

ii. For lender relationships, you will pay your debt to us.

**e.** If we cancel this policy, we will give written notice to the mortgageholder or lender at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**f.** If we elect not to renew this policy, we will give written notice to the mortgageholder or lender at least 10 days before the expiration date of this Coverage Part.

**15. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**16. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in **16. a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**17. Policy Period**

In this Coverage Part, we only cover direct physical loss or direct physical damage which occurs during the policy period stated in the Declarations.

**18. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the applicable Limit of Insurance.

You will pay us the amount of all recoveries of Accounts Receivable you receive for a loss paid by us. But any recoveries in excess of the amount we have paid belong to you.

**19. Transfer of Rights of Recovery Against Others To Us (Subrogation)**

If any person or organization to whom or for whom we make payment under this Coverage

*0500272KR55050101 01704

Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a covered loss or damage, or

**b.** After a covered loss only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm that you own or control;

**(3)** A business firm or individuals, that owns or controls you; or

**(4)** Your tenant.

This written waiver will not restrict your insurance.

**Exceptions:**

**(i)** For their interest in building repair or construction, you may not waive your rights to recover damages from architects or engineers except as agreed to in writing by us.

**(ii)** For property in the due course of transportation, we will not pay for loss or damage if you impair our rights to recover damages from any carrier for hire, bailee or third party.

However, you may accept bills of lading, receipts or contracts of transportation from carriers for hire, which contain a limitation of value.

**B. YOUR GENERAL DUTIES IN EVENT OF LOSS**

**1.** In event of loss or damage, you must see that the following are done:

**a. Notify Police**

Notify the police if a law may have been broken.

**b. Notify Us**

Give us prompt notice of the loss or damage. Include a description of the property involved.

As soon as possible, give us a description of how, when and where the loss or damage occurred.

We will not deny coverage due to your unintentional failure to notify us about the occurrence of loss or damage provided notice is give as soon as practicable after you become aware of such loss or damage.

**c. Protect Property**

Take all reasonable steps to protect the property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the applicable Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

Also, if feasible, set the damaged property aside and in the best possible order for examination.

**d. Take Inventory**

At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**e. Inspect Property, Books**

As often as may be reasonably required, permit us to:

**(1)** Inspect the damaged and undamaged property and take samples for testing and analysis.

**(2)** Examine and make copies of your books and records Including electronic records and data.

**f. Proof of Loss**

Send us a signed, sworn proof of loss containing the information we request during our investigation of your claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**g. Cooperate**

Cooperate with us in the investigation or settlement of the claim.

**h. Resumption of Business**

If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

**2. Examination Under Oath**

We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

*0500272KR5505010101 01705

## C. DEFINITIONS

1. **"Building Glass"** means glass that is part of the building or structure, including solar heating panels, glass building blocks, skylights, glass doors and windows and their encasement frames, alarm tape, lettering and ornamentation.

   This does not include art glass, half tone screens, lenses, memorial windows, mosaic art, rotogravure screens or any stained glass.

2. **"Computer Equipment"** includes the following equipment:

   a. Computer hardware, laptops, Personal Digital Assistants, including micro-processors and related component parts;

   b. Peripheral equipment, such as printers and modems;

   c. Computer network equipment; and

   d. Electronic communications equipment.

3. **"Computer Media and Data"** means:

   a. Prepackaged software programs and instructional material purchased for use with your computer system;

   b. Electronic data processing, recording or storage media such as films, tapes, cards, discs, drums or cells; and

   c. Data and programming records used for electronic data processing or electronically controlled equipment stored on such media.

   "Computer Media and Data" does not mean "Money" or "Securities".

4. **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

5. **"Money"** means:

   a. Currency, coins and bank notes; and

   b. Travelers checks, register checks and money orders held for sale to the public.

6. **"Policy Year"** means the period of time that:

   a. Begins with the inception or anniversary date of this policy; and

   b. Ends at the expiration or at the next anniversary date of this policy.

7. **"Pollutants and Contaminants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemical and waste, or any other material which causes or threatens to cause physical loss, damage, impurity to property, unwholesomeness, undesirability, loss of marketability, loss of use of property or which threatens human health or welfare. Waste includes materials to be recycled, reconditioned or reclaimed.

8. **"Scheduled Premises"** means any premises listed by location address in the Scheduled Premises section of the Declarations.

9. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "Money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter); and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue;

   but does not include "Money".

   Lottery tickets held for sale and Postage stamps in current usage are not "Securities".

10. **"Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.

    This cause of loss does not include:

    a. The cost of filling sinkholes; or

    b. Sinking or collapse of land into man-made underground cavities.

11. **"Specified Causes of Loss"** means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; "Sinkhole Collapse"; "Volcanic Action"; falling objects; weight of snow, ice or sleet; water damage, "Sprinkler Leakage"; "Theft"; or "Building Glass" breakage.

    a. Falling objects does not include loss or damage to:

       **(1)** Personal property in the open; or

       **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall or the building structure is first damaged by a falling object.

    b. Water damage means the damage resulting from the accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

12. **"Sprinkler Leakage"** means a leakage or discharge of a substance (except halon) from an Automatic Fire Extinguishing System, including collapse of a tank that is part of the system.
13. **"Stock"** means merchandise held in storage or for sale, raw materials, and goods in-process or finished.
14. **"Tenant Improvements and Betterments"** means fixtures, alterations, installations or additions made a part of the Building you occupy but do not own; and:
    **a.** Made at your expense; or
    **b.** You acquired from the prior tenant at your expense; and

    you cannot legally remove.

    Tenant Improvements and Betterments includes fences, signs, and radio or television towers, antennas and satellite dishes (including attached equipment).
15. **"Theft"** means any act of stealing except as defined in the Property Choice Common Crime Coverages Form.
16. **"Valuable Papers"** means: Inscribed, printed or written documents, manuscripts, patterns or records including abstracts, books, deeds, drawings, films, maps or mortgages.

    **"Valuable Papers"** does not mean:
    **(1)** "Money" or "Securities", whether or not in current circulation.
    **(2)** Property that cannot be replaced with other property of like kind and quality.
    **(3)** Fine Arts or Accounts Receivable.
17. **"Volcanic Action"** means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:
    **a.** Airborne volcanic blast or airborne shock waves;
    **b.** Ash, dust or particulate matter; or
    **c.** Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to property.



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

*0500272KR55050101 01706

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE PART
COMMERCIAL PROPERTY POLICY / COVERAGE PART

**A. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Department of the Treasury will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of such insured losses that exceed the applicable insurer deductible. However, if aggregate insured losses attributable to certified acts of terrorism under the Terrorism Risk Insurance Act, as amended (TRIA), exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of such losses that exceeds $100 billion.

**B. Cap On Certified Terrorism Losses**

A "Certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism. The criteria contained in TRIA, for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and
2. The act resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of an United States mission; and
3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to certified acts of terrorism under TRIA, exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under TRIA, we shall not be liable for the payment of any portion of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © 2008, The Hartford 
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

*0500272KR55050101 01707

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY CHOICE SPECIAL BUSINESS INCOME - ADDITIONAL COVERAGES

**This endorsement modifies insurance under the following:**
**PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM**

**SUMMARY of COVERAGE LIMITS and INDEX**

This is a summary of the limits of insurance and coverages provided by this endorsement. No coverage is provided by this summary.

| Item No. | PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM - ADDITIONAL COVERAGES: | LIMIT OF INSURANCE (Apply in any one occurrence unless otherwise noted) | Page No. |
|---|---|---|---|
| 1. | BUSINESS TRAVEL: | Included in Special Business Income Limit of Insurance. | 2 |
| 2. | CIVIL AUTHORITY (72 HOUR WAITING PERIOD APPLIES): | 30 Days. | 2 |
| 3. | DENIAL OF SERVICE (12 HOUR WAITING PERIOD APPLIES): | $25,000. | 2 |
| 4. | DEPENDENT PROPERTIES (72 HOUR WAITING PERIOD APPLIES): | $100,000. From All Dependent Properties. | 2 |
| 5. | ELECTRONIC VANDALISM (6 HOUR WAITING PERIOD APPLIES): | Included in Special Business Income Limit of Insurance. | 3 |
| 6. | EXTENDED INCOME: | 180 Days. | 3 |
| 7. | FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS – LIMITED COVERAGE: | Actual Loss Sustained for 30 Days. | 4 |
| 8. | FUTURE EARNINGS: | Included in Special Business Income Limit of Insurance. | 4 |
| 9. | GOOD FAITH ADVERTISING: | $10,000. In any one "Policy Year". | 5 |
| 10. | INGRESS AND EGRESS (24 HOUR WAITING PERIOD APPLIES): | $50,000. | 5 |
| 11. | LESSOR'S TENANT MOVE BACK EXPENSE: | $10,000. | 5 |
| 12. | MACHINERY TESTING AND TRAINING: | Included in Special Business Income Limit of Insurance. | 5 |
| 13. | NEWLY ACQUIRED PREMISES: | Included in Special Business Income Limit of Insurance. | 5 |
| 14. | ORDINANCE OR LAW COVERAGE (INCREASED PERIOD OF RESTORATION): | Included in Special Business Income Limit of Insurance. | 6 |
| 15. | POLLUTANTS AND CONTAMINANTS CLEANUP: | $25,000. In any one "Policy Year". | 6 |
| 16. | TRANSIT: | $100,000. | 6 |
| 17. | UNNAMED PREMISES: | $100,000. | 7 |

© 2009, The Hartford

| | | | |
|---|---|---|---|
| | UNNAMED PREMISES: AT ANY ONE INSTALLATION: | Included in Special Business Income Limit of Insurance. | 7 |
| | UNNAMED PREMISES: AT ANY ONE EXHIBITION: | Included in Special Business Income Limit of Insurance. | 7 |
| 18. | UTILITY SERVICE INTERRUPTION (24 HOUR WAITING PERIOD APPLIES): | $25,000. | 7 |
| 19. | WEBSITE AND INTERNET SERVICES (12 HOUR WAITING PERIOD APPLIES): | Lesser of Actual Loss Sustained or $100,000. | 7 |

For Insurance that may apply to a Specific Scheduled Premises see: Property Choice – Scheduled Premises.

**A. ADDITIONAL COVERAGES** – The following Additional Coverages are added to the Property Choice Special Business Income Coverage Form unless otherwise indicated in the Property Choice Schedule of Premises and Coverage or by endorsement to this policy:

**1. Business Travel**

**a.** We will pay for the actual loss of Business Income and the necessary and reasonable Extra Expenses your incur due to loss or damage by a Covered Cause of Loss to Your Business Personal Property including Sales Representative Samples while in the custody of:

**(1)** Your sales representatives; or

**(2)** Any officer, employee or yourself;

while traveling on authorized company business.

**b.** This Additional Coverage is Included within the Special Business Income Limit of Insurance.

**2. Civil Authority**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur when access to your "Scheduled Premises" is specifically prohibited by order of a civil authority as the direct result of a Covered Cause of Loss to property in the immediate area of your "Scheduled Premises".

**b.** The coverage for Business Income will begin after a Waiting Period of 72 hours after the order of a civil authority and coverage will end at the earlier of:

**(1)** When access is permitted to your "Scheduled Premises"; or

**(2)** 30 consecutive days after the order of the civil authority.

**c.** The coverage for Extra Expense will begin immediately after the order of a civil authority and coverage will end at the earlier of:

**(1)** When access is permitted to your "Scheduled Premises"; or

**(2)** 30 consecutive days after the order of the civil authority.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

**3. Denial of Service**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain caused by or resulting from a Denial of Service Attack. Denial of Service Attack means the malicious direction of a high volume of worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

**b.** This Additional Coverage applies to Denial of Service Attacks:

**(1)** That originate anywhere in the world; and

**(2)** Whether or not there has been any physical damage to data or software.

**(3)** Denial of Service does not include loss of income from the theft of telephone services or the theft of any property.

**(4)** We will not pay for any loss of Business Income that you sustain during the 12 hours that immediately follow the time when you first discovered the Denial of Service Attack.

**(5)** The most we will pay for the sum of all loss in any one occurrence under this Additional Coverage is $25,000. This is an additional amount of insurance.

**4. Dependent Properties**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable

Extra Expense you incur at a "Scheduled Premises" due to direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Dependent Properties.

Dependent Properties means property at premises owned and operated by others that you depend on to:

**(1)** Deliver materials or services to you, or to others for your account (Contributing Location);

**(2)** Accept your products or services (Recipient Location);

**(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Location): or

**(4)** Attract customers to your business premises (Leader Locations).

**b.** Dependent properties do not include:

**(1)** Any water or gas, steam or electric power, or any other utility service; or

**(2)** Any type of web site, communication or internet service.

**(3)** **(a)** Coverage for Business Income will begin 72 hours after the time of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss at the premises of the Dependent Property.

**(b)** Coverage for Extra Expense will begin immediately after the time of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss at the premises of the Dependent Property.

**(c)** This Additional Coverage will end when:

**(i)** The Dependent Property should be rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The applicable limit of insurance is exhausted.

**(4)** The most we will pay for the sum of all actual loss of Business Income and necessary and reasonable Extra Expense you incur in any one occurrence regardless of the types or number of dependent properties involved in any one occurrence under this Additional Coverage is $100,000. This is an additional amount of insurance.

**5. Electronic Vandalism**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by or resulting from Electronic Vandalism originating anywhere in the world.

Electronic Vandalism means:

**(1)** The willful or malicious alteration, manipulation or destruction of "Computer Media and Data"; or

**(2)** The addition of a virus, malicious code or similar instruction that disrupts the normal operation of "Computer Equipment" or results in physical damage to "Computer Equipment" and "Computer Media and Data".

**b.** Electronic Vandalism does not apply to any loss due to a Denial of Service Attack.

**c.** Electronic Vandalism does not include loss of income from the theft of telephone services or the theft of any property.

**d.** We will not pay for any Business Income loss that you sustain during the 6 hours that immediately follow the time when you first discovered the Electronic Vandalism. This Waiting Period does not apply to Extra Expense.

**e.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**6. Extended Income**

**a.** If the necessary suspension of your operations (applies to all operations except educational institutional operations) produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(1)** Begins on the date property (except "Stock" you have finished manufacturing) is actually repaired, rebuilt or replaced and business operations are resumed; and

**(2)** Ends on the earlier of:

**(a)** The date you could restore your business operations, with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct

*0500272KR55050101 01708

physical loss or direct physical damage had occurred; or

**(b)** 180 days that immediately follows after the date determined in **a. (1)** above.

**b.** As respects educational operations, the following applies:

In the event of a covered Business Income loss, we will pay for the actual loss of Business Income you sustain during the school term following the date the property is actually repaired, rebuilt or replaced, if that date is 60 days or less before the scheduled opening of the next school term.

**c.** However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

**d.** Loss of Business Income must be caused by direct physical loss or direct physical damage at the insureds premises caused by or resulting from any Covered Cause of Loss.

**e.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**7. "Fungus", Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage**

**a.** The coverage described in **7. b. (2)** below only applies when the "fungus", wet rot, dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**(1)** A "specified cause of loss" other than fire or lightning;

**(2)** Equipment breakdown accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the effected premises; or

**(3)** Flood, if the Causes of Loss - Flood endorsement applies to the effected premises.

**b.** The following **b. (1)** or **b. (2)** applies only if Business Income and/or Extra Expense coverage applies to the "Scheduled Premises" and only if the necessary interruption of your business operations satisfies all terms and conditions of this Coverage Part.

**(1)** If the loss which results in "fungus", wet rot, dry rot, bacteria or virus does not in itself necessitate a necessary interruption of your business operations, but such interruption is necessary due to loss or damage to property caused by "fungus", wet rot, dry rot, bacteria or virus, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(2)** If a covered necessary interruption of your business operations was caused by loss or damage other than "fungus", wet rot, dry rot, bacteria or virus prolongs the Period of Restoration, we will pay for loss and/or expense sustained during the delay (regardless of when such delay occurs during the period of restoration), but such coverage is limited to 30 days in total. The days need not be consecutive.

**(3)** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**8. Future Earnings**

**a.** In the event of covered Business Income loss at "Scheduled Premises", we will pay for the actual reduction in Business Income you subsequently and necessarily sustain after the Period of Restoration and the Extended Income period ends and that reduction in Business Income is directly attributable to the Covered Cause of Loss occurrence.

**b.** However, Future Earnings does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

**c.** This coverage will apply to the actual reduced business income you sustain within 2 years from the date the Covered Cause of Loss occurred.

**d.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

*0500272KR55050101 01709

**9. Good Faith Advertising Expense**

**a.** If we make payment for a covered loss caused by or resulting from Denial of Service or Electronic Vandalism as provided under the Denial of Service, Electronic Vandalism or Web Site and Communication Services Additional Coverages, we will pay for the reasonable advertising expenses you incur solely to regain customer faith and approval.

**b.** The most we will pay for the sum of all reasonable expenses under this Additional Coverage in any 12 month time period is $10,000. This is an additional amount of insurance.

**10. Ingress or Egress**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain when ingress or egress to your "Scheduled Premises" is specifically prohibited as the direct result of a Covered Cause of Loss to property at premises that is contiguous to your "Scheduled Premises".

**b.** Coverage for Business Income will begin after a Waiting Period of 24 hours and will end at the earlier of:

**(1)** When ingress or egress is permitted to or from your "Scheduled Premises"; or

**(2)** 30 consecutive days.

**c.** This Additional Coverage does not apply if:

**(1)** The direct physical loss or direct physical damage is caused by or results from flood or earthquake even if flood or earthquake are Covered Causes of Loss; or

**(2)** The ingress to or egress from your "Scheduled Premises" is prohibited by civil authority.

**d.** The most we will pay for loss in any one occurrence under this Additional Coverage is $50,000. This Additional Coverage is included within the Special Business Income Limit of Insurance.

**11. Lessor's Tenant Move Back Expenses**

**a.** In the event that your tenants must temporarily vacate the covered Building property at "Scheduled Premises" due to untenantability caused by direct physical loss or direct physical damage by a Covered Cause of Loss to the covered Building, we will pay for the following expenses you actually incur to move those tenants back into your covered Building. We will only pay for the following expenses:

**(1)** Packing, transporting and unpacking the tenants' Business Personal Property, including the cost of insuring the move back and any necessary assembly or setup of furniture and equipment, and

**(2)** The net cost to re-establish the tenants' utility and telephone services, after any refunds due the tenants.

**b.** We will only pay for these expenses that you actually incur within 60 days from the date that the damaged building has been repaired or rebuilt and if needed a certificate of occupancy has been granted.

**c.** The most we will pay the sum in any one occurrence of covered loss under this Additional Coverage is $10,000. This is an additional amount of insurance.

**12. Machinery Testing and Training**

In the event it was necessary to replace machinery damaged by a Covered Cause of Loss, we will extend the Period of Restoration to include:

**a.** The additional time to test that replacement machinery; and

**b.** The additional time to train employees on the differences in operating the damaged machinery and the replacement machinery.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

**13. Newly Acquired Premises**

**a.** We will pay for the actual loss of Business Income you sustain due to loss or damage caused by or resulting from a Covered Cause of Loss to Newly Acquired Premises. Newly Acquired Premises means premises you acquire, purchase or lease after the inception of this policy, but does not include:

**(1)** Any premises acquired through any foreclosure process;

**(2)** Any premises of others where you are temporarily working, such as

installing property or performing maintenance or service work; or

(3) Any premises covered by any other part of this Coverage Form.

b. Insurance for each Newly Acquired Premises will end when any of the following first occurs, but will not cut short the Period of Restoration:

(1) This policy expires;

(2) 180 days expire after you acquire the property;

(3) You report values to us: or

(4) The property is more specifically insured.

We will charge you additional premium from the date you acquire the premises.

c. This Additional Coverage is included within the Special Business Income Limit of Insurance.

**14. Ordinance or Law - Increased Period of Restoration**

a. If a Covered Cause of Loss occurs to property at "Scheduled Premises", coverage is extended to include the amount of the actual loss of Business Income and necessary and reasonable Extra Expense you incur during the increased period of suspension of operations caused by or resulting from the enforcement of any ordinance or law that:

(1) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises;

(2) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

b. Coverage is not extended under this Additional Coverage to include loss caused by or resulting from the enforcement of any ordinance or law:

(1) Which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot, bacteria or virus; or

(2) Which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "Pollutants and Contaminants", "fungus", wet or dry rot, bacteria or virus.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

**15. "Pollutants and Contaminants" Clean Up**

a. This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur if business operations are interrupted due to the enforcement of any ordinance or law that requires you to extract "Pollutants and Contaminants" from land or water at "Scheduled Premises" caused by or resulting from a Covered Cause of Loss that occurs during the policy period.

b. Such loss must be reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

c. The most we will pay for the sum of all Business Income and Extra Expense in any one "Policy Year" under this Additional Coverage is $25,000. This is an additional amount of insurance.

**16. Transit**

a. This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to the following property while in the due course of transit:

(1) Your Business Personal Property; and

(2) Business Personal Property owned by others.

b. This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination, but this will not cut short the Period of Restoration.

c. You must retain accurate records of all shipments of Covered Property for one year.

d. The most we will pay for the sum of all Business Income and Extra Expense in any one occurrence under this Additional Coverage is $100,000. This is an additional amount of insurance.

**17. Unnamed Premises**

a. This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage by a Covered Cause of Loss to Property while at:

(1) Premises that you own, lease, or occupy other than at a "Scheduled Premises";

(2) Premises not described in the Property Choice Schedule of Premises and Coverages, which you do not own, lease or occupy;

(3) Premises where you are temporarily performing work or installing Business Personal Property and your insurable interest continues until the installation is accepted by the customer.

b. Unnamed Premises does not include any:

(1) Premises or property covered under any other coverage of this Coverage Form;

(2) Waste disposal or transfer sites;

(3) Intermediate site while in the due course of transit; or

(4) Premises of a Web Site or Internet Services provider.

c. The most we will pay for the actual loss of Business Income you incur in any one occurrence under this Additional Coverage at all unnamed premises other than at any one installation or at any one exhibition is $100,000.

d. The most we will pay for the actual loss of Business Income you incur in any one occurrence under this Additional Coverage at any one installation is the limit of insurance applicable to Special Business Income. This is included in the Special Business Income Limit of Insurance.

e. The most we will pay for the actual loss of Business Income you incur in any one occurrence under this Additional Coverage at any one exhibition is the limit of insurance applicable to Special Business Income Limit. This is included in the Special Business Income Limit of Insurance.

**18. Utility Service Interruption**

a. This insurance is extended to apply to the actual loss of Business Income you sustain and necessary and reasonable Extra Expense you incur at "Scheduled Premises", "Newly Acquired Premises" and Unnamed Premises caused by the interruption of specific services.

The interruption must result from direct physical loss or direct physical damage by a Covered Cause of Loss to property outside the insured premises boundary and which provides the following services:

(1) Water;

(2) Communications, except interruption due to malfunction of satellites or cellular networks;

(3) Gas, steam; or

(4) Electrical power.

b. The actual loss of Business Income you sustain and the necessary and reasonable Extra Expense you incur due to the interruption of Electrical Power due to damage to overhead electrical transmission lines by a Covered Cause of Loss is included in this Additional Coverage.

c. This Additional Coverage does not include any consequential loss or loss due to temperature change or spoilage.

d. This Additional Coverage does not apply to the Dependent Properties Additional Coverage.

e. We will not pay for Business Income loss you sustain during the 24 hours that immediately follow after the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

f. The most we will pay for the sum of all actual loss of Business Income and necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage is $25,000. This is an additional amount of insurance.

**19. Web Site and Internet Services**

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the necessary and reasonable Extra Expense you incur caused by direct physical loss or direct

*0500272KR55050101 01710

physical damage by a Covered Cause of Loss including loss or damage caused by or resulting from Electronic Vandalism or Denial of Service to property that you depend on for Website and Internet Services.

Website and Internet Services means

**(1)** Internet access, e-mail, web hosting and application software services at the premises of others, or

**(2)** Router infrastructure services, including cable and wireless, located outside your premises boundary.

**b.** We will not pay for any Business Income loss under this Additional Coverage that you sustain during the 12 hours that immediately follow the time when you first discovered the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

**c.** The most we will pay for the actual loss of Business Income and necessary and reasonable Extra Expense in any one occurrence under this Additional Coverage is the lesser of:

**(1)** The amount of the actual loss of Business Income you sustain during the 30 day period immediately following the Waiting Period and the necessary and reasonable Extra Expense you incur when you first discovered the Covered Cause of Loss (during the Waiting Period) and for a 30 day period immediately following the Waiting Period; or

**(2)** $100,000.

**d.** With respect to Web Sites, this coverage applies only if you have a back-up copy of your Web Page stored at a location other than the site of the Web Site vendor.

**e.** This is an additional amount of insurance.



*0500272KR55050101 01711

# PROPERTY CHOICE COVERAGE FORM

**(PROPERTY)**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Property Choice Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay for direct physical loss of or direct physical damage to the following types of Covered Property caused by or resulting from a Covered Cause of Loss. Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.** Covered Property for which a Limit of Insurance and a premises address is shown in the Property Choice - Schedule of Premises and Coverages.

**1. Covered Property**

**a. Building** means buildings or structures that:

**(1)** You own; or

**(2)** Are responsible for insuring.

Building also includes:

**(1)** Buildings or structures in the course of construction;

**(2)** Alterations, repairs or additions to the building;

**(3)** Foundations;

**(4)** Underground pipes, flues or drains necessary for the service of the building;

**(5)** Excavations, grading, backfilling or filling that are necessary to repair, rebuild or replace the building or its foundation;

**(6)** Permanently installed machinery and equipment;

**(7)** Awnings, "Building Glass" and floor coverings;

**(8)** Materials, equipment and supplies, used in the construction, alteration or repair of buildings;

**(9)** Radio or television towers, antennas and satellite dishes (including attachments), fences, signs and other outdoor fixtures;

**(10)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(11)** Property owned by you for the maintenance or service of the building or its premises, including fire extinguishing equipment, alarm, communication and monitoring systems, and lawn maintenance or snow removal equipment;

**(12)** Retaining walls attached to buildings;

**(13)** Swimming pools whether or not attached to the building;

**(14)** Walks, roadways, patios or other paved surfaces at a "Scheduled Premises".

**b. Business Personal Property**

**(1)** Business Personal Property means:

**(a)** All of Your Business Personal Property owned by your business; and

**(b)** Business Personal Property owned by others, that is in your care, custody or control (including leased property as provided in a written lease agreement);

**(2)** Business Personal Property also includes:

**(a)** Furniture, fixtures, machinery and equipment;

**(b)** "Stock";

© 2009, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

(c) "Computer Equipment";

(d) "Computer Media and Data" and "Valuable Papers";

(e) Patterns, dies, molds and forms;

(f) Your interest in the labor, materials or services furnished or arranged by you on Business Personal Property you have installed or repaired;

(g) "Tenant Improvements and Betterments";

(h) Tools and equipment owned by your employees that are used in your business operations; and

(i) Building components while removed from the premises for service or repair.

(j) Lottery tickets held for sale and postage stamps in current usage.

(3) Coverage applies to Business Personal Property up to 1000 feet outside the premises boundary.

**2. Property Not Covered**

Covered Property does not include the following unless an endorsement is added to this Coverage Part:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, "money", notes or "securities".

**b.** Animals, except animals inside buildings, and:

(1) Owned by others and boarded by you; or

(2) Owned by you as "Stock".

**c.** Property owned by and for exclusive personal use by you or your officers, members, partners or employees.

**d.** Property owned by your residents, patients, or students.

**e.** Property owned by your tenants.

**f.** Contraband, or property in the course of illegal transportation or trade.

**g.** Growing crops or standing timber.

**h.** Grain, hay, straw or other crops which have been harvested, but are outside of buildings or structures.

**i.** Outdoor trees, shrubs, plants and sod (other than those held for sale) and lawns.

**j.** Land (including land on which the property is located), land values, water (except water contained within any storage tank, for use in your manufacturing or processing operations), dams, underground mines, and caverns.

**k.** Vehicles, and self-propelled machines, including aircraft and watercraft, except the following are Covered Property:

(1) Vehicles and self-propelled machines, (including aircraft and watercraft) that you manufacture, process, warehouse or hold for sale (except automobiles held for sale) while located at insured premises;

(2) Vehicles and self-propelled machines, (except aircraft and watercraft) that you operate principally on your insured premises, that are not licensed or registered for use on public roads; and

(3) Canoes and rowboats while out of the water at insured premises.

**l.** Business Personal Property that you have sold under:

(1) Conditional sale;

(2) Trust agreement;

(3) Installment payment;

(4) Other deferred payment plan; or

(5) Other agreement under which you have retained a security interest;

**m.** Property that is more specifically covered, insured or described under another coverage form of this policy or any other policy, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**n.** Live eggs and embryos.

**o.** Retaining walls not attached to the building.

**3. Covered Causes of Loss**

See Property Choice - Covered Causes of Loss and Exclusions Form.

**B. EXCLUSIONS**

See the Property Choice - Covered Causes of Loss and Exclusions Form.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

**D. DEDUCTIBLE**

We will not pay for direct physical loss or direct physical damage in any one occurrence until the amount of loss or damage exceeds the applicable

Deductible stated in the Property Choice Schedule of Premises and Coverages or Endorsement(s). We will then pay the amount of loss in excess of the Deductible, up to the applicable Limit of Insurance.

When claim is made for loss or damage to more than one type of property, coverage, premises, or Cause of Loss and different deductible amounts apply in the same occurrence, we will only apply the largest applicable deductible for the item for which claim is made unless specified by endorsement.

**E. LOSS PAYMENT AND VALUATION CONDITIONS**

Covered Property will be valued at either Replacement Cost or Actual Cash Value, as stated in the Property Choice Schedule of Premises and Coverages and as described below except for the items listed below in item **3. Specific Property Valuations**. We will not pay more than your financial interest in the lost or damaged property.

**1. Replacement Cost**

In the event of covered loss or damage, we will determine the value of Covered Property at the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss or damage, at the same site or another site, subject to the following:

**a.** We will not pay more for lost or damaged property than the least of:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The amount it costs to replace, on the same premises, the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount you actually spend that is necessary and reasonable to repair or replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose.

**(4)** In the event of a total loss to Building property, you may choose to replace your Building property at another premises, however, we will not pay more than the cost to replace the Building property at the original premises.

**(5)** Replacement Cost does not include any increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**b.** We will pay you on an Actual Cash Value basis until the lost or damaged property is actually repaired, rebuilt or replaced.

**c.** If you do not repair, replace or rebuild on the same site or another site within 2 years of the date of loss, we will pay you on an Actual Cash Value basis.

**d.** Patterns, dies, molds and forms not in current usage at actual cash value. If loss is paid on an actual cash value basis and within 60 months from the date of the covered loss and you need to repair or replace them, we will pay you, subject to the Conditions of this insurance, the difference between actual cash value and replacement cost when the patterns, dies, molds and forms are actually repaired or replaced.

**2. Actual Cash Value**

**a.** We will pay you on an Actual Cash Value basis if:

**(1)** The valuation of the lost or damaged property is designated in the Property Choice Schedule of Premises and Coverages as Actual Cash Value.

**(2)** You elect Actual Cash Value as the basis for loss payment at the time of loss or damage.

**b.** In the event of covered loss or damage, at our option, we will do one of the following, but not pay more than the Limit of Insurance applicable to the lost or damaged property:

**(1)** Pay the value of the lost or damaged property at the time of loss;

**(2)** Take all or any part of the property at an agreed or appraised value; or

**(3)** Repair, rebuild or replace the property with other property of like kind and quality, or pay you the cost to do so.

**c.** Actual Cash Value does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**d.** If the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss is $25,000 or less (after the application of the applicable deductible), we pay the loss or damage on

*0500272KR5505010101 01712

the basis of the Replacement Cost provisions described in **E.1.** above. This Exception does not apply to the following Specific Property Valuations.

**3. Specific Property Valuations**

**a. Accounts Receivable**

We will determine the amount of Accounts Receivable loss as follows:

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, however that amount of accounts receivable is established:

**(a)** The amount of the accounts for which there is no loss;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**b. Animals**

We will determine the value of animals at the cost of replacement with animals of like kind and quality as when originally acquired by you.

**c. "Building Glass"**

We will determine the value of "Building Glass" at the cost of replacement with safety glazing material if required by law.

**d. "Computer Media and Data" and "Valuable Papers"**

We will determine the value of "Computer Media and Data" and "Valuable Papers" at the cost of:

**(1)** Blank materials for reproducing the records (including blank prepackaged programs when replaced); and

**(2)** Labor to transcribe or copy the records and the cost to research, replace or restore the lost information, copy the records, including research and development documentation.

**e. Fine Arts**

We will determine the value of Fine Arts, at the lesser of:

**(1)** The market value at the time of loss or damage;

**(2)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

**(3)** The cost of replacement with substantially identical property.

For pairs or sets, we will either:

**(1)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

**(2)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

**f. Party Wall**

A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**g. Property of Others**

**(1)** If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation

of that item(s) will be based on the lesser of:

**(a)** amount for which you are liable under such contract;

**(b)** the replacement cost of the property; or

**(c)** the applicable Limit of Insurance.

**(2)** If no such contract exists we will not pay more than your financial interest in Personal Property of Others not to exceed:

**(a)** the Actual Cash Value of such property: or

**(b)** the applicable Limit of Insurance.

**(3)** At your option, we may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners:

**(a)** Such payments will only be for the account of the owner of the property and will satisfy your claims against us for the owners' property;

**(b)** We will not pay more than their financial interest in the property.

**(4)** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**h. "Stock"**

**(1) Manufactured Stock (including Selling Price)**

We will determine the value of "Stock" you have manufactured at the selling price less discounts and expenses you otherwise would have incurred.

This also applies to component parts manufactured by others that will become a part of your finished product.

**(2) Mercantile Stock**

We will determine the value of "Stock", which you have purchased for resale and have sold but not delivered, at the selling price less discounts and expense you otherwise would have had. This does not apply to "Stock" you have manufactured.

**(3) Stock in Process**

We will determine the value of "Stock" in process of manufacture at the replacement cost of the raw materials, plus labor expended and the proper proportion of overhead charges.

**(4) Commodity Stock**

For "Stock" that is bought and sold at an established market exchange, we will determine the value at:

**(a)** The posted market price as of the time and place of loss;

**(b)** Less discounts and expenses you otherwise would have had.

**i. "Tenant Improvements and Betterments"**

**(1)** If you do not repair or replace lost or damaged "Tenant Improvements and Betterments" within 2 years, we will pay the pro rata of the Actual Cash Value based on the duration of the lease and the installation date of the property.

**(2)** If others pay for repairs or replacement, we will not make loss payment to you.

**j Transit**

We will determine the value of covered property in due course of transit at:

**(1)** The amount of invoice plus accrued costs, prepaid charges and charges since shipment; or

**(2)** In the absence of an invoice, the valuation provision otherwise applicable to that type of Covered Property as of the time of loss or damage.

**k. Vehicles**

**(1)** We will determine the value of covered vehicles and self-propelled machines, including aircraft, automobiles, contractor's equipment and watercraft on an Actual Cash Value basis. This also applies to coverage provided for trailers under the Non-Owned Detached Trailer Additional Coverage.

**(2)** New vehicles and machines you have manufactured will be subject to the valuation applicable to covered "Stock".

**4. Value Enhancements**

**a. Architect and Engineering Fees**

The value of Covered Property will include reasonable architect and engineering fees you incur in the course of repairing or reconstructing damaged property.

*0500272KR55050101 01713

**b. Customs Duty, Sales Tax**

The value of Covered Property will include the cost of customs duties and sales taxes to repair or replace the property.

**c. Extended Warranties**

The value of Covered Property, that is a total loss during the policy period, will include the unused pro rata portion of non-refundable optional extended warranties or service contracts which you purchased for the damaged property prior to the covered loss or damage.



# PROPERTY CHOICE - SPECIAL BUSINESS INCOME COVERAGE FORM

**(BUSINESS INTERRUPTION)**

*0500272KR55050101 01714

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay up to the Special Business Income Limit of Insurance stated in the Property Choice - Schedule of Premises and Coverages for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to the necessary interruption of your business operations during the Period of Restoration due to direct physical loss of or direct physical damage caused by or resulting from a Covered Cause of Loss to property at "Scheduled Premises" where a limit of insurance is shown for Special Business Income. If you are a tenant, this Coverage applies to that portion of the building which you rent, lease or occupy, and extends to common service areas and access routes to your area.

**Definitions**

1. Business Income means:
   - **a.** Net Income (Net Profit or Net Loss before income taxes), including Rental Income and Royalties, that would have been earned or incurred; and
   - **b.** Continuing normal operating expenses incurred, including payroll.
   - **c.** For educational operations, Business Income also includes income from:
     - **(1)** Tuition and related student fees including room, board, laboratories and other similar fees;
     - **(2)** Bookstores;
     - **(3)** Athletic events; or
     - **(4)** Activity related to research grants.
   - **d.** For manufacturing businesses, Net Income also includes the net sales value of production.
   - **e.** For research and development operations, Business Income also includes awarded contract revenues, licensing fees, consulting fees, funding grants and progress (milestone) payments.
   - **f.** As respects all insureds if you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.
2. Extra Expense means the necessary and reasonable additional expenses you incur during the Period of Restoration that exceed the normal expenses that you would have incurred if there had been no direct physical loss or no direct physical damage to property caused by or resulting from a Covered Cause of Loss.
   - **a.** We will pay Extra Expense (other than the expense to repair or replace property) to:
     - **(1)** Avoid or minimize the interruption of business and to continue business operations at the insured premises or at temporary locations, including relocation expenses and costs to

© 2009, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

equip and operate a temporary location.

(2) Minimize the interruption of business if you cannot continue operating.

b. Extra Expense Coverage does not apply to:

(1) Any deficiencies in insuring any real or personal property; or

(2) Any expense related to any recall of products you manufacture, handle or distribute.

c. We will also pay Extra Expense to repair or replace property, but only to the extent Extra Expense incurred reduces the actual amount of Business Income loss that otherwise would have been payable under this Coverage Form.

3. Interruption means the slowdown or cessation of any part of your business activities or the partial or total untenantability of the premises.

4. a. Period of Restoration means the period of time that:

(1) Begins at the time the Covered Cause of Loss occurred; and

(2) Ends on the earlier of:

(a) The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(b) The date when business is resumed at a new permanent location.

The expiration date of this policy will not cut short the Period of Restoration.

b. For buildings under construction or undergoing additions or alterations, if the direct physical loss or direct physical damage delays the start of business operations, the Period of Restoration will begin on the date business operations would have begun had the direct physical loss or direct physical damage not occurred.

c. For educational institutions, the Period of Restoration ends on the earlier of:

(1) The day before the opening of the next school term following the date the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when the school term is resumed at a new permanent location.

d. Period of restoration does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants", except as covered in the "Pollutants and Contaminants" Clean Up Additional Coverage; or

(2) Regulates the construction, use or repair, or requires the tearing down of any property, except as covered in the Ordinance or Law Additional Coverage.

5. Rental Income means Business Income that consists of:

a. Net Income (Net Profit or Net Loss before income taxes) that would have been earned or incurred as income from tenant occupancy of the "Scheduled Premises" as furnished and equipped by you including fair rental value of any portion of the "Scheduled Premises" which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

c. If you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

**B. COVERED CAUSES OF LOSS, EXCLUSIONS AND LIMITATIONS**

1. See Property Choice - Covered Causes of Loss and Exclusions Form.

2. The following Exclusions apply in addition to the Exclusions found in the Property Choice - Covered Causes of Loss and Exclusions Form attached to this Coverage Form:

a. **Contract, Lease or License Cancellation**

We will not pay for any increase of loss caused by or resulting from suspension, lapse or cancellation of any contract, lease or license (including consultation and funding grants). But if such suspension, lapse or cancellation is

directly caused by a covered interruption of business operations, we will pay for such loss that affects your Business Income during the Period of Restoration and any extension of the Period of Restoration in accordance with the terms of the Extended Income Additional Coverage or any variation of these.

**b. Manufactured "Stock"**

We will not pay for any loss caused by or resulting from damage or destruction of or the time required to reproduce "Stock" you have finished manufacturing.

**c. Satellite Communications**

We will not pay for any loss caused by or resulting from the disruption of communications or service to or from any satellite however caused. But this exclusion does not apply to land based satellite dishes.

**d. Strike Interference**

We will not pay for any increase of loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming business operations, due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

**D. DEDUCTIBLE**

We will not pay for loss in any one occurrence until the amount of loss incurred by you in this Coverage Form exceeds the applicable Waiting Period stated in the Property Choice Schedule of Premises and Coverages or Endorsement(s). No other deductible applies to this coverage.

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and all of the Conditions found in the Property Choice Conditions and Definitions Form:

**1. Resumption of Business**

If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

**2. Loss Determination**

**a. Business Income**

The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or direct physical damage occurred;

**(2)** The likely Net Income of the business if no physical loss or no physical damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

**(3)** The operating expenses, including payroll expenses, necessary to resume business operations with the same quality of service that existed just before the direct physical loss or direct physical damage, and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b. Extra Expense**

The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by business operations during the Period of Restoration if no direct physical loss or if no direct physical damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the Period of Restoration, once business operations are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance.

**(2)** All necessary and reasonable expenses that reduce the Business Income otherwise incurred.

*0500272KR55050101 01715

**3. Reductions in Amount We Pay**

**a.** We will reduce the amount of the Business Income loss payment to the extent you can resume your business operations, in whole or in part, by using:

**(1)** Damaged or undamaged property (including merchandise or "stock") at the insured premises or elsewhere;

**(2)** Any other available source of materials or other outlet for your products.

**b.** We will reduce the amount of Extra Expense loss payment to the extent you can return operations to normal and discontinue Extra Expenses.

**c.** If you do not resume business operations, or do not resume business operations as quickly as possible, we will pay based on the length of time it would have taken to resume business operations as quickly as possible.

**d.** We will reduce the amount of the Business Income loss payment to the extent that the reduction in volume of business income from the affected income channel is offset by an increase in the volume of business from other income channels.

# LEGAL LIABILITY - BUILDING COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

**A. COVERAGE**

We will pay up to the applicable Legal Liability - Building Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages or in an endorsement attached to this Coverage Part for those sums that you become legally obligated to pay as damages because of direct physical loss or direct physical damage, including loss of use, to Covered Building Property caused by accident and arising out of a Covered Cause of Loss. We will have the right and duty to defend any suit seeking those damages. Suit includes an arbitration proceeding to which you must submit or submit with our consent. However, we have no duty to defend you against a suit seeking damages for direct physical loss or damage to which this insurance does not apply. We may investigate and settle any claim or suit at our discretion. But our right and duty to defend ends when we have used up the Legal Liability Building Limit of Insurance in the payment of judgments or settlements.

**1. Covered Building Property**

Covered Building Property means buildings or structures of others in your care, custody or control.

**2. Covered Causes Of Loss**

See the Property Choice - Covered Causes of Loss and Exclusions Form.

**3. Additional Coverages**

**a. Supplementary Payments**

We will pay, with respect to any claim or any suit against you that we defend:

**(1)** All expenses we incur.

**(2)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(3)** All reasonable expenses incurred by you at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All costs taxed against you in the suit.

**(5)** Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

Payments under this Additional Coverage are in addition to the applicable Limit of Insurance.

**b. Additional Insureds**

Throughout this Coverage Form, if the Named Insured stated in the Property Choice Declarations is:

**(1)** A partnership or corporation, the words "you" and "your" include partners, executive officers, trustees, directors and stockholders of such partnership or corporation;

**(2)** A limited liability company, the words "you" and "your" include member and manager;

© 2009, The Hartford
(Includes copyrighted material of the Insurance Services, Inc., with its permission.)

but only with respect to their duties as such.

The existence of one or more Additional Insureds does not increase the Limit of Insurance.

c. **Newly Acquired Organizations**

Throughout this Coverage Form, the words "you" and "your" also include any organization (other than a partnership, joint venture or limited liability company) you newly acquire or form and over which you maintain ownership or majority interest if there is no other similar insurance available to that organization.

This Additional Coverage ends:

**(1)** 90 days after you acquire or form the organization; or

**(2)** At the end of the policy period stated in the Property Choice Declarations;

whichever is earlier.

This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before you acquired or formed the organization.

The existence of one or more Newly Acquired Organizations does not increase the Limit of Insurance.

d. **Newly Acquired Building Property**

**(1)** You may extend the insurance that applies to Covered Building Property, as used in this Coverage Form, to apply to your liability for Building property of others that comes under your care, custody or control after the beginning of the current policy period. This Additional Coverage is subject to all terms and Conditions of this Coverage Form.

The most we will pay as the result of any one accident for loss or damage to buildings covered under this Additional Coverage is $25,000 at each building.

**(2)** Insurance under this Additional Coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after the building property has come under your care, custody or control;

**(c)** You report values to us; or

**(d)** The property is more specifically insured.

We will charge you additional premium for values reported from the date the property comes under your care, custody or control.

**(3)** This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before the building property came under your care, custody or control.

**B. EXCLUSIONS AND LIMITATIONS**

See the Property Choice - Covered Causes of Loss and Exclusions Form.

**C. LIMITS OF INSURANCE**

The most we will pay in damages as the result of any one accident is the applicable Limit of Insurance shown for Legal Liability – Building Limit of Insurance as shown in the Property Choice Schedule of Premises and Coverages or in an endorsement to this Coverage Part.

Payments under the Additional Coverages are in addition to the Limits of Insurance.

The existence of one or more:

1. Additional Insureds, or
2. Newly Acquired Organizations,

does not increase the Limit of Insurance.

**D. DEDUCTIBLE**

No deductible provision applies to this Coverage Form.

**E. PROPERTY CHOICE CONDITIONS CHANGES**

For Coverage provided under this Coverage Form, the following changes are made to the Property Choice Conditions:

1. **Duties In The Event Of Accident, Claim Or Suit**

The General Duties in Event of Loss Condition is replaced by the following:

a. You must see to it that we are notified promptly of any accident that may result in a claim. Notice should include:

**(1)** How, when and where the accident took place; and

**(2)** The names and addresses of any witnesses.

Notice of an accident is not notice of a claim.

b. If a claim is made or suit is brought against you, you must see to it that we

receive prompt written notice of the claim or suit.

**c.** You must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or suit; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to you because of damage to which this insurance may also apply.

**d.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**2. Legal Action Against Us**

The **Legal Action Against Us General Condition** is replaced by the following:

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from you; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**3. Transfer Of Rights (Subrogation)**

The **Transfer of Rights of Recovery Against Others To Us General Condition** is replaced by the following:

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring suit or transfer those rights to us and help us enforce them.

**F. ADDITIONAL CONDITIONS**

The following conditions are added and apply in addition to the Common Policy Conditions, and the Property Choice Conditions:

**1. Bankruptcy**

Bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Coverage Form.

**2. Separation Of Insureds**

The insurance under this Coverage Form applies separately to you and each additional insured, except with respect to the Limits of Insurance.

*0500272KR55050101 01717



*0500272KR5505010101718

# PROPERTY CHOICE - COVERED CAUSES OF LOSS AND EXCLUSIONS FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## COVERED CAUSES OF LOSS

Covered Causes of Loss means direct physical loss or direct physical damage unless the loss or damage is excluded in the GENERAL EXCLUSIONS or the SPECIFIC EXCLUSIONS or as provided in the Additional Coverage – Equipment Breakdown.

**A. GENERAL EXCLUSIONS**

We will not pay for loss or damage caused by, resulting from, or arising out of any acts, errors, or omissions by you or others in any of the following activities, regardless of any other cause or event that contributes concurrently, or in any sequence to the loss or damage:

**1.** Planning, zoning, developing, surveying, testing or siting property;

**2.** Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;

**3.** Any of the following performed to or for any part of land, buildings, roads, water or gas mains, sewers, drainage ditches, levees, dams, other structures or facilities, or to or for any Covered Property:

**a.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; or

**b.** Furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction; or

**4.** Maintenance.

The GENERAL EXCLUSIONS apply whether or not the property or facilities described above are:

**1.** Covered under this policy; or

**2.** On or away from the insured premises.

**B. SPECIFIC EXCLUSIONS**

**1. Accounting Errors**

We will not pay for loss or damage caused by, resulting from, or arising out of error or omissions in accounting, arithmetical, bookkeeping, or billing.

**2. Animals**

We will not pay for loss or damage to animals unless caused by a "Specified Cause of Loss".

All other loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**3. Change of Temperature, Dampness or Dryness**

**a.** We will not pay for loss or damage to personal property caused by, resulting from, or arising out of:

**(1)** Dampness or dryness of atmosphere; or

**(2)** Changes in or extremes of temperature.

But if direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**b.** This Exclusion does not apply to:

**(1)** "Computer Equipment" and "Computer Media and Data" and "Valuable Papers";

© 2009, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)


(2) Accounts Receivable and Fine Arts Additional Coverages; and

(3) Coverage provided for Spoilage under the Equipment Breakdown - Additional Coverage.

4. **Collapse (relating to Earthquake or Flood)**

We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the collapse, cracking, separating, shrinking, bulging, expansion, shifting, rising, settling, sinking, lateral movement or other movement, or other loss or damage to buildings or structures, including concrete or paved surfaces, which would not have occurred but for an Earthquake or Flood.

5. **Delay, Loss of Use or Loss of Market**

We will not pay for loss or damage caused by, resulting from, or arising out of delay, loss of use, or loss of market.

6. **Dishonest Acts**

a. We will not pay for loss or damage caused by, resulting from, or arising out of dishonest or criminal acts by you, any of your partners, members, managers, employees, directors, officers, trustees, authorized representatives or anyone else to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

b. In this Exclusion, your employees include leased and contracted employees and software contractors.

c. This Exclusion does not apply to:

(1) Property entrusted to carriers for hire; or

(2) Acts of destruction by your "employees".

7. **Docks, Piers, Wharves**

a. We will not pay for loss or damage caused by, resulting from, or arising out of action of water or ice to bulkheads, docks, piers, seawalls, wharves, or property on such structures.

b. But if direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

8. **Earthmovement**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to:

(1) Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground tectonic forces resulting in breaking, shifting, rising, settling, sinking or lateral movement or other movement, including any related earth sinking, rising or shifting;

(2) Landslide, including any related earth sinking, rising or shifting;

(3) Subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than "Sinkhole Collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other part of buildings or structures. Soil conditions included contraction, expansion, freezing, thawing, erosion, improper compaction of soil and the action of water under the ground surface.

But if direct physical loss or direct physical damage by fire or explosion ensues to Covered Property, we will pay only for such ensuing loss or damage.

b. This Exclusion applies whether or not caused by a weather condition.

c. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

9. **Flood, Water, and Water Under the Ground**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to:

(1) Flood, which means:

(a) Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not.

(b) Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground.

(c) Water or other material that backs up or overflows from any sewer, septic tank or drain.

(d) Flood does not include back-up or overflow of water or other material arising from any other origin.

(2) Release of water held by a dam, levee or dike or by a water or flood control device, or

*0500272KR5505010101719

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

**b.** This Exclusion applies whether or not caused by a weather condition.

**c.** If direct physical loss or direct physical damage by fire, explosion or "Sprinkler Leakage" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**d.** This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**10. "Fungus", Wet Rot, Dry Rot, Bacteria or Virus**

**a.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

**(1)** Presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot, bacteria or virus.

**(2)** But if "fungus", wet rot, dry rot, bacteria or virus results in a "specified cause of loss" to Covered Property, we will pay for the loss or damage caused by that "specified cause of loss".

**b.** This exclusion does not apply:

**(1)** When "fungus", wet or dry rot, bacteria or virus results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage(s) - "Fungus", Wet Rot, Dry Rot, Bacteria or Virus - Limited Coverage with respect to loss or damage by a cause of loss other than fire or lightning.

**c.** This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

**11. Governmental Action**

**a.** We will not pay for loss or damage caused by or resulting from, or arising out of the seizure or destruction of property by order of governmental authority.

**b.** But we will pay for covered loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**c.** This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**d.** This exclusion does not apply to coverage as provided under the Ordinance or Law additional Coverage(s).

**12. Missing Property**

We will not pay for loss caused by, resulting from, or arising out of the disappearance of property when there is no clear evidence to show what happened to it. This would include a shortage disclosed on taking inventory or auditing records. This Exclusion does not apply to property in the custody of a carrier for hire.

**13. Neglect to Protect Property**

We will not pay for loss or damage caused by, resulting from, or arising out of your neglect to use all reasonable means to save and preserve property from further damage at and after time of the direct physical loss or damage.

**14. Nesting or Infestation**

**a.** We will not pay for loss or damage caused by, resulting from, or arising out of nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**b.** If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**c.** This Exclusion does not apply to:

**(1)** "Computer Equipment", "Computer Media and Data" and "Valuable Papers"; and

**(2)** Accounts Receivable and Fine Arts Additional Coverages.

**15. Nuclear Hazard**

**a.** We will not pay for loss or damage caused by, resulting from, or arising out of, or in any way related to nuclear reaction, nuclear radiation or radioactive contamination, however caused.

**b.** If direct physical loss or direct physical damage by fire ensues, we will pay only

for such ensuing loss or damage.

c. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**16. Ordinance or Law**

a. We will not pay for loss or damage caused by, resulting from, or arising out of the enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

b. This Exclusion applies whether the loss results from:

(1) An ordinance or law that is enforced even if the property has not been damaged; or

(2) The increased costs incurred to comply with an ordinance or law while in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

c. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**17. "Pollutants and Contaminants"**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the discharge, dispersal, seepage, migration, release or escape of "Pollutants and Contaminants".

b. If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

c. This Exclusion does not apply if the discharge, dispersal, seepage, migration, release or escape is itself caused by a "Specified Cause of Loss".

d. This Exclusion does not apply to:

(1) "Computer Equipment", "Computer Media and Data" and "Valuable Papers";

(2) Accounts Receivable, Business Travel, Exhibitions, Fine Arts and Transit Additional Coverages; or

(3) The accidental or malicious application of chemicals to glass that is a part of a building, structure or showcase.

**18. Programming Errors and Computer Deficiency**

a. We will not pay for loss or damage caused by, resulting from, or arising out of:

(1) Error or omission in computer programming, data entry or instructions to a computer or electronically controlled equipment;

(2) Error or deficiency in the design, installation, maintenance, repair or modification of "Computer Equipment" and software.

b. If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**19. Rain, Snow, Ice, Sleet to Property in the Open**

We will not pay for loss or damage caused by, resulting from, or arising out of rain, snow, ice or sleet to personal property while in the open. This Exclusion does not apply to property in the custody of a carrier for hire.

**20. Settling, Cracking to Buildings or Structures**

a. We will not pay for loss or damage caused by, resulting from, or arising out of settling, cracking, shrinking or expansion of buildings or structures, bridges, roadways, walks, patios or concrete or paved surfaces.

b. If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**21. Smoke (Agricultural or Industrial)**

We will not pay for loss or damage to buildings or outdoor property caused by, resulting from, or arising out of smoke, vapor or gas from agricultural smudging or industrial operations.

**22. Testing**

a. We will not pay for loss or damage caused by, resulting from, or arising out of any of the following tests:

(1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

(2) An insulation breakdown test of any type of electrical equipment.

b. If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property, we will pay only for such ensuing loss or damage.

**23. Theft of Laptops as Checked Baggage**

We will not pay for loss or damage caused by, resulting from, or arising out of the "theft" of laptop, palmtop and similar portable equipment while as checked baggage.

**24. Unauthorized Transfer of Property**

We will not pay for loss caused by, resulting from, or arising out of the transfer of property that has been transferred to any person or to any place outside your premises on the basis of unauthorized instructions.

**25. Unauthorized Viewing, Copying of Computer Media and Data**

We will not pay for financial loss or any other loss or damage due to unauthorized viewing, copying or use of any data (including proprietary or confidential information) by any person, even if such activity is characterized as "theft".

**26. Utility Services Interruption**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the failure of power, communication, water or other utility service supplied to the insured premises, however caused, if the failure originates away from insured premises. Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Communication services include but are not limited to service relating to internet access or access to any electronic, cellular or satellite network.

b. This Exclusion applies whether or not caused by a weather condition.

c. If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

d. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

e. This Exclusion does not apply to:

(1) "Computer Equipment" and "Computer Media and Data" and "Valuable Papers";

(2) Accounts Receivable and Fine Arts Additional Coverages; and

(3) Coverage provided under the Utility Service Additional Coverage(s).

(4) Coverage provided under the Website and Internet Services Additional Coverage.

**27. Voluntary Parting**

We will not pay for loss or damage caused by or resulting from voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**28. War, Military Action**

a. We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

b. This exclusion applies whether or not the loss event results in widespread damage or effects a substantial area.

**29. Workmanship**

a. We will not pay for the cost of correcting defects in Covered Property, or loss or damage to Covered Property that was caused by, resulting from, or arising out of work done on Covered Property by you, your employees, or others working on your behalf.

b. If direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property or Equipment Breakdown Accident ensues to Equipment Breakdown Equipment, we will pay only for such ensuing loss or damage.

**30. Other Exclusions**

We will not pay for loss or damage caused by, resulting from, or arising out of:

a. Wear and tear, or change in color, texture, or finish;

b. Rust, corrosion, fungus, decay, or deterioration;

*0500272KR55050101 01720

   c. Hidden or latent defect or any quality in property that causes it to damage or destroy itself;

d. Smog; or

e. Shrinkage, evaporation, or loss of weight of "Stock".

But if direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**C. Theft Limitations to Specific Types of Covered Property**

For loss or damage by "theft", the following types of property are covered only up to the following Limits of Insurance:

1. $5,000 for furs, fur garments and garments trimmed with fur.

2. $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals.

   This limitation does not apply to:

   a. Jewelry and watches worth $100 or less per item; or

   b. Gold, gold salts, silver, platinum, precious and semi-precious alloys, metals or stones used in the manufacture of your products, other than jewelry manufacturing or repair.

3. $1,000 for stamps, tickets and letters of credit.

4. $250 for employee tools.

**D. Additional Coverage - Equipment Breakdown**

The term Covered Causes of Loss includes the Additional Coverage – Equipment Breakdown as defined and limited below:

**1. Equipment Breakdown**

a. This insurance is extended to apply to loss or damage caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property.

b. Equipment Breakdown Accident means direct physical loss as follows:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force;

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

(3) Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

c. Equipment Breakdown Property means Covered Property:

(1) that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

(2) which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

d. The following is not Equipment Breakdown Property:

(1) Any structure, foundation, cabinet, compartment or air supported structure or building;

(2) Any insulating or refractory material;

(3) Any sewer piping, any underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(4) Any draglines, excavation or construction equipment; or

(5) Any equipment manufactured by you for sale.

(6) Any satellite, or any equipment mounted on a satellite.

(7) Any vehicle or any equipment mounted on a vehicle. As used here, vehicle means any machine or apparatus that is used for transportation or moves under its own power. Vehicle includes, but is not limited to, car, truck, bus, trailer, train, aircraft, spacecraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a "scheduled premises" and that receives electrical power from an external power source will not be considered a vehicle.

*0500272KR5505010101721

e. **Limit of Insurance**: The most we will pay in any one Equipment Breakdown Accident to Equipment Breakdown Property is the lesser of the applicable Limit of Insurance for:

(1) Building and Business Personal Property or Business Interruption as shown in the Property Choice Schedule of Premises and Coverages or

(2) Equipment Breakdown Limit of Insurance as shown in the Property Choice Schedule of Premises and Coverages.

2. The following Coverage Extensions apply to loss or damage to Covered Property caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property:

a. **CFC Refrigerants**

We will pay for the additional costs to repair or replace Covered Property beyond what would have been necessary had no refrigerant containing CFC (chlorinated fluorocarbon) substances been involved in the Equipment Breakdown Accident.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the CFC Refrigerants Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages, but not more than the least amount to:

(1) Repair the damaged property and replace any lost CFC refrigerant;

(2) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

(3) Replace the system with one using a non-CFC refrigerant.

This Coverage Extension is included within the Covered Property Limit of Insurance.

b. **Hazardous Substances**

We will pay for the additional costs to repair or replace Covered Property beyond what would have been necessary had the Equipment Breakdown Accident not caused contamination by a Hazardous Substance. This includes the additional expenses to clean up or dispose of such property.

As used in this Coverage Extension, Hazardous Substance means any substance that has been declared to be hazardous to health by a governmental agency.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the Hazardous Substances Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages.

This Coverage Extension is included within the Covered Property Limit of Insurance.

c. **Spoilage**

We will pay for your loss of perishable goods due to:

(1) Spoilage; or

(2) Contamination caused by the release of refrigerants, including but not limited to ammonia; caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property located at the premises.

We will not pay for loss or damage as a result of your failure to use all reasonable means to protect the perishable goods from damage following an Equipment Breakdown Accident.

We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

If you are unable to replace the perishable goods before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the perishable goods at the time of the Equipment Breakdown Accident, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

As used in this Coverage Extension, perishable goods means personal property maintained under controlled conditions for its preservation, and

susceptible to loss or damage if the controlled conditions change.

The most we will pay for in any one occurrence under this Coverage Extension is the Spoilage Limit of Insurance as stated in the Property Choice Schedule of Premises and Coverages.

This is included within the Covered Property Limit of Insurance.

**d. Expediting Expenses (Related to Equipment Breakdown)**

**(1)** In the event of a loss or damage caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property at "Scheduled Premises", "Newly Acquired Premises", and "Unnamed Premises", we will pay for the reasonable and necessary additional expenses you incur to:

**(a)** Make temporary repairs;

**(b)** Expedite permanent repair or replacement of damaged property; or

**(c)** Provide training on replacement machines or equipment.

**(2)** This includes overtime wages, the extra cost of express or other rapid means of transportation, and expenses to bring computer systems back to operational status.

**(3)** The most we will pay under this Coverage Extension is the applicable limit of insurance as shown in Property Choice Schedule of Premises and Coverages - Causes Of Loss – Additional Coverage - Equipment Breakdown Expediting Expenses. This is an additional amount of insurance.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL

*0500272KR55050101 01722

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A.** Paragraphs **2.** and **3.** of the CANCELLATION Common Policy Conditions are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less:**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days:**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

© 2004, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the CANCELLATION Common Policy Conditions:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit.

**a.** If this coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this coverage solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel this coverage solely because corrosive soil conditions exist on the premises.

**C.** The following is added and supersedes any provisions to the contrary:

**1. Nonrenewal**

Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenant's household personal property contained in a residential unit.

**a.** We may elect not to renew this coverage for any reason, except as provided in **b.**, **c.** and **d.** below:

**b.** We will not refuse to renew this coverage solely because the first Named Insured has accepted an offer of earthquake coverage. However, the following applies

only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew this coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threated our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and the commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1**, above.

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the time frames shown in Paragraph **C.1**, above, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

*0500272KR55050101 01723

*0500272KR55050101 01724

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**
**PROPERTY CHOICE POLICY**

The following is added to the CANCELLATION Common Policy Conditions:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

1. Seasonal unoccupancy;
2. Buildings in the course of construction, renovation or addition; or
3. Buildings to which the Vacancy Permit endorsement applies.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a covered cause of loss, permanent repairs to the building:

1. Have not started, and
2. Have not been contracted for,

within 30 days of initial payment of loss.

**C.** The building has:

1. An outstanding order to vacate;
2. An outstanding demolition order;
3. Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**E.** There has been failure to:

1. Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or
2. Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

© 1999, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

*0500272KR55050101 01725

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A.** The following is added to **SPECIFIC EXCLUSIONS**, of the Property Choice - Covered Causes of Loss And Exclusions Form (PC 10 10):

We will not pay for loss or damage caused by enforcement of "The Field Act". "The Field Act", which deals with earthquake safety standards, means:

1. The provisions of Article 4, Chapter 2, Division 11, Part 3, of the Educational Code of the State of California, including amendments.
2. All rules and regulations for the administration or enforcement of the Act, including but not limited to Sections 101 to 1206 inclusive of Title 21 of the California Administrative Code as it is now or as it may be reorganized.

**B.** With respect to an "open policy", the following are added to any provision in this Coverage Part which uses the term actual cash value.

Actual cash value is determined as follows:

1. In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, which ever is less.
2. In the event of a partial loss to a building or structure, actual cash value is calculated as **2.a.** or **2.b.**, which ever is less:
   a. The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss;
   b. The limit of Insurance applicable to the property.
3. In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:
   a. The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or
   b. The Limit of Insurance applicable to the property.
4. An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss of damage caused by fire:

We do not provide coverage to the insured who, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

1. This Coverage Part;
2. The Covered Property;
3. That insured's interest in the Covered Property; or
4. A claim under this Coverage Part or Coverage Form.

© 2010, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

**D.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss of damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**E.** The **Appraisal** Condition is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**F.** Item **E. 1. LOSS PAYMENT AND VALUATION CONDITIONS – Replacement Cost** found in the Property Choice Coverage Form (PC 00 10) is revised as follows:

Subitem **1.b.** is deleted and is replaced with the following:

**b.** We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, and in accordance with the terms applicable Loss Payment conditions in this policy, we will pay the actual cash value of the lost or damaged property as described in this endorsement. If the actual cash value does not exhaust the applicable Limit of Insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

**(1)** Within 12 months after our first payment of the actual cash value; or

**(2)** Within 24 months after our first payment of the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

unless we extend the time period for good cause.

The foregoing provisions do not constitute a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

# Quick Reference
# Commercial Auto Coverage Part
# Business Auto Coverage Form

## READ YOUR POLICY CAREFULLY

## BUSINESS AUTO COVERAGE FORM DECLARATIONS

- Named Insured And Address
- Coverages, Covered Autos And Limits Of Insurance
- Rating Exposures, Rates And Estimated Premium

## BUSINESS AUTO COVERAGE FORM

Beginning on Page

**PREAMBLE**

- Definitions of "You" and "We" .......................... 1

**SECTION I - Covered Autos**

- Description of Covered Auto Designation Symbols .......................... 1
- Owned Autos You Acquire After the Policy Begins .......................... 2
- Certain Trailers, Mobile Equipment And Temporary Substitute Autos .......................... 2

**SECTION II - Liability Coverage**

- Coverage .......................... 2
- Who Is An Insured .......................... 2
- Coverage Extensions
  - Supplementary Payments .......................... 3
  - Out of State Coverage Extensions .......................... 3
- Exclusions .......................... 3
- Limit of Insurance .......................... 5

**SECTION III - Physical Damage Coverage**

- Coverage .......................... 5
- Exclusions .......................... 6
- Limit of Insurance .......................... 7
- Deductible .......................... 7

**SECTION IV - Business Auto Conditions**

- Loss Conditions
  - Appraisal For Physical Damage Loss .......................... 7
  - Duties in The Event of Accident, Claim, Suit or Loss .......................... 7
  - Legal Action Against Us .......................... 8
  - Loss Payment - Physical Damage Coverages .......................... 8
  - Transfer Of Rights Of Recovery Against Others To Us .......................... 8
- General Conditions
  - Bankruptcy .......................... 8
  - Concealment, Misrepresentation Or Fraud .......................... 8
  - Liberalization .......................... 8
  - No Benefit To Bailee - Physical Damage Coverages .......................... 8
  - Other Insurance .......................... 8
  - Premium Audit .......................... 9
  - Policy Period, Coverage Territory .......................... 9
  - Two Or More Coverage Forms Or Policies Issued By Us .......................... 9

**SECTION V - Definitions** .......................... 9

*0500272KR55050101 01726

© 2001, The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission.)

# COMMERCIAL AUTOMOBILE COVERAGE PART - DECLARATIONS BUSINESS AUTO COVERAGE FORM

THE HARTFORD

**POLICY NUMBER:** 72 UUN KR5505

This COMMERCIAL AUTOMOBILE COVERAGE PART consists of:

A. This Declarations Form;
B. Business Auto Coverage Form; and
C. Any Endorsements issued to be a part of this Coverage Form and listed below.

*0500272KR55050101 01727

## ITEM ONE - NAMED INSURED AND ADDRESS

The Named Insured is stated on the Common Policy Declarations.

**ADVANCE PREMIUM:** $ 2,210.00

**AUDIT PERIOD:**

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or the "Common Policy Declarations."

Form Numbers of Coverage Forms, Endorsements and Schedules that are part of this Coverage Part:

| | | | | |
|---|---|---|---|---|
| HA00040302 | HA00121102T | CA00011001 | HA21020692 | CA04240406 |
| CA21540909 | CA01430507 | CA20380297 | HA00241290 | HA99040187 |
| HA99081290 | HA99160706 | HA99260406 | | |

© 2002 The Hartford (Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**COMMERCIAL AUTOMOBILE**
**COVERAGE PART - DECLARATIONS**
**BUSINESS AUTO COVERAGE FORM (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

## ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the advance premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit<br>The Most We Will Pay for Any One Accident or Loss | Advance Premium |
|---|---|---|---|
| LIABILITY | 01 | $ 1,000,000 | $ 1,497.00 |
| PERSONAL INJURY PROTECTION (or equivalent No-Fault coverage) | | Separately stated in each Personal Injury Protection Endorsement. | |
| ADDED PERSONAL INJURY PROTECTION (or equivalent added No-Fault coverage) | | Separately stated in each Added Personal Injury Protection Endorsement. | |
| OPTIONAL BASIC ECONOMIC LOSS (New York only) | | $25,000 each eligible injured person. | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | Separately stated in the Property Protection Insurance Endorsement. | |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | Separately stated in the Medical Expense and Income Loss Benefits Endorsement. | |
| AUTO MEDICAL PAYMENTS | 02 | $ or the limit separately stated for each "auto" in ITEM THREE. | $ 94.00 |
| UNINSURED MOTORISTS | 02 | $ SEE FORM HA2102 OR STATE FORM(S) | $ 191.00 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorist Coverage) | | $ | |

**COMMERCIAL AUTOMOBILE**
**COVERAGE PART - DECLARATIONS**
**BUSINESS AUTO COVERAGE FORM (Continued)**

**POLICY NUMBER**: 72 UUN KR5505

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS (Continued)**

| Coverages | Covered Autos | Limit The Most We Will Pay for Any One Accident or Loss | Advance Premium |
|---|---|---|---|
| PHYSICAL DAMAGE | | See ITEM FOUR for hired or borrowed "autos". | |
| COMPREHENSIVE COVERAGE | 07 | Actual Cash Value, Cost of Repair, or the Stated Amount shown in ITEM THREE, whichever is smallest, minus any deductible shown in ITEM THREE for each covered "auto". | $ 111.00 |
| SPECIFIED CAUSES OF LOSS COVERAGE | | Actual Cash Value, Cost of Repair, or the Stated Amount shown in ITEM THREE, whichever is smallest, minus $ deductible for each covered "auto" for "loss" caused by mischief or vandalism. | |
| COLLISION COVERAGE | 07 | Actual Cash Value, Cost of Repair, or the Stated Amount shown in ITEM THREE, whichever is smallest, minus any deductible shown in ITEM THREE for each covered "auto". | $ 317.00 |
| TOWING AND LABOR | | $ or the amount separately stated for each "auto" in ITEM THREE, whichever is greater, for each disablement. | |

**Endorsement Premium**
(Not included above)

**TOTAL ADVANCE PREMIUM:** $ 2,210.00

*0500272KR5505050101 01728

**COMMERCIAL AUTOMOBILE**
**COVERAGE PART - DECLARATIONS**
**BUSINESS AUTO COVERAGE FORM (Continued)**

**POLICY NUMBER**: 72 UUN KR5505

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

Applicable only if "Schedule of Covered Autos You Own" is issued to form a part of this Coverage Form.
FORM HA0012 ATTACHED

## ITEM FOUR - SCHEDULE OF HIRED OR BORROWED AUTO COVERAGE AND PREMIUMS

**LIABILITY COVERAGE**
**RATING BASIS IS COST OF HIRE. Cost of hire** means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| State | Estimated Cost of Hire | Rate Per Each $100 Cost of Hire | Advance Premium |
|---|---|---|---|
| | IF ANY | 1.534 | $ 95.00 MP |

**TOTAL ADVANCE PREMIUM:** $ 95.00 MP

## ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY

| Named Insured's Business | Rating Basis | Number | Advance Premium |
|---|---|---|---|
| Other than a Social Service Agency | Number of Employees | 25 | $ 103.00 |
| | Number of Partners | | |
| Social Service Agency | Number of Employees | | |
| | Number of Volunteers | | |

**TOTAL ADVANCE PREMIUM:** $ 103.00 MP

# SCHEDULE OF COVERED AUTOS YOU OWN (ITEM THREE OF THE DECLARATIONS)

**POLICY NUMBER:** 72 UUN KR5505

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

```
--------------------------------------------------------------------------------
NO. 00001       10 FORD           E150              ID NO. 1FTNE1EW3ADA07724
GARAGED: LOS ANGELES                  CA TERR: 011   CLASS: 01199
ORIG. COST NEW: $ 27,000
TAX LOC:          ZIP CODE: 90058        RADIUS: L   SIZE:     10000

COVERAGES:                        SEQ. NO. 00001                     PREMIUMS
   LIABILITY                                                        $ 1,299.00
   AUTO MEDICAL PAYMENTS                   $ 5,000 EACH "INSURED"   $     94.00
   UNINSURED MOTORISTS                                              $    191.00
   COMPREHENSIVE  $    500 DEDUCTIBLE                               $    111.00
   COLLISION      $    500 DEDUCTIBLE                               $    317.00
--------------------------------------------------------------------------------
```

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

*0500272KR5505010101730

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

© ISO Properties, Inc., 2000

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5** or **6** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.
2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:
   - **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and
   - **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.
2. "Mobile equipment" while being carried or towed by a covered "auto".
3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:
   - **a.** Breakdown;
   - **b.** Repair;
   - **c.** Servicing;
   - **d.** "Loss"; or
   - **e.** Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

- **a.** You for any covered "auto".
- **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:
  - **(1)** The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.
  - **(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.
  - **(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.
  - **(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".
  - **(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

 © ISO Properties, Inc., 2000

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **Coverage Extensions**

a. **Supplementary Payments**

In addition to the Limit of Insurance, we will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

b. **Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

1. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

3. **Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

*0500272KR55050101 01731

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

 © ISO Properties, Inc., 2000

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Towing**

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

 © ISO Properties, Inc., 2000 

*0500272KR55050101 01732

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**b. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

4. We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

© ISO Properties, Inc., 2000

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

© ISO Properties, Inc., 2000

*0500272KR55050101 01733

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

 © ISO Properties, Inc., 2000

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

a. The United States of America;

b. The territories and possessions of the United States of America;

c. Puerto Rico;

d. Canada; and

e. Anywhere in the world if:

(1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B. "Auto" means a land motor vehicle, "trailer" or semitrailer designed for travel on public roads but does not include "mobile equipment".

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement; or

2. Any claim or "suit" by or on behalf of a governmental authority demanding

that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured";

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

*0500272KR55050101 01734

© ISO Properties, Inc., 2000

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

© ISO Properties, Inc., 2000

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers.

**5.** Vehicles not described in Paragraphs **1.**, **2.**, **3.**, or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers.

**6.** Vehicles not described in Paragraphs **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

*0500272KR55050101 01735

 © ISO Properties, Inc., 2000

POLICY NUMBER: 72 UUN KR5505

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LIMITS UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | |
|---|---|
| Named Insured | Countersigned by |

(Authorized Representative)

The Limit shown in ITEM TWO of the Declarations for Uninsured Motorists Coverage and for Underinsured Motorists Coverage (when not included in Uninsured Motorists Coverage) is replaced by the limits shown below for the state indicated.

**SCHEDULE**

| COVERAGE | LIMIT | | STATE |
|---|---|---|---|
| UNINSURED MOTORISTS | $ 1,000 ,000 each "accident" | | CA |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists Coverage) | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident' | | |

The state limit shown above completes the limit entry required on the endorsement(s) applicable in the same state.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA UNINSURED MOTORISTS COVERAGE - BODILY INJURY

For a covered "auto" licensed or principally garaged in or "garage operations" conducted in California, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**

**Endorsement Effective Date:**

**SCHEDULE**

**Limit Of Insurance: $** **Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".
2. We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.
3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":
   a. The Named Insured and any "family members".
   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.
   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

*0500272KR5505010101737

 © Insurance Services Office, Inc., 2009

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** Punitive or exemplary damages.

**2.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

**3.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

**4.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy.

However, Exclusion **4.** shall not apply to "bodily injury" sustained by an individual Named Insured or "family member" when struck by a vehicle owned by that "insured" and operated or caused to be operated by a person without that "insured's" consent in connection with criminal activity that has been documented in a police report and to which that "insured" is not a party to.

**5.** "Bodily injury" sustained by an individual Named Insured or any "family member" while "occupying" any vehicle leased by that Named Insured or any "family member" under a written contract for a period of six months or more that is not a covered "auto".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" sustained by an "insured" while "occupying" any "auto" that is rented or leased to that "insured" for use as a public or livery conveyance. However, this exclusion does not apply if the "insured" is in the business of providing public or livery conveyance.

**8.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** For a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", our Limit of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this policy's Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

 © Insurance Services Office, Inc., 2009

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for California Uninsured Motorists Coverage – Bodily Injury as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Send us copies of the legal papers if a "suit" is brought. In addition, a person seeking coverage under Paragraph **b.** of the definition of "uninsured motor vehicle" must:

      (1) Provide us with a copy of the complaint by personal service or certified mail if the "insured" brings an action against the owner or operator of such "uninsured motor vehicle";

      (2) Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and

      (3) Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

2. **Legal Action Against Us** is replaced by the following:

   No legal action may be brought against us under this coverage form until there has been full compliance with all the terms of this coverage form and with respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle" unless within two years from the date of the "accident":

   a. Agreement as to the amount due under this insurance has been concluded;

   b. The "insured" has formally instituted arbitration proceedings against us. In the event that the "insured" decides to arbitrate, the "insured" must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

   c. "Suit" for "bodily injury" has been filed against the uninsured motorist in a court of competent jurisdiction.

   Written notice of the "suit" must be given to us within a reasonable time after the "insured" knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the accident. Failure of the "insured" or his or her representative to give us such notice of the "suit" will relieve us of our obligations under this coverage form only if the failure to give notice prejudices our rights.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   a. With respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle", if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

   b. With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

*0500272KR5505010101 01738

 © Insurance Services Office, Inc., 2009

c. If the coverage under this coverage form is provided:

(1) On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

5. The following Condition is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

**F. Additional Definitions**

The following are added to the **Definitions** section:

1. "Family member" means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or trailer:

a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is less than the Limit of Insurance for this coverage;

c. For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

d. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

e. That is owned by an individual Named Insured or "family member" and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report.

However, "uninsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

b. Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

c. Designed or modified for use primarily off public roads while not on public roads.

 © Insurance Services Office, Inc., 2009    

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in or "garage operations" conducted in California this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The term "spouse" is replaced by the following:

Spouse or registered domestic partner under California law.

**B.** The following are added to the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier and Truckers Coverage Forms and supersede any provisions to the contrary:

**1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos", and

**b.** The other provides coverage to a person not engaged in that business, and

**c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.,** then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

**2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos", and

**b.** The other provides coverage to a person not engaged in that business, and

**c.** At the time of an "accident" an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.,** then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

**3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

**a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators, and

**b.** The other provides coverage to a person other than as described in Paragraph **3.a.,** and

**c.** At the time of an "accident", a person who is not the Named Insured of the policy described in Paragraph **3.a.,** and who is not the agent or "employee" of such Named Insured is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **3.a.,** then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

*0500272KR5505010101 01739

 © ISO Properties, Inc., 2006

4. Notwithstanding Paragraph **B.3.**, when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:
   a. One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and
   b. The other provides coverage to a Named Insured not engaged in that business; and
   c. At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.**, then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**C.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

1. Used or maintained for the transportation of persons for hire, compensation or profit;
2. Designed, used or maintained primarily for the transportation of property; or
3. Leased for a period of six months or more.

© ISO Properties, Inc., 2006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

*0500272KR55050101 01740

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".
2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".
3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.
2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.
3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".
4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.
5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.
6. "Bodily injury" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© ISO Properties, Inc., 2005

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© ISO Properties, Inc., 2005

*0500272KR55050101 01741

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA - LEASING OR RENTAL CONCERNS - PRIMACY OF COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers Coverage Form, are changed by adding the following:

**1.** Notwithstanding Paragraph **a.** in the Business Auto Coverage Form and Paragraphs **a.** and **c.** in the Truckers Coverage Form, when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

**a.** One provides such coverage to a Named Insured engaged in the business of renting or leasing "commercial vehicles" without operators, and

**b.** The other provides such coverage to a person not engaged in that business, and

**c.** At the time of an "accident", a person who is not the Named Insured of the policy described in Paragraph **A.1.b.**, and who is not the agent or employee of such Named Insured is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **A.1.a.**, then the liability coverage provided by the Coverage Form or policy described in Paragraph **A.1.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **A.1.a.** is excess over any coverage available to that person.

**B.** As used in this endorsement:

"Commercial vehicle" means an "auto" of a type required to be registered under the California Vehicle Code, and:

**1.** Used or maintained for the transportation of persons for hire, compensation or profit, other than a van pool vehicle;

**2.** Designed, used or maintained primarily for the transportation of property; or

**3.** Leased for a period of six months or more.

 Copyright, Insurance Services Office, Inc., 1996



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN HIRED CAR PHYSICAL DAMAGE - LIMIT OF INSURANCE

*0500272KR5505010101 01742

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM
TRUCKERS ENDORSEMENT

A. The BUSINESS AUTO COVERAGE FORM is changed as follows:

1. PHYSICAL DAMAGE COVERAGE for covered "autos" you hire or borrow is excess unless primary physical damage coverage for such autos is specifically provided in the policy Declarations
2. Paragraph b. of the OTHER INSURANCE Condition does not apply to Hired Auto Physical Damage Coverage.

B. The GARAGE COVERAGE FORM is changed as follows:

1. PHYSICAL DAMAGE COVERAGE for covered "autos" you hire or borrow is excess unless primary physical damage coverage for such autos is specifically provided in the policy Declarations.
2. Paragraph b. of the OTHER INSURANCE Condition regarding Hired Auto Physical Damage Coverage does not apply

C. The TRUCKERS COVERAGE FORM is changed as follows:

1. PHYSICAL DAMAGE COVERAGE for covered "autos" you hire or borrow is excess unless primary physical damage coverage for such autos is specifically provided in the policy Declarations.
2. Paragraph d. of the OTHER INSURANCE - PRIMARY AND EXCESS INSURANCE Condition regarding Hired Auto Physical Damage does not apply.

D. The TRUCKERS ENDORSEMENT is changed as follows:

1. PHYSICAL DAMAGE COVERAGE for covered "autos" you hire or borrow is excess unless primary physical damage coverage for such autos is specifically provided in the policy Declarations.
2. Paragraph d. of the OTHER INSURANCE Condition regarding Hired Auto Physical Damage Coverage does not apply.

POLICY NUMBER:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEXICO COVERAGE

*0500272KR55050101 01743

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**GARAGE COVERAGE FORM**
**TRUCKERS COVERAGE FORM**

| **Endorsement effective** | |
|---|---|
| **Named Insured** | **Countersigned by** |

(Authorized Representative)

The coverage provided by this policy will apply while your covered "auto" is being used in the Republic of Mexico for no more than 10 days at any one time. However, such coverage shall be excess over any other collectible insurance.

**WARNING: The Republic of Mexico considers an auto accident a criminal offense as well as a civil matter.**

Unless you have automobile insurance written by a Mexican Insurance Company, you may spend many hours or days in jail if you have an accident in Mexico. Insurance coverage should be secured from a company licensed under the laws of Mexico to write such insurance in order to avoid complications and some other penalties possible under the laws of Mexico, including the possible impoundment of your automobile.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY COVERAGE PRIVATE PASSENGER TYPE AUTOS

*0500272KR55050101 01744

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**GARAGE COVERAGE FORM**
**TRUCKERS COVERAGE FORM**

Section I

A. The **BUSINESS AUTO COVERAGE FORM** is changed as follows:

For LIABILITY COVERAGE for "private passenger type autos", paragraph **a.** of the POLLUTION EXCLUSION applies only to liability assumed under a contract or agreement.

B. The **TRUCKERS COVERAGE FORM** is changed as follows:

For LIABILITY COVERAGE for "private passenger type autos", paragraph **a.** of the POLLUTION EXCLUSION applies only to liability assumed under a contract or agreement.

C. The **GARAGE COVERAGE FORM** is changed as follows:

For LIABILITY COVERAGE for "private passenger type autos", paragraph **a.** of the POLLUTION EXCLUSION APPLICABLE TO "GARAGE OPERATIONS" - COVERED "AUTOS" applies only to liability assumed under a contract or agreement.

Section II

The following is added to the DEFINITIONS Section:

"Private passenger type auto" means a private passenger or station wagon type "auto" and includes an "auto" of the pick-up or van type if not used for business purposes. If you are an individual, business purposes does not include farming or ranching.

*0500272KR55050101 01745

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL AUTOMOBILE BROAD FORM ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**

To the extent that the provisions of this endorsement provide broader benefits to the "insured" than other provisions of the Coverage Form, the provisions of this endorsement apply.

**1. BROAD FORM INSURED**

**A. Subsidiaries and Newly Acquired or Formed Organizations**

The Named Insured shown in the Declarations is amended to include:

(1) Any legally incorporated subsidiary in which you own more than 50% of the voting stock on the effective date of the Coverage Form. However, the Named Insured does not include any subsidiary that is an "insured" under any other automobile policy or would be an "insured" under such a policy but for its termination or the exhaustion of its Limit of Insurance.

(2) Any organization that is acquired or formed by you and over which you maintain majority ownership. However, the Named Insured does not include any newly formed or acquired organization:

(a) That is a partnership, joint venture or limited liability company

(b) That is an "insured" under any other policy,

(c) That has exhausted its Limit of Insurance under any other policy, or

(d) 180 days or more after its acquisition or formation by you, unless you have given us notice of the acquisition or formation.

Coverage does not apply to "bodily injury" or "property damage" that results from an "accident" that occurred before you formed or acquired the organization.

**B. Employees as Insureds**

Paragraph A.1. - WHO IS AN INSURED - of SECTION II - LIABILITY COVERAGE is amended to add:

d. Any "employee" of yours while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

**C. Lessors as Insureds**

Paragraph A.1. - WHO IS AN INSURED - of Section II - Liability Coverage is amended to add:

e. The lessor of a covered "auto" while the "auto" is leased to you under a written agreement if:

(1) The agreement requires you to provide direct primary insurance for the lessor and

(2) The "auto" is leased without a driver.

Such a leased "auto" will be considered a covered "auto" you own and not a covered "auto" you hire.

**2. AUTOS RENTED BY EMPLOYEES**

Any "auto" hired or rented by your "employee" on your behalf and at your direction will be considered an "auto" you hire.

The OTHER INSURANCE Condition is amended by adding the following:

If an "employee's" personal insurance also applies on an excess basis to a covered "auto" hired or rented by your "employee" on your behalf and at your direction, this insurance will be primary to the "employee's" personal insurance.

© 2006, The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission.)

**3. AMENDED FELLOW EMPLOYEE EXCLUSION**

EXCLUSION 5. - FELLOW EMPLOYEE - of SECTION II - LIABILITY COVERAGE does not apply if you have workers' compensation insurance in-force covering all of your "employees".

Coverage is excess over any other collectible insurance.

**4. HIRED AUTO PHYSICAL DAMAGE COVERAGE**

If hired "autos" are covered "autos" for Liability Coverage and if Comprehensive, Specified Causes of Loss, or Collision coverages are provided under this Coverage Form for any "auto" you own, then the Physical Damage Coverages provided are extended to "autos" you hire or borrow, subject to the following limit.

The most we will pay for "loss" to any hired "auto" is:

(1) $50,000;

(2) The actual cash value of the damaged or stolen property at the time of the "loss"; or

(3) The cost of repairing or replacing the damaged or stolen property,

whichever is smallest, minus a deductible. The deductible will be equal to the largest deductible applicable to any owned "auto" for that coverage. No deductible applies to "loss" caused by fire or lightning. Hired Auto Physical Damage coverage is excess over any other collectible insurance. Subject to the above limit, deductible and excess provisions, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own.

We will also cover loss of use of the hired "auto" if it results from an "accident", you are legally liable and the lessor incurs an actual financial loss, subject to a maximum of $1000 per "accident".

This extension of coverage does not apply to any "auto" you hire or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households.

**5. PHYSICAL DAMAGE - ADDITIONAL TEMPORARY TRANSPORTATION EXPENSE COVERAGE**

Paragraph A.4.a. of SECTION III - PHYSICAL DAMAGE COVERAGE is amended to provided a limit of $50 per day and a maximum limit of $1,000.

**6. LEASE GAP COVERAGE**

Under SECTION III - PHYSICAL DAMAGE COVERAGE, if a long-term leased "auto" is a covered "auto" and the lessor is named in the policy as a **Loss Payee**, we will pay in the event of a total "loss" your additional legal obligation to the lessor for any difference between the actual cash value of the "auto" at the time of the "loss" and the "outstanding balance" of the lease.

"Outstanding balance" means the amount you owe on the lease at the time of "loss" less any amounts representing taxes; overdue payments; penalties, interest or charges resulting from overdue payments; additional mileage charges; excess wear and tear charges; lease termination fees.

**7. AIRBAG COVERAGE**

Under Paragraph B. EXCLUSIONS - of SECTION III - PHYSICAL DAMAGE COVERAGE, the following is added:

The exclusion relating to mechanical breakdown does not apply to the accidental discharge of an airbag.

**8. ELECTRONIC EQUIPMENT - BROADENED COVERAGE**

The exceptions to Paragraphs B.4 - EXCLUSIONS - of SECTION III - PHYSICAL DAMAGE COVERAGE are replaced by the following:

Exclusions 4.c. and 4.d. do not apply to:

a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

b. Electronic equipment that is necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

c. Electronic equipment that is an integral part of the same unit housing any sound reproducing equipment described in Paragraph a. above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

d. Any other electronic equipment that receives or transmits audio, visual or data signals if such equipment:

(1) is permanently installed in a covered "auto" at the time of the "loss"; and

(2) is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; and

(3) was initially installed or is a replacement of equipment that was initially installed by the auto manufacturer or dealer before the covered "auto" was delivered to the original purchaser; and

(4) the value of the equipment was included in the retail cost the original purchaser paid for the covered "auto".

**9. EXTRA EXPENSE - BROADENED COVERAGE**

Under Paragraph A. - COVERAGE - of SECTION III - PHYSICAL DAMAGE COVERAGE, we will pay for the expense of returning a stolen covered "auto" to you.

**10. GLASS REPAIR - WAIVER OF DEDUCTIBLE**

Under Paragraph D. - DEDUCTIBLE - of SECTION III - PHYSICAL DAMAGE COVERAGE, the following is added:

No deductible applies to glass damage if the glass is repaired rather than replaced.

**11. TWO OR MORE DEDUCTIBLES**

Under Paragraph D. - DEDUCTIBLE - of SECTION III - PHYSICAL DAMAGE COVERAGE, the following is added:

If another Hartford Financial Services Group, Inc. company policy or coverage form that is not an automobile policy or coverage form applies to the same "accident", the following applies:

(1) If the deductible under this Business Auto Coverage Form is the smaller (or smallest) deductible, it will be waived;

(2) If the deductible under this Business Auto Coverage Form is not the smaller (or smallest) deductible, it will be reduced by the amount of the smaller (or smallest) deductible.

**12. AMENDED DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS**

The requirement in LOSS CONDITIONS 2.a. - DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS - of SECTION IV - BUSINESS AUTO CONDITIONS that you must notify us of an "accident" applies only when the "accident" is known to:

(1) You, if you are an individual;

(2) A partner, if you are a partnership;

(3) A member, if you are a limited liability company; or

(4) An executive officer or insurance manager, if you are a corporation.

**13. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Form because of such failure.

**14. HIRED AUTO - COVERAGE TERRITORY**

Paragraph e. of GENERAL CONDITIONS 7. - POLICY PERIOD, COVERAGE TERRITORY - of SECTION IV - BUSINESS AUTO CONDITIONS is replaced by the following:

e. For short-term hired "autos", the coverage territory with respect to Liability Coverage is anywhere in the world provided that if the "insured's" responsibility to pay damages for "bodily injury" or "property damage" is determined in a "suit," the "suit" is brought in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

**15. WAIVER OF SUBROGATION**

TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - of SECTION IV - BUSINESS AUTO CONDITIONS is amended by adding the following:

We waive any right of recovery we may have against any person or organization with whom you have a written contract that requires such waiver because of payments we make for damages under this Coverage Form.

**16. RESULTANT MENTAL ANGUISH COVERAGE**

The definition of "bodily injury" in SECTION V- DEFINITIONS is replaced by the following:

"Bodily injury" means bodily injury, sickness or disease sustained by any person, including mental anguish or death resulting from any of these.

**17. EXTENDED CANCELLATION CONDITION**

Paragraph 2. of the COMMON POLICY CONDITIONS - CANCELLATION - applies except as follows:

If we cancel for any reason other than nonpayment of premium, we will mail or deliver to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

*0500272KR5505O101 01746

*0500272KR55050101 01747

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAR EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The War exclusion under Paragraph **B. Exclusions** of **Section II – Liability Coverage** is replaced by the following:

**WAR**

"Bodily injury", "property damage" arising directly or indirectly, out of:

**a.** War, including undeclared or civil war.

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents.

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© 2006, The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission.)



# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# OCCURRENCE

## READ YOUR POLICY CAREFULLY

*0500272KR55050101 01748

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

| | | Beginning on Page |
|---|---|---|
| **SECTION I - COVERAGES** | | |
| Coverage A - Bodily Injury and Property Damage Liability | Insuring Agreement | 1 |
| | Exclusions | 2 |
| Coverage B - Personal and Advertising Injury Liability | Insuring Agreement | 5 |
| | Exclusions | 6 |
| Coverage C - Medical Payments | Insuring Agreement | 7 |
| | Exclusions | 8 |
| Supplementary Payments Coverages A And B | | 8 |
| **SECTION II - WHO IS AN INSURED** | | 9 |
| **SECTION III - LIMITS OF INSURANCE** | | 12 |
| **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** | | 13 |
| Bankruptcy | | 13 |
| Duties in The Event Of Occurrence, Offense, Claim or Suit | | 13 |
| Legal Action Against Us | | 13 |
| Other Insurance | | 14 |
| Premium Audit | | 15 |
| Representations | | 15 |
| Separation of Insureds | | 15 |
| Transfer of Rights of Recovery Against Others To Us | | 15 |
| When We Do Not Renew | | 15 |
| **SECTION V - DEFINITIONS** | | 15 |

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS**

These form numbers are shown on the Coverage Part - Declarations Page or on the Common Policy Declarations Page.

© 2005, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

# COMMERCIAL GENERAL LIABILITY COVERAGE PART - DECLARATIONS

**POLICY NUMBER:** 72 UUN KR5505

This COMMERCIAL GENERAL LIABILITY COVERAGE PART consists of:

A. This Declarations;
B. Commercial General Liability Schedule;
C. Commercial General Liability Coverage Form; and
D. Any Endorsements issued to be a part of this Coverage Part and listed below.

*0500272KR5505O101 01749

**LIMITS OF INSURANCE**

The Limits of Insurance, subject to all the terms of this Policy that apply, are:

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You Limit - Any One Premises | $300,000 |
| Medical Expense Limit - Any One Person | $10,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| General Aggregate Limit, (other than Products-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Limit | $2,000,000 |

**ADVANCE PREMIUM:** $17,075.00

**AUDIT PERIOD:** ANNUAL AUDIT

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or the "Common Policy Declarations."

Form Numbers of Coverage Forms, Endorsements and Schedules that are part of this Coverage Part:

HC70010605 CG00670305 HC00880605 HC00950106 HC23700108
HG00010605 HG21020204 CG32340105 HC21370393 HC21900608
HC12101185T

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

*0500272KR55050101 01750

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2004



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBERFLEX AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY

*0500272KR55050101 01751

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement broadens coverage under **HG 00 01** for your web site or internet related activities.

**A. Section V - Definitions** is changed as follows:

**1. Definition Of Advertisement - Internet**

The following is added to Paragraph **a.** of the definition of "advertisement":

"Advertisement" means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

**a. (6)** The Internet;

**2. Definition of Personal And Advertising Injury**

**a. Your Web Site**

Paragraphs **f.** and **g.** of the definition of "personal and advertising injury" are replaced by the following:

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**f.** Copying, in your "advertisement" or on "your web site", a person's or organization's "advertising idea" or style of "advertisement";

**g.** Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement" or on "your web site";

**b. Publication By Those With Unauthorized Access**

The following is added to the definition of "personal and advertising injury":

As used in this definition, oral, written or electronic publication includes publication of material in your care, custody or control by someone not authorized to access or distribute that material.

**3. Definition of Your Web Site**

The following definition is added:

"Your web site" means a web page or set of interconnected web pages prepared and maintained by you, or by others on your behalf, that is accessible over an internet.

**B.** Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability** is changed as follows:

1. Exclusions **f.**, **g.** and **i.** are replaced by the following:

**f. Breach Of Contract**

"Personal and advertising injury" arising out of any breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement" or on "your web site";

© 2005, The Hartford

(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement" or on "your web site";

**i. Infringement Of Intellectual Property Rights**

"Personal and advertising injury" arising out any violation of any intellectual property rights such as copyright, patent, trademark, trade name, trade secret, service mark or other designation of origin or authenticity.

However, this exclusion does not apply to infringement, in your "advertisement" or on "your web site", of

**(1)** copyright;

**(2)** slogan, unless the slogan is also a trademark, trade name, service mark or other designation of origin or authenticity; or

**(3)** title of any literary or artistic work.

**2.** Exclusions **k.** - Electronic Chatrooms Or Bulletin Boards does not apply.

**3.** Subparagraphs **(1)**, **(2)** and **(3)** of Exclusion **p.** - Internet Advertisements And Content Of Others do not apply.



*0500272KR55050101 01752

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN THE DEFINITION OF PERSONAL AND ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraphs **c.** and **h.** of the definition of "personal and advertising injury" are replaced by the following:

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or organization occupies, committed by or on behalf of its owner, landlord or lessor;

**h.** Discrimination that results in humiliation or other injury to the feelings or reputation of a person.

© 2006, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the stock insurance company member of The Hartford providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V –Definitions.

*0500272KR55050101 01753

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**e. Incidental Medical Malpractice**

**(1)** "Bodily injury" arising out of the rendering of or failure to render professional health care services as a physician, dentist, nurse, emergency medical technician or paramedic shall be deemed to be caused by an "occurrence", but only if:

**(a)** The physician, dentist, nurse, emergency medical technician or paramedic is employed by you to provide such services; and

**(b)** You are not engaged in the business or occupation of providing such services.

© 2005 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

**(2)** For the purpose of determining the limits of insurance for incidental medical malpractice, any act or omission together with all related acts or omissions in the furnishing of these services to any one person will be considered one "occurrence".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

*0500272KR5505010101754

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is not owned by any insured and is hired, chartered or loaned with a paid crew. However, this exception does not apply if the insured has any other insurance for such "bodily injury" or "property damage", whether the other insurance is primary, excess, contingent or on any other basis.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" arising from the use of elevators.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

*0500272KR5505O101 01755

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any "employment-related practices"; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any "employment-related practices" are directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**r. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the "asbestos hazard".

**(2)** Any damages, judgments, settlements, loss, costs or expenses that:

**(a)** May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the "asbestos hazard";

**(b)** Arise out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an "asbestos hazard"; or

**(c)** Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of an "asbestos hazard".

**Damage To Premises Rented To You – Exception For Damage By Fire, Lightning Or Explosion**

Exclusions **c.** through **h.** and **j.** through **n.** do not apply to damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" arising out of an offense committed by, at the direction or with the consent or acquiescence of the insured with the expectation of inflicting "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral, written or electronic publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services.

**i. Infringement Of Intellectual Property Rights**

"Personal and advertising injury" arising out of any violation of any intellectual property rights such as copyright, patent, trademark, trade name, trade secret, service mark or other designation of origin or authenticity.

However, this exclusion does not apply to infringement, in your "advertisement", of:

**(1)** Copyright;

**(2)** Slogan, unless the slogan is also a trademark, trade name, service mark or other designation of origin or authenticity; or

**(3)** Title of any literary or artistic work.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **17.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, placing an "advertisement" for or linking to others on your web site, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Internet Advertisements And Content Of Others**

"Personal and advertising injury" arising out of:

**(1)** An "advertisement" for others on your web site;

**(2)** Placing a link to a web site of others on your web site;

**(3)** Content, including information, sounds, text, graphics, or images from a web site of others displayed within a frame or border on your web site; or

**(4)** Computer code, software or programming used to enable:

**(a)** Your web site; or

**(b)** The presentation or functionality of an "advertisement" or other content on your web site.

**q. Right Of Privacy Created By Statute**

"Personal and advertising injury" arising out of the violation of a person's right of privacy created by any state or federal act.

However, this exclusion does not apply to liability for damages that the insured would have in the absence of such state or federal act.

**r. Violation Of Anti-Trust law**

"Personal and advertising injury" arising out of a violation of any anti-trust law.

**s. Securities**

"Personal and advertising injury" arising out of the fluctuation in price or value of any stocks, bonds or other securities.

**t. Discrimination Or Humiliation**

"Personal and advertising injury" arising out of discrimination or humiliation committed by or at the direction of any "executive officer", director, stockholder, partner or member of the insured.

**u. Employment-Related Practices**

"Personal and advertising injury" to:

**(1)** A person arising out of any "employment-related practices"; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any "employment-related practices" are directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**v. Asbestos**

**(1)** "Personal and advertising injury" arising out of the "asbestos hazard".

**(2)** Any damages, judgments, settlements, loss, costs or expenses that:

**(a)** May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the "asbestos hazard";

**(b)** Arise out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an "asbestos hazard"; or

**(c)** Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of an "asbestos hazard".

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within three years of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

*0500272KR55050101 01756

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee,

necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

*0500272KR55050101 01757

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a. Employees and Volunteer workers**

Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or that "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

If you are not in the business of providing professional health care services, Paragraph **(d)** does not apply to any nurse, emergency medical technician or paramedic employed by you to provide such services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b. Real Estate Manager**

Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c. Temporary Custodians of Your Property**

Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d. Legal Representative If You Die**

Your legal representative if you die, but only with respect to duties as such. That representative will

have all your rights and duties under this Coverage Part.

**e. Unnamed Subsidiary**

Any subsidiary, and subsidiary thereof, of yours which is a legally incorporated entity of which you own a financial interest of more than 50% of the voting stock on the effective date of the Coverage Part.

The insurance afforded herein for any subsidiary not named in this Coverage Part as a named insured does not apply to injury or damage with respect to which an insured under this Coverage Part is also an insured under another policy or would be an insured under such policy but for its termination or the exhaustion of its limits of insurance.

**3. Newly Acquired or Formed Organization**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain financial interest of more than 50% of the voting stock, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**4. Mobile Equipment**

With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**5. Nonowned Watercraft**

With respect to watercraft you do not own that is less than 51 feet long and is not being used to carry persons for a charge, any person is an insured while operating such watercraft with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the watercraft, and only if no other insurance of any kind is available to that person or organization for this liability.

However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person operating the watercraft; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**6. Additional Insureds When Required By Written Contract, Written Agreement Or Permit**

The following person(s) or organization(s) are an additional insured when you have agreed, in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement.

A person or organization is an additional insured under this provision only for that period of time required by the contract or agreement.

However, no such person or organization is an insured under this provision if such person or organization is included as an insured by an endorsement issued by us and made a part of this Coverage Part.

**a. Vendors**

Any person(s) or organization(s) (referred to below as vendor), but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business and only if this Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

**(1)** The insurance afforded the vendor is subject to the following additional exclusions:

This insurance does not apply to:

**(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

*0500272KR55050101 01758

**(b)** Any express warranty unauthorized by you;

**(c)** Any physical or chemical change in the product made intentionally by the vendor;

**(d)** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**(e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**(f)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

**(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

**(h)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(i)** The exceptions contained in Sub-paragraphs **(d)** or **(f)**; or

**(ii)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

**(2)** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**b. Lessors of Equipment**

**(1)** Any person or organization from whom you lease equipment; but only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**(2)** With respect to the insurance afforded to these additional insureds this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c. Lessors of Land or Premises**

Any person or organization from whom you lease land or premises, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land or premises leased to you.

With respect to the insurance afforded these additional insureds the following additional exclusions apply:

This insurance does not apply to:

**1.** Any "occurrence" which takes place after you cease to lease that land; or

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**d. Architects, Engineers or Surveyors**

Any architect, engineer, or surveyor, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**(1)** In connection with your premises; or

**(2)** In the performance of your ongoing operations performed by you or on your behalf.

With respect to the insurance afforded these additional insureds, the following additional exclusion applies:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**2.** Supervisory, inspection, architectural or engineering activities.

**e. Permits Issued By State Or Political Subdivisions**

Any state or political subdivision, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

With respect to the insurance afforded these additional insureds, this insurance does not apply to:

**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality; or

**(2)** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**f. Any Other Party**

Any other person or organization who is not an insured under Paragraphs **a.** through **e**. above, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**(1)** In the performance of your ongoing operations;

**(2)** In connection with your premises owned by or rented to you; or

**(3)** In connection with "your work" and included within the "products-completed operations hazard", but only if

**(a)** The written contract or agreement requires you to provide such coverage to such additional insured; and

**(b)** This Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(2)** Supervisory, inspection, architectural or engineering activities.

The limits of insurance that apply to additional insureds under this provision is described in Section **III** – Limits Of Insurance.

How this insurance applies when other insurance is available to the additional insured is described in the Other Insurance Condition in Section **IV** – Commercial General Liability Conditions.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1. The Most We will Pay**

The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2. General Aggregate Limit**

The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3. Products-Completed Operations Aggregate Limit**

The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4. Personal and Advertising Injury Limit**

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5. Each Occurrence Limit**

Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6. Damage To Premises Rented To You Limit**

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning or explosion, while rented to you or temporarily occupied by you with permission of the owner.

In the case of damage by fire, lightning or explosion, the Damage to Premises Rented To You Limit applies to all damage proximately caused by the same event, whether such damage results from fire, lightning or explosion or any combination of these.

**7. Medical Expense Limit**

Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

**8. How Limits Apply To Additional Insureds**

If you have agreed in a written contract or written agreement that another person or organization be

added as an additional insured on your policy, the most we will pay on behalf of such additional insured is the lesser of:

a. The limits of insurance specified in the written contract or written agreement; or

b. The Limits of Insurance shown in the Declarations.

Such amount shall be a part of and not in addition to Limits of Insurance shown in the Declarations and described in this Section.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

*0500272KR5505010101 01759

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a. Notice Of Occurrence Or Offense**

You or any additional insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b. Notice Of Claim**

If a claim is made or "suit" is brought against any insured, you or any additional insured must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You or any additional insured must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c. Assistance And Cooperation Of The Insured**

You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d. Obligations At The Insureds Own Cost**

No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e. Additional Insureds Other Insurance**

If we cover a claim or "suit" under this Coverage Part that may also be covered by other insurance available to an additional insured, such additional insured must submit such claim or "suit" to the other insurer for defense and indemnity.

However, this provision does not apply to the extent that you have agreed in a written contract or written agreement that this insurance is primary and non-contributory with the additional insured's own insurance.

**f. Knowledge Of An Occurrence, Offense, Claim Or Suit**

Paragraphs **a.** and **b.** apply to you or to any additional insured only when such "occurrence", offense, claim or "suit" is known to:

(1) You or any additional insured that is an individual;

(2) Any partner, if you or an additional insured is a partnership;

(3) Any manager, if you or an additional insured is a limited liability company;

(4) Any "executive officer" or insurance manager, if you or an additional insured is a corporation;

(5) Any trustee, if you or an additional insured is a trust; or

(6) Any elected or appointed official, if you or an additional insured is a political subdivision or public entity.

This duty applies separately to you and any additional insured.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or

that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If other insurance is also primary, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1) Your Work**

That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2) Premises Rented To You**

That is fire, lightning or explosion insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(3) Tenant Liability**

That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

**(4) Aircraft, Auto Or Watercraft**

If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability;

**(5) Property Damage to Borrowed Equipment Or Use Of Elevators**

If the loss arises out of "property damage" to borrowed equipment or the use of elevators to the extent not subject to Exclusion **j.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability;

**(6) When You Are Added As An Additional Insured To Other Insurance**

Any other insurance available to you covering liability for damages arising out of the premises or operations, or products and completed operations, for which you have been added as an additional insured by that insurance; or

**(7) When You Add Others As An Additional Insured To This Insurance**

Any other insurance available to an additional insured.

However, the following provisions apply to other insurance available to any person or organization who is an additional insured under this coverage part.

**(a) Primary Insurance When Required By Contract**

This insurance is primary if you have agreed in a written contract or written agreement that this insurance be primary. If other insurance is also primary, we will share with all that other insurance by the method described in **c.** below.

**(b) Primary And Non-Contributory To Other Insurance When Required By Contract**

If you have agreed in a written contract, written agreement, or permit that this insurance is primary and non-contributory with the additional insured's own insurance, this insurance is primary and we will not seek contribution from that other insurance.

Paragraphs **(a)** and **(b)** do not apply to other insurance to which the additional insured has been added as an additional insured.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

**a. When You Accept This Policy**

By accepting this policy, you agree:

**(1)** The statements in the Declarations are accurate and complete;

**(2)** Those statements are based upon representations you made to us; and

**(3)** We have issued this policy in reliance upon your representations.

**b. Unintentional Failure To Disclose Hazards**

If unintentionally you should fail to disclose all hazards relating to the conduct of your business that exist at the inception date of this Coverage Part, we shall not deny coverage under this Coverage Part because of such failure.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

**a. Transfer of Rights Of Recovery**

If the insured has rights to recover all or part of any payment, including Supplementary Payments, we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**b. Waiver Of Rights Of Recovery (Waiver Of Subrogation)**

If the insured has waived any rights of recovery against any person or organization for all or part of any payment, including Supplementary Payments, we have made under this Coverage Part, we also waive that right, provided the insured waived their rights of recovery against such person or organization in a contract, agreement or permit that was executed prior to the injury or damage.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

**a.** **(1)** Radio;

**(2)** Television;

**(3)** Billboard;

**(4)** Magazine;

**(5)** Newspaper; or

**b.** Any other publication that is given widespread public distribution.

However, "advertisement" does not include:

**a.** The design, printed material, information or images contained in, on or upon the packaging or labeling of any goods or products; or

**b.** An interactive conversation between or among persons through a computer network.

**2.** "Advertising idea" means any idea for an "advertisement".

**3.** "Asbestos hazard" means an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

**4.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**5.** "Bodily injury" means physical:

**a.** Injury;

**b.** Sickness; or

**c.** Disease

sustained by a person and, if arising out of the above, mental anguish or death at any time.

*0500272KR55050101 01760

**6.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in **a.** above;

**(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in the United States of America (including its territories and possessions), Puerto Rico or Canada, in a "suit" on the merits according to the substantive law in such territory or in a settlement we agree to.

**7.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**8.** "Employment-Related Practices" means:

**a.** Refusal to employ a person;

**b.** Termination of a person's employment; or

**c.** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person.

**9.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**10.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**11.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

**12.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is subject to the Damage to Premises Rented To You Limit described in Section **III** – Limits of Insurance;

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, including an easement or license agreement in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** includes that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing.

However, Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(1)** above and supervisory, inspection, architectural or engineering activities.

**13.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**14.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**15.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment, of at least 1,000 pounds gross vehicle weight, designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**16.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**17.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral, written or electronic publication of material that violates a person's right of privacy;

**f.** Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement";

**g.** Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement"; or

**h.** Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.

**18.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**19.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

*0500272KR55050101 01761

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**20.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

As used in this definition, computerized or electronically stored data, programs or software are not tangible property. Electronic data means information, facts or programs:

**a.** Stored as or on;

**b.** Created or used on; or

**c.** Transmitted to or from;

computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**21.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**22.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**23.** "Volunteer worker" means a person who

**a.** Is not your "employee";

**b.** Donates his or her work;

**c.** Acts at the direction of and within the scope of duties determined by you; and

**d.** Is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**24.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**25.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The term "spouse" is replaced by the following:

Spouse or registered domestic partner under California law.

*0500272KR55050101 01762

 © ISO Properties, Inc., 2004

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE LEAD EXCLUSION

*0500272KR55050101 01763

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE

This insurance does not apply to any damages, judgments, settlements, loss, costs or expenses that:

a. May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to person or property which arises out of or would not have occurred in whole or in part but for the lead hazard; or

b. Arise out of any request, demand or order to:

   1. Identify, abate, test for, sample, monitor, clean up, remove, cover, contain, treat, detoxify, decontaminate, neutralize or mitigate or in any way respond to or assess the effects of the lead hazard; or

   2. As a result of such effects, repair, replace or improve any property.

c. Arise out of any claim or any "suit" for damages because of:

   1. Identification of, abatement of, testing for, sampling, monitoring, cleaning up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing or mitigating or in any way responding to or assessing the effects of the lead hazard; or

   2. As a result of such effects, repairing, replacing or improving any property.

As used in this exclusion, lead hazard means an exposure or threat of exposure to the actual or alleged properties of lead and includes the mere presence or suspected presence of lead in any form or combination.

© 1993, The Hartford



*0500272KR55050101 01764

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FUNGI, BACTERIA AND VIRUSES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
EDUCATORS LEGAL LIABILITY COVERAGE FORM
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM

This insurance does not apply to:

1. Injury or damage arising out of or related to the presence of, suspected presence of, or exposure to:
   a. Fungi, including but not limited to mold, mildew, and yeast;
   b. Bacteria;
   c. Viruses; or
   d. Dust, spores, odors, particulates or byproducts, including but not limited to mycotoxins and endotoxins, resulting from any of the organisms listed in a., b., or c. above;

   from any source whatsoever.

2. Any loss, cost or expense arising out of the testing for, monitoring of, cleaning up of, removal of, containment of, treatment of, detoxification of, neutralization of, remediation of, disposal of, or any other response to or assessment of, the effects of any of the items in 1.a., b., c. or d. above, from any source whatsoever.

However, this exclusion does not apply to "bodily injury" or "property damage" caused by the ingestion of food.

© 2008, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM
EDUCATORS LEGAL LIABILITY COVERAGE FORM
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIBRARY ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRINTER'S ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
PRODUCT RECALL EXPENSE COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

*0500272KR5505010101 01765

**A.** A "Certified act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism. The criteria contained in the federal Terrorism Risk Insurance Act, as amended (TRIA), for a "certified act of terrorism" includes the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and
2. The act resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and
3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** If aggregate insured losses attributable to terrorist acts certified under TRIA exceeds $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under TRIA, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion and, in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**C.** The United States Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of such insured losses that exceeds the applicable insurer deductible. However, if aggregate insured losses attributable to certified terrorist acts exceed $100 billion in a Program Year (January 1 through December 31) the Treasury will not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**D.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the War Exclusion.

© 2008, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SILICA

*0500272KR55050101 01766

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM
EDUCATORS LEGAL LIABILITY COVERAGE FORM
EMPLOYERS LIABILITY AND STOP GAP COVERAGE FORM
ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK DEPARTMENT OF TRANSPORTATION

**A.** The following exclusion is added:

This insurance does not apply to:

**Silica**

Any injury, damage, loss, cost or expense, including but not limited to "bodily injury", "property damage" or "personal and advertising injury" arising out of, or relating to, in whole or in part, the "silica hazard".

**B.** The following is added to the **Definitions** Section:

"Silica hazard" means an exposure to, inhalation of or contact with, or threat of exposure to, inhalation of or contact with, the actual or alleged properties of silica or any silica containing materials and includes the mere presence of silica or any silica containing materials in any form.

Silica includes all forms of the compound silicon dioxide, including but not limited to quartz.

© 2004, The Hartford

# COMMERCIAL GENERAL LIABILITY SCHEDULE

**POLICY NUMBER:** 72 UUN KR5505

Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy.

**RATING CLASSIFICATIONS**

*0500272KR55050101 01767

DESCRIPTION OF HAZARDS: PREMISES/OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 001/001 TERR: 003
LOCATION: 2281 E 49TH ST
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 40,000,000

RATE: 0.1040

ADVANCE PREMIUM: 4,202.00

---

DESCRIPTION OF HAZARDS: PREMISES/OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 002/001 TERR: 003
LOCATION: 4851 S SANTE FE AVE
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 436,810

 (CONTINUED ON NEXT PAGE)

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

RATE: 0.1040

ADVANCE PREMIUM: 46.00

---

DESCRIPTION OF HAZARDS: PREMISES/OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 003/001 TERR: 003
LOCATION: 5500 BANDINI BLVD
BELL
CA. 90201

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 1

RATE: 0.1040

ADVANCE PREMIUM: 1.00

---

DESCRIPTION OF HAZARDS: PRODUCTS/COMPLETED OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 001/001
LOCATION: 2281 E 49TH ST
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 40,000,000

RATE: 0.3140

 (CONTINUED ON NEXT PAGE)

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

ADVANCE PREMIUM: 12,686.00

---

DESCRIPTION OF HAZARDS: PRODUCTS/COMPLETED OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY
COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 002/001
LOCATION: 4851 S SANTE FE AVE
VERNON
CA. 90058

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 436,810

RATE: 0.3140

ADVANCE PREMIUM: 139.00

---

DESCRIPTION OF HAZARDS: PRODUCTS/COMPLETED OPERATIONS COVERAGE

REFER TO: COMMERCIAL GENERAL LIABILITY
COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO: 003/001
LOCATION: 5500 BANDINI BLVD
BELL
CA. 90201

CLASSIFICATION CODE NUMBER
AND DESCRIPTION: 30440
APPAREL MANUFACTURING 70%-100% SUBCONTRACTED WORK - LOW PRODUCTS

PREMIUM AND RATING BASIS: GROSS SALES PER 1,000

EXPOSURE: 1

RATE: 0.3140

ADVANCE PREMIUM: 1.00

*0500272KR5505010101 01768

 (CONTINUED ON NEXT PAGE)

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 72 UUN KR5505

TOTAL ADVANCE PREMIUM: 17,075.00

292

**Form HC 12 10 11 85T** PAGE 4



# POLICY ADJUSTMENT NOTICE

*0500272KR55050101 01769

Your enclosed Hartford policy is subject to audit. This policy is being issued on an **estimated** basis for the policy period shown and your final premium will be determined when your coverage period expires. The final audit may result in either a return premium to you or an additional premium due The Hartford.

Your Hartford premium payments are based on the policy estimated premium. When the policy coverage period expires you may receive either a form (Insured's Report of Exposure) asking for pertinent information in relation to this policy or a notice that a company Premium Auditor will audit your records to verify the basis of premium for your insurance policy. You will receive a copy of the audit statement which will reflect the amount of your policy auditable premium.

**If we owe you** a return premium, the Hartford will mail you a check for the **full amount** due you, less any past due amounts, if applicable.

**If you owe us** an additional premium, the **entire amount** will appear as due and payable on your next bill. This bill will also reflect the estimated premium due for the billing period of your renewal policy(s), if any.

If you have any questions regarding the audit statement, please call your insurance agent.

Thank you for doing business with The Hartford.



*0500272KR55050101 01770

## PRODUCER COMPENSATION NOTICE

You can review and obtain information on The Hartford's producer compensation practices at www.TheHartford.com or at 1-800-592-5717.

Form G-3418-0

**EXHIBIT "C"**

FILED

2012 APR -5 AM 8:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

**DOUGLAS A. LINDE, ESQ. (SBN 217584)**
**ERICA ALLEN, ESQ. (SBN 234922)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California 90069**
**(310) 203-9333; (310) 203-9233 FAX**

Attorneys for Plaintiff, ITC TEXTILE, LTD.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ITC TEXTILE, LTD.

Plaintiffs,

v.

J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive,

Defendants.

Case No. CV12-2975 -E

**COMPLAINT FOR DAMAGES**

**1. COPYRIGHT INFRINGEMENT**

**2. BREACH OF CONTRACT**

**DEMAND FOR JURY TRIAL**

COMES NOW, PLAINTIFF ITC TEXTILE, LTD. ("Plaintiff" or "ITC") and complains of and alleges the following:

**JURISDICTION AND VENUE**

1. This is an action for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C. § 101 et seq., seeking damages, attorneys' fees, injunctive relief, an accounting, and other relief based upon claims related to the misappropriation of Plaintiff's intellectual property, as well as pendant state law claim for breach of contract.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3. The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

**The Plaintiff**

5. Plaintiff, ITC TEXTILE, LTD. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in California at 4577 Maywood Avenue, Vernon, California 90058. It is citizen of the State of California and Delaware.

**The Defendants**

6. Plaintiff is informed and believes and thereon alleges that Defendant J.C. PENNEY COMPANY, INC. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Texas at 6501 Legacy Drive, Plano, TX 75024. Plaintiff is informed and believes and thereon alleges that Defendant J.C. PENNEY COMPANY, INC. is in the business of manufacturing, assembling and/or selling garments through retail stores.

7. Plaintiff is informed and believes and thereon alleges that BLUE PRINT CLOTHING CORP. is a corporation organized and existing under the laws of the State of California with its principal place of business at 5500 Bandini Blvd., Bell, CA 90201. Plaintiff is informed and believes and thereon alleges that BLUE PRINT CLOTHING CORP. is in the business of designing, manufacturing, assembling and/or distributing garments.

8. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, created, assembled, distributed, manufactured and/or sold garments comprised of fabric printed with Plaintiff's copyrighted Subject Design (as hereinafter defined) or that have otherwise contributed to the infringement of Plaintiff's copyrighted Subject Design. The true names and capacities, whether corporate, individual or otherwise, of the Defendant DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names, and will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, each of the Defendants, including without limitation the DOE Defendants, was the agent, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

**FIRST CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEQ.**

(Against All Defendants and Each of Them)

10. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

11. Plaintiff developed original artwork which were assigned internal design numbers 3146-1 Corine, and 3121-1 Deep Florals ("Subject Designs"). The Subject

Designs contain materials wholly original with Plaintiff and are copyrightable subject matter under the laws of the United States.

12. A true and correct copy of Plaintiff's original 3146-1 Corine design and copyright registration certificate are attached hereto as Exhibit 1.

13. A true and correct copy of Plaintiff's original 3121-1 Deep Florals design and copyright registration certificate are attached hereto as Exhibit 2.

14. Plaintiff disclosed the Subject Designs to BLUEPRINT CLOTHING CORP.

15. Defendants wrongfully created copies of the Subject Designs without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials) with a false and misleading designation of creation, ownership and origin, and falsely representing that the Subject Designs were their own.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, further infringed Plaintiff's copyrights by making derivative works from Plaintiff's copyrighted Subject Design, and/or by producing and distributing garments incorporating those derivative works without Plaintiff's permission. Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Design that belong solely to Plaintiff.

17. BLUEPRINT CLOTHING CORP. offered for sale, and in fact sold, the garments attached hereto as Exhibit 3 and Exhibit 4.

18. J.C. PENNEY COMPANY, INC. offered for sale, and in fact sold, the garments attached hereto as Exhibit 3 and Exhibit 4.

19. Plaintiff is informed and believes that BLUE PRINT CLOTHING CORP. sold garments of the type attached hereto as Exhibit 3 and Exhibit 4, to retailers other than J.C. PENNEY COMPANY, INC.

20. Plaintiff is informed and believes that Defendants, and each of them, offered for sale, and in fact sold, garments bearing patterns featured on Exhibit 3 and Exhibit 4, under different style numbers.

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also liable for contributory copyright infringement because each Defendant knew or should have known of the direct infringement, had the right and ability to supervise the infringing conduct, and had an obvious and direct financial interest in the infringing conduct.

22. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, if not directly liable for infringement of Plaintiff's copyright, are also vicariously liable for the subject infringements because each Defendant enjoys a direct financial benefit from another's infringing activity and has the right and ability to supervise the infringing activity.

23. Defendants' acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to its business in the form of diversion of trade, loss of income and profits, and a dilution of the value of its rights.

24. Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted Subject Design. Plaintiff is entitled to disgorgement of each Defendant's profits directly and indirectly attributable to said Defendant's infringement of the Subject Design.

**SECOND CLAIM FOR RELIEF**

**BREACH OF CONTRACT**

(Against All Defendants and Each of Them)

25. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

26. Plaintiff prepared the ideas and concepts for the Subject Designs and disclosed them to Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, in confidence, with the understanding and expectation, fully and clearly understood by Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, that Defendant J.C. PENNEY COMPANY, INC. would benefit from this contract, and/or that Plaintiff would be reasonably compensated for their use by Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them. This disclosure was made under circumstances from which it could be concluded that Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, voluntarily accepted the disclosure of Plaintiff's ideas and concepts knowing the conditions under which it was tendered and the reasonable value of Plaintiff's work.

27. By accepting the Plaintiff's disclosure of these ideas and concepts, Defendants BLUE PRINT CLOTHING CORP., DOES 1-10, and each of them, agreed that they would not disclose, divulge or exploit the Plaintiff's ideas and concepts without reasonable compensation and without obtaining the Plaintiff's consent.

28. By utilizing Plaintiff's ideas and concepts, without Plaintiff's consent Defendants and each of them, breached their implied agreement not to utilize the Plaintiff's ideas and concepts without the express consent of the Plaintiff.

29. Plaintiff performed all terms, covenants and conditions on its part to be performed under the oral contract except those which it was prevented or excused as a result of Defendants' breaches.

30. Defendants and each of them, materially breached the oral contract by failing to pay Plaintiff the full amount owed for all services rendered, and by utilizing without authorization the ideas and concepts created by Plaintiff.

31. In addition the conduct of Defendants and each of them breached the implied covenant of good faith and fair dealing found in every contract by unfairly frustrating the reasonable expectations of Plaintiff to receive the benefits of the oral contract.

32. As a direct and foreseeable result of the alleged conduct, Plaintiff has suffered damages for breach of the oral contract in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. That Defendants, and each of them, and their respective agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

2. That Plaintiff be awarded all Defendants profits plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

3. For actual damages for breach of contract, unjust enrichment or reasonable value of services rendered according to proof;

4. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

5. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

6. For pre-judgment interest as allowed by law;

7. For the costs of this action; and

8. For such further legal and equitable relief as the Court deems proper.

Dated: April 2, 2012

THE LINDE LAW FIRM

By: ______________________
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff,
ITC TEXTILE, LTD.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated: April 2, 2012

THE LINDE LAW FIRM

By: ______________________
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff,
ITC TEXTILE, LTD.

# <u>EXHIBIT 1</u>

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

VA 1-710-686

**Effective date of registration:**

March 8, 2010

## Title

**Title of Work:** ITC TEXTILE CADS

**Contents Titles:** 2789-1 Take Me Away

2665-1 Heart Peace Graffiti - All Over

3200-1 Sweet Punk

3199-1 Painterly Diagonal Stripes

3198-1 Rose Waltz

3146-1 Corine

3197-1 Distressed Irregular Stripes

3137-1 I'll Be There

3194-1 Tea Party

3178-1 Lace Bloom

3187-1 Lace Bow

3179-1 Lace Cardigan

3176-1 Friday Banquet

3205-1 Briza

3184-1 Rose Hiding Stripes

3226-2 Papercut Florals - Yellow

3226-1 Papercut Florals

3229-1 Camorose

3223-1 Redemption

3215-1 Rose Section

3214-1 Rose Motion

3222-2 Rosita

3222-1 Rosita

3238-1 Mitchi

3239-1 Reenee

**Name:** Grace Baeza

**Date:** March 4, 2010

---

SUBLITEX SUBLIMATION TECHNOLOGY

# Corine

Style No. 3146-1

COPYRIGHT© ITC Textile, Ltd.; All Rights Reserved.

* Print color intensity is based on 100% polyester.

# <u>EXHIBIT 2</u>

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
VA 1-710-654

**Effective date of registration:**
March 8, 2010

## Title

**Title of Work:** ITC TEXTILE CADS

**Contents Titles:** 3083-1 Nature Sari
3138-1 Henna Paisley Medallion
3126-1 Blooming
3140-1 Henna Paisley Medallion Ver2
3067-1 Anna Blush Placement
3133-1 Terez
3111-1 Spiced Pompous Medallion
3113-1 Medallion Play
3139-1 Water
3142-1 Veejoy
3134-1 Zesty
3132-1 Calligraphy
3123-1 Floral Interlude
3121-1 Deep Florals
3130-1 Nile
3150-1 Distance
2663-1 Peace Out - Rock Star
3060-1 Dream
2664-1 Pink Daze - RV - Kids
3088-1 Dancing Hearts
3061-1 Butterfly Dream
3151-1 Splashy Skulls
3102-1 Pananamia
3078-1 Rosemarry
3141-1 Kalimka

3147-1 Costalia

3153-1 Parolli

2985-1 Juliet

3125-1 Diagonal Blooms Necklace

3124-1 Diagonal Blooms Solid

3106-1 Diagonal Blooms

3144-1 Prism Rose Lace

3129-1 Prism Roses

3144-2 Prism Rose Lace - No Ground

3145-1 Prism Rose Placement

3148-1 Prism Rose Hiding

3128-1 Confetti Rose

3143-1 Confetti Rose Dew

3105-3 Beach Stripes - RV Ground

3105-2 Beach Stripes - RV Ground

3104-2 Beach Stripes - Dark

3104-1 Beach Stripes

3104-3 Beach Stripes - Lemon

3152-1 Clarice

3107-1 Pagoda

3114-1 Sandrina

3079-1 Inlove

3110-1 Scarlett Rug

3154-1 Sudge

3081-1 Ocean Sari

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** ITC Textile

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ITC Textile

4575 Loma Vista Ave, Vernon, CA, 90058, United States

## Certification

**Name:** Grace Baeza

**Date:** March 4, 2010

---

Case 2:12-cv-02975-SVW-FFM Document 1 Filed 04/05/12 Page 17 of 25 Page ID #:29

SUBLITEX SUBLIMATION TECHNOLOGY

# Deep Florals

Style No. 3121-1

COPYRIGHT©ITC Textile, Ltd.; All Rights Reserved.

* Print color intensity is based on 100% polyester.

# EXHIBIT 3



# EXHIBIT 4

SIZE
1X
STYLE
TIMELESS PIECES
PRL/LIMEC
$40.00

Case 2:12-cv-02975-SVW-FFM Document 1 Filed 04/05/12 Page 22 of 25 Page ID #:34

DOUGLAS A. LINDE, ESQ. (SBN 217584)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Ste. 1025
Los Angeles, California 90069
(310) 203-9333
(310) 203-9233 FAX

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

ITC TEXTILE, LTD.

PLAINTIFF(S)

v.

J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive,

DEFENDANT(S).

CASE NUMBER

CV12-2975 -F

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, The Linde Law Firm, whose address is 9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR - 5 2012

By: [signature]
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Case 2:12-cv-02975-SVW-FFM Document 1 Filed 04/05/12 Page 23 of 25 Page ID #:35

DOUGLAS A. LINDE, ESQ. (SBN 217584)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Ste. 1025
Los Angeles, California 90069
(310) 203-9333
(310) 203-9233 FAX

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ITC TEXTILE, LTD.

PLAINTIFF(S)

v.

J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive,

DEFENDANT(S).

CASE NUMBER

CV12-2975 -E

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, The Linde Law Firm, whose address is 9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR - 5 2012

By: MARISA DAVIS
Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ITC TEXTILE, LTD.

**DEFENDANTS**
J.C. PENNEY COMPANY, INC.; BLUE PRINT CLOTHING CORP.; and DOES 1 though 10, inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Douglas A. Linde and Erica L. Allen
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff alleges Defendants violated 17 U.S.C. 101 et seq, when they manufactured and sold garments bearing Plaintiff's original copyright protected designs.

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☑ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV12-2975

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Blueprint Clothing Corporation | J.C. Penney Company, Inc.- Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** April 2, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# EXHIBIT "D"

BLUPRINT CORP.
4851 South Santa Fe Avenue, Vernon, CA 90058 (323) 589-9001 Fax (323) 589-9007
1410 Broadway New York, NY 10018 10th floor suite #1004 Tel.(212) 395-9550 Fax (212) 395-9775

2-22-08

Paul Copper
J.C.Penney Corporation, Inc.
P.O. Box 10001
Dallas, Texas 75301-3206

Dear Paul Copper,

This letter confirms that Bluprint Clothing , vendor# 00651-0 agrees to participate in JCPenney's cooperative marketing program. The cooperative payments under the program will consist of an amount equal to 3% of each invoice from Bluprint Clothing issued to JCPenney for retail, catalog, internet or outlet merchandise, less any returns, as an authorized contractual chargeback.

**This percentage amount will be withheld from the merchandise payment check, for each invoice, commencing with invoices dated on 2-10-08.**

On behalf of my company, I assure JCPenney that my company will make cooperative marketing payments of the type described above, or functionally equivalent payments and/or services, available on proportionally equal terms and conditions to all retailers that compete with JCPenney in JCPenney's trade areas.

This agreement will remain in force and effect unless either party provides the other party with at least sixty days' prior written notice of its intent to terminate this program.

Very truly yours,

Sue Bundy
Owner
V.P. Sales
Bluprint Clothing