1 MARK D. BRUTZKUS
2 mbrutzkus@ebg-law.com
  JOSEPH G. BALICE
3 jbalice@ebg-law.com
  EZRA BRUTZKUS GUBNER LLP
4 21650 Oxnard Street, Suite 500
  Woodland Hills, CA  91367
5 Tel:  818-827-9000 • Fax:  818-827-9099

6
  Attorneys for Plaintiff
7 BLUPRINT CLOTHING CORP.

8 ANN K. JOHNSTON (SBN 145022)
  ajohnston@bergerkahn.com
9 TED A. SMITH (SBN 159986)
  tsmith@bergerkahn.com
10 BERGER KAHN
   A Law Corporation
11 300 Tamal Plaza, Suite 215
   Corte Madera, CA  94925
12 Tel:  (415) 891-3321 • Fax: (415) 891-3322

13 Attorneys for Defendant
   HARTFORD FIRE INSURANCE COMPANY
14

15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.:  2:14-cv-08153-MWF-AS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br>**[FRCP 41(a)(1)]** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, BLUPRINT CLOTHING CORP., and Defendant, HARTFORD FIRE

1  INSURANCE COMPANY, by and through their respective attorneys, hereby
2  dismiss the entire action between them with prejudice, with each party to bear its
3  own costs.
4      PLEASE TAKE NOTICE that all signatories to this Stipulation, on whose
5  behalf the filing is submitted, concur in the Stipulation's contents and authorize its
6  filing with his or her electronic signature affixed to this document.

8  DATED: December 30, 2014                EZRA BRUTZKUS GUBNER LLP

10                                          By:  /s/ *Joseph G. Balice*
11                                               MARK D. BRUTZKUS
                                                 JOSEPH G. BALICE
12                                          Attorneys for Plaintiff
                                            Bluprint Clothing Corp.

14  DATED: December 30, 2014                BERGER KAHN, A Law Corporation

16                                          By:  /s/*Ted A. Smith*
                                                 ANN K. JOHNSTON
17                                               TED A. SMITH
                                            Attorneys for Defendant
18                                          Hartford Fire Insurance Company

BERGER KAHN
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925

2

Stipulation of Dismissal of Entire Action            Case No. 2:14-cv-08153-MWF-AS